THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br>　　　　　　Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT NETMOTION SOFTWARE, INC.'S NOTING DATE ON ITS MOTION FOR LEAVE TO AMEND COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**SEPTEMBER 15, 2022** |

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Civil Local Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the need for jurisdictional discovery in connection with Defendant NetMotion Software Inc.'s ("NetMotion") Motion for Leave to Amend (Dkt. No. 99) (the "Motion"); and

**WHEREAS**, to allow time for the Parties to continue such discussions, the Parties agree that the Noting Date on NetMotion's Motion should be extended to September 21, 2022, such that NetMotion's reply in support of the Motion would be filed on or before September 21, 2022.

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendant NetMotion Software Inc.'s motion for leave to amend be extended to September 21, 2022.

**SO STIPULATED.**

DATED this 15th day of September, 2022

    Respectfully submitted,

    COOLEY LLP

    */s/ Christopher B. Durbin*
    Christopher B. Durbin (WSBA #41159)
    COOLEY LLP
    1700 Seventh Avenue
    Suite 1900
    Seattle, WA  98101-1355
    Tel:(206) 452-8700
    Fax:(206) 452-8800
    Email: cdurbin@cooley.com

    Heidi L. Keefe (*pro hac vice* pending)
    Reuben H. Chen (*pro hac vice* pending)
    Alexandra Leeper( *pro hac vice* pending)
    3175 Hanover St.
    Palo Alto, CA 94304-1130
    Tel:     (650) 843-5000
    Fax:  (650) 849-7400
    Email: hkeefe@cooley.com
    Email:  rchen@cooley.com
    Email:  aleeper@cooley.com

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,

CORR CRONIN LLP

 /s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiff*
SECTRA COMMUNICATIONS AB

IT IS SO ORDERED.

DATED this 16th day of September, 2022.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700