THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT NETMOTION SOFTWARE, INC.'S NOTING DATE ON ITS MOTION FOR LEAVE TO AMEND COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**SEPTEMBER 20, 2022** |

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Civil Local Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the need for jurisdictional discovery in connection with Defendant NetMotion Software Inc.'s ("NetMotion") Motion for Leave to Amend (Dkt. No. 99) (the "Motion"); and

**WHEREAS**, Plaintiff Sectra Communications AB ("Sectra") filed a declaration from Sectra, Inc. employee Tobias Englund in support of Sectra's opposition to the Motion (Dkt. No. 102-1); and

**WHEREAS**, Sectra has agreed to make its declarant Tobias Englund available for deposition; and

**WHEREAS**, to allow time for the deposition of Mr. Tobias Englund, the Parties agree that the Noting Date on NetMotion's Motion should be extended to October 14, 2022, such that NetMotion's reply in support of the Motion would be filed on or before October 14, 2022.[1]

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendant NetMotion Software Inc.'s motion for leave to amend be extended to October 14, 2022.

**SO STIPULATED.**

DATED this 20th day of September, 2022

    Respectfully submitted,

    COOLEY LLP

    */s/ Christopher B. Durbin*
    Christopher B. Durbin (WSBA #41159)
    COOLEY LLP
    1700 Seventh Avenue
    Suite 1900
    Seattle, WA 98101-1355
    Tel:(206) 452-8700

---

[1] NetMotion also intends to file a motion for jurisdictional written discovery. Sectra opposes any such motion for jurisdictional written discovery.

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM
2
COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Fax:(206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice* pending)
Reuben H. Chen (*pro hac vice* pending)
Alexandra Leeper( *pro hac vice* pending)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:       (650) 843-5000
Fax:   (650) 849-7400
Email: hkeefe@cooley.com
Email:  rchen@cooley.com
Email:  aleeper@cooley.com

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and NETMOTION
SOFTWARE, INC.,

CORR CRONIN LLP

 /s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiff*
SECTRA COMMUNICATIONS AB

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

IT IS SO ORDERED.

DATED this 22nd day of September, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND NOTING DATE
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700