THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABSOLUTE SOFTWARE, INC. and<br>NETMOTION SOFTWARE, INC.,<br>　　　　　Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING FOR DEFENDANT NETMOTION SOFTWARE, INC.'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**SEPTEMBER 30, 2022** |

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Civil Local Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the need for jurisdictional discovery in connection with Defendant NetMotion Software Inc.'s ("NetMotion") Motion for Leave to Amend (Dkt. No. 99) (the "Motion for Leave");

**WHEREAS**, Plaintiff Sectra Communications AB ("Sectra") filed a declaration from Sectra, Inc. employee Tobias Englund in support of Sectra's opposition to the Motion for Leave (Dkt. No. 102-1);

**WHEREAS**, Sectra has agreed to make its declarant Tobias Englund available for deposition;

**WHEREAS**, NetMotion has filed a Motion to Seek Jurisdictional Discovery (Dkt. No. 109) (the "Motion for Jurisdictional Discovery"), with a noting date of October 7, 2022;

**WHEREAS**, Sectra intends to oppose NetMotion's Motion for Jurisdictional Discovery;

**WHEREAS**, jurisdictional discovery, if allowed, may impact the deposition of Mr. Englund;

**WHEREAS**, Mr. Englund's deposition, and jurisdictional discovery if allowed, may be relevant to NetMotion's pending Motion for Leave;

**WHEREAS**, to allow time for the Court to consider NetMotion's Motion for Jurisdictional Discovery before the deposition of Mr. Englund, the Parties agree that the Noting Date on NetMotion's Motion for Leave should be extended to November 18, 2022; and

**WHEREAS**, to address any relevance of jurisdictional discovery and the Englund deposition on NetMotion's Motion for Leave, NetMotion may file a 6-page supplemental reply brief in support of the Motion for Leave by November 14, 2022 and Sectra may file a 6-page sur-reply brief in opposition to the Motion for Leave by November 18, 2022.

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendant NetMotion Software Inc.'s motion for leave to amend be extended to November 18, 2022; that NetMotion be granted leave to file a 6-page supplemental reply brief in support of the motion for leave to amend by November 14, 2022; and that Sectra be granted leave to file a 6-page sur-reply brief in opposition to the motion for leave to amend by November 18, 2022.

**SO STIPULATED.**

DATED this 30th day of September, 2022

>  Respectfully submitted,
>
> COOLEY LLP
>
> /s/ Christopher B. Durbin
> Christopher B. Durbin (WSBA #41159)
> COOLEY LLP
> 1700 Seventh Avenue
> Suite 1900
> Seattle, WA  98101-1355
> Tel:(206) 452-8700
> Fax:(206) 452-8800
> Email: cdurbin@cooley.com
>
> Heidi L. Keefe (*pro hac vice* pending)
> Reuben H. Chen (*pro hac vice* pending)
> Alexandra Leeper( *pro hac vice* pending)
> 3175 Hanover St.
> Palo Alto, CA 94304-1130
> Tel:      (650) 843-5000
> Fax:   (650) 849-7400
> Email: hkeefe@cooley.com
> Email:  rchen@cooley.com
> Email:  aleeper@cooley.com
>
> *Attorneys for Defendants*
> *ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,*

STIPULATION RE BRIEFING AND NOTING DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

CORR CRONIN LLP

 /s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiff*
SECTRA COMMUNICATIONS AB

IT IS SO ORDERED.

DATED this 3rd day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700