THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND PROPOSED ORDER REGARDING DATES FOR CLAIM CONSTRUCTION EXCHANGE**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**NOVEMBER 4, 2022** |

STIPULATION RE DATES FOR CLAIM
CONSTRUCTION EXCHANGE
Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Civil Local Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the claim construction exchanges and their mutual agreement that the Parties should exchange proposed terms and constructions prior to exchanging expert reports to facilitate efficient claim construction discovery;

**WHEREAS**, in accordance with Patent Local Rule 130 and within 20 days of serving preliminary invalidity contentions on December 28, 2022, the Parties have agreed to exchange proposed terms for construction on January 17, 2023;

**WHEREAS**, the Parties have further agreed to exchange proposed constructions for each claim term, phrase, or clause that the parties have identified for claim construction as described and in accordance with Patent Local Rule 131(a) on January 31, 2023;

**WHEREAS**, the Parties have further agreed that at the same time the Parties exchange their proposed constructions, the Parties each shall also provide a preliminary identification of extrinsic evidence as described in Patent Local Rule 131(b);

**WHEREAS**, the Parties have agreed to exchange opening expert reports on claim construction on February 13, 2023 (instead of January 24, 2023), for the good cause of providing the Parties additional time to consider the other party's proposed constructions and related evidence, and request the Court's approval for the revised deadline;

**WHEREAS**, the Parties have agreed to exchange rebuttal expert reports on claim construction on March 13, 2023 (instead of February 27, 2023), for the good cause of providing the Parties additional time to consider the other party's proposed constructions, related evidence, expert reports, and reflect any initial conferences pursuant to Patent Local Rule 131(c) in their positions, and request the Court's approval of the revised deadline;

**WHEREAS**, the Parties' agreed dates regarding claim construction exchanges do not

STIPULATION RE DATES FOR CLAIM
CONSTRUCTION EXCHANGE
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

change the majority of the dates set by the Court in the Order Setting Trial Dates and Related Dates (Dkt. 92); specifically, the major dates regarding claim construction remain unchanged, for submission of the preliminary claim chart (March 9, 2023); submission of the joint claim chart and prehearing statement (April 7, 2023); submission of the opening claim construction briefs (April 21, 2023); submission of the responsive claim construction briefs (May 5, 2023); the *Markman* hearing (May 26, 2023); and later expert, discovery, and trial dates;

**THEREFORE**, the Parties hereby **STIPULATE** that the Parties shall exchange proposed terms for construction on January 17, 2023; proposed constructions and identification of extrinsic evidence pursuant to Patent Local Rule 131 on January 31, 2023; opening expert reports on claim construction on February 13, 2023; and rebuttal expert reports on claim construction on March 13, 2023.

**SO STIPULATED.**

DATED this 4th day of November, 2022

Respectfully submitted,

COOLEY LLP

 /s/ Christopher B. Durbin
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA  98101-1355
Tel: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice*)
Reuben H. Chen (*pro hac vice*)
Alexandra Leeper (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400
Email: hkeefe@cooley.com
Email:  rchen@cooley.com
Email:  aleeper@cooley.com

STIPULATION RE DATES FOR CLAIM CONSTRUCTION EXCHANGE
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Orion Armon (*pro hac vice*)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Tel: (720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,

CORR CRONIN LLP

 /s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiff*
SECTRA COMMUNICATIONS AB

IT IS SO ORDERED.

DATED this 4th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION RE DATES FOR CLAIM CONSTRUCTION EXCHANGE
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700