THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, <br><br> Plaintiff, <br><br> v. <br><br> ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC., <br><br> Defendants. | Case No. 2:22-cv-0353-RSM <br><br> **STIPULATION AND PROPOSED ORDER REGARDING NOTING DATE AND BRIEFING FOR DEFENDANT NETMOTION SOFTWARE, INC.'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM** <br><br> **NOTE ON MOTION CALENDAR:** <br><br> **NOVEMBER 8, 2022** |

STIPULATION RE BRIEFING AND NOTING DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Civil Local Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding jurisdictional discovery in connection with Defendant NetMotion Software Inc.'s ("NetMotion") Motion for Leave to Amend Counterclaim (Dkt. No. 99) (the "Motion for Leave");

**WHEREAS**, Plaintiff Sectra Communications AB ("Sectra") filed a declaration from Sectra Inc. employee Tobias Englund in support of Sectra's opposition to the Motion for Leave (Dkt. No. 102-1);

**WHEREAS**, Sectra has agreed to make its declarant Tobias Englund available for deposition should the Court grant NetMotion's requested jurisdictional discovery;

**WHEREAS**, NetMotion has filed a Motion in the Alternative to Seek Jurisdictional Discovery (Dkt. No. 109) (the "Motion for Jurisdictional Discovery"), which Sectra has opposed (Dkt. No. 113);

**WHEREAS**, with the filing of NetMotion's Reply (Dkt. No. 117), NetMotion's Motion for Jurisdictional Discovery is now fully briefed, with a noting date of October 7, 2022;

**WHEREAS**, jurisdictional discovery, if allowed, may impact the deposition of Mr. Englund;

**WHEREAS**, Mr. Englund's deposition, and jurisdictional discovery if allowed, may be relevant to NetMotion's pending Motion for Leave;

**WHEREAS**, to address any relevance of jurisdictional discovery and any Englund deposition on NetMotion's Motion for Leave, the Parties have agreed that the deadline for NetMotion's supplemental reply brief in support of the Motion for Leave should be extended from November 14, 2022 (Dkt. No. 114) to December 5, 2022, and the deadline for Sectra's sur-reply brief in opposition to the Motion for Leave should be extended from November 18, 2022 (Dkt. No. 114) to December 9, 2022; and

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1     **WHEREAS**, to allow additional time for the Court to consider NetMotion's Motion for Jurisdictional Discovery before scheduling any deposition of Mr. Englund, the Parties agree that the Noting Date on NetMotion's Motion for Leave should be extended from November 18, 2022 (Dkt. No. 114) to December 9, 2022.

    **THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendant NetMotion Software Inc.'s motion for leave to amend be extended to December 9, 2022; that the deadline for NetMotion's supplemental reply brief in support of the motion for leave to amend be extended to December 5, 2022; and that the deadline for Sectra's sur-reply brief in opposition to the motion for leave to amend be extended to December 9, 2022.

**SO STIPULATED.**

DATED this 8th day of November, 2022

Respectfully submitted,

COOLEY LLP

/s/ Christopher B. Durbin
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel:(206) 452-8700
Fax:(206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice*)
Reuben H. Chen (*pro hac vice*)
Alexandra Leeper (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400
Email: hkeefe@cooley.com
Email: rchen@cooley.com
Email: aleeper@cooley.com

Orion Armon (*pro hac vice*)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Tel: (720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com

STIPULATION RE BRIEFING AND NOTING DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

*Attorneys for Defendants*
*ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.*
CORR CRONIN LLP

 /s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

Jiaxiao Zhang (*pro hac vice*)
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Tel.: (949) 757-6398
Fax: (949) 851-9348
Email: jiazhang@mwe.com

*Attorneys for Plaintiff*
*SECTRA COMMUNICATIONS AB*

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1 | IT IS SO ORDERED.

2 | DATED this 10th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

5

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700