THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**JOINT MOTION AND PROPOSED ORDER REGARDING CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**DECEMBER 2, 2022** |

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), hereby jointly move the Court to modify the following dates from the case schedule, *see* Dkt. No. 92, for good cause:

| Event | Current Date (Dkt. No. 92) | Joint Proposed Date |
|---|---|---|
| Preliminary Infringement Contentions | 12/8/2022 | 12/22/2022 |
| Preliminary Invalidity Contentions | 12/28/2022 | 1/23/2023 |
| Exchange Terms for Construction | 1/17/2023 | 1/31/2023 |
| Exchange Proposed Constructions and Extrinsic Evidence | 1/31/2023 | 2/14/2023 |
| Opening Claim Construction Reports | 2/13/2023 | 2/27/2023 |
| Preliminary Claim Chart | 3/9/2023 | 3/23/2023 |
| Rebuttal Claim Construction Reports | 3/13/2023 | 3/27/2023 |
| Joint Claim Chart and Prehearing Statement | 4/7/2023 | 4/21/2023 |
| Joinder of Parties | 2/9/2023 | 2/9/2023 (unchanged) |
| Amended Pleadings | 2/21/2023 | 2/21/2023 (unchanged) |
| Opening claim construction briefs | 4/21/2023 | 5/5/2023 |
| Responsive claim construction briefs | 5/5/2023 | 5/19/2023 |

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date (Dkt. No. 92) | Joint Proposed Date |
|---|---|---|
| *Markman* hearing | 5/26/2023 at 9am | 6/9/2023 at 9am or thereafter at the Court's convenience |
| Expert disclosures/reports | 6/15/2023 | 7/11/2023 |
| Discovery motions due | 7/13/2023 | 7/13/2023 (unchanged) |
| Rebuttal expert disclosures/reports | 7/14/2023 | 8/15/2023 |
| Fact Discovery completed | 8/14/2023 | 8/18/2023 |
| Expert Discovery completed | 8/14/2023 | 9/8/2023 |
| Dispositive motions and *Daubert* motions | 9/8/2023 | 9/29/2023 |
| Attorney settlement conference deadline | 11/3/2023 | 11/17/2023 |
| CR 39.1 mediation deadline | 11/13/2023 | 11/28/2023 |
| Motions in limine due | 11/13/2023 | 12/1/2023 |
| Agreed pretrial order due | 11/29/2023 | 12/20/2023 |
| Trial briefs, proposed voir dire questions, and jury instructions due | 12/6/2023 | 1/9/2024 |
| Pretrial conference | To be scheduled by the Court | To be scheduled by the Court |

JOINT MOTION AND PROPOSED ORDER REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date (Dkt. No. 92) | Joint Proposed Date |
|---|---|---|
| Jury trial (5 days) | 12/11/2023 | 1/22/2024 or thereafter at the Court's convenience |

The parties have met and conferred and agree that, in light of immovable conflicts by team members on both parties—including counsel at trial in the first half of December 2022, other counsel at trials in early February 2023, in the second half of March 2023, and in mid-April 2023, as well as other counsel on parental leave—and the upcoming holidays and court closures, the dates for the exchange of infringement and invalidity contentions should be extended to December 22, 2022 and January 23, 2023, respectively (instead of December 8, 2022 and December 28, 2022). In order to allow sufficient time for the Parties to review and analyze the infringement and invalidity contentions, the Parties further agree that the dates for claim construction exchanges and briefing should likewise be extended as noted on page 2 above.

Additionally, the Parties recognize that the new proposed date for the close of claim construction briefing falls only one week before the currently scheduled *Markman* hearing. The Parties have jointly proposed the above revised case schedule dates for the *Markman* hearing and beyond in the greyed-out rows on page 3-4 above in order to allow the Court additional time to review the claim construction briefs before the *Markman* hearing if desired. In order to allow time to incorporate the Court's claim construction order into expert reports, the Parties have also jointly proposed further modifications to the expert report and subsequent deadlines to accommodate an extension of the date for the *Markman* hearing. The modifications also allow the Court additional time to consider the trial briefs, proposed voir dire questions, and jury questions before holding

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

the pretrial conference, and to start the jury trial in a time period that is uninterrupted by end of year holidays and the Court's closures around and observance of the holiday season. The Parties' jointly proposed case schedule modifications are modest, comport with the Local Civil Rules, and in total only move the trial date by slightly more than a month.

    Therefore, the Parties jointly request that the Court enter the above modifications to the case schedule for good cause.

DATED this 2nd day of December, 2022

Respectfully submitted,

COOLEY LLP

/s/ Christopher B. Durbin
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101-1355
Tel:(206) 452-8700
Fax:(206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice* pending)
Reuben H. Chen (*pro hac vice* pending)
Alexandra Leeper( *pro hac vice* pending)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:       (650) 843-5000
Fax:   (650) 849-7400
Email: hkeefe@cooley.com
Email:  rchen@cooley.com
Email:  aleeper@cooley.com

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

5

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

CORR CRONIN LLP

 /s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
303 Colorado Avenue, Suite 2200
Austin, TX 78701-4076
Tel.: (512) 726-2600
Fax: (512) 532-0002
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

Jiaxiao Zhang (*pro hac vice*)
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Tel.: (949) 757-6398
Fax: (949) 851-9348
Email: jiazhang@mwe.com

*Attorneys for Plaintiff*
SECTRA COMMUNICATIONS AB

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

6

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION REGARDING CASE DEADLINES** |

This matter comes before the Court on the Parties' joint motion regarding case deadlines. The Court, having reviewed the Motion, GRANTS the Motion. The case schedule is modified as follows:

| Event | Current Date (Dkt. No. 92) | Joint Proposed Date |
|---|---|---|
| Preliminary Infringement Contentions | 12/8/2022 | 12/22/2022 |
| Preliminary Invalidity Contentions | 12/28/2022 | 1/23/2023 |

JOINT MOTION AND PROPOSED ORDER REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

1

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date (Dkt. No. 92) | Joint Proposed Date |
|---|---|---|
| Exchange Terms for Construction | 1/17/2023 | 1/31/2023 |
| Exchange Proposed Constructions and Extrinsic Evidence | 1/31/2023 | 2/14/2023 |
| Opening Claim Construction Reports | 2/13/2023 | 2/27/2023 |
| Preliminary Claim Chart | 3/9/2023 | 3/23/2023 |
| Rebuttal Claim Construction Reports | 3/13/2023 | 3/27/2023 |
| Joint Claim Chart and Prehearing Statement | 4/7/2023 | 4/21/2023 |
| Joinder of Parties | 2/9/2023 | 2/9/2023 (unchanged) |
| Amended Pleadings | 2/21/2023 | 2/21/2023 (unchanged) |
| Opening claim construction briefs | 4/21/2023 | 5/5/2023 |
| Responsive claim construction briefs | 5/5/2023 | 5/19/2023 |
| *Markman* hearing | 5/26/2023 at 9am | 6/9/2023 at 9am or thereafter at the Court's convenience |
| Expert disclosures/reports | 6/15/2023 | 7/11/2023 |
| Discovery motions due | 7/13/2023 | 7/13/2023 (unchanged) |

JOINT MOTION AND PROPOSED ORDER REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date (Dkt. No. 92) | Joint Proposed Date |
|---|---|---|
| Rebuttal expert disclosures/reports | 7/14/2023 | 8/15/2023 |
| Fact Discovery completed | 8/14/2023 | 8/18/2023 |
| Expert Discovery completed | 8/14/2023 | 9/8/2023 |
| Dispositive motions and *Daubert* motions | 9/8/2023 | 9/29/2023 |
| Attorney settlement conference deadline | 11/3/2023 | 11/17/2023 |
| CR 39.1 mediation deadline | 11/13/2023 | 11/28/2023 |
| Motions in limine due | 11/13/2023 | 12/1/2023 |
| Agreed pretrial order due | 11/29/2023 | 12/20/2023 |
| Trial briefs, proposed voir dire questions, and jury instructions due | 12/6/2023 | 1/9/2024 |
| Pretrial conference | To be scheduled by the Court | To be scheduled by the Court |
| Jury trial (5 days) | 12/11/2023 | 1/22/2024 or thereafter at the Court's convenience |

JOINT MOTION AND PROPOSED ORDER REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

IT IS SO ORDERED.

DATED this 7th day of December, 2022.

                                       RICARDO S. MARTINEZ
                                       UNITED STATES DISTRICT JUDGE

JOINT MOTION AND PROPOSED ORDER REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700