THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br>　　　　　Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING FOR DEFENDANT NETMOTION SOFTWARE, INC.'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JANUARY 3, 2023** |

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO
AMEND Case No. 2:22-cv-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Local Civil Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding jurisdictional discovery in connection with Defendant NetMotion Software Inc.'s ("NetMotion") Motion for Leave to Amend Counterclaim (Dkt. No. 99) (the "Motion for Leave") and the case contentions and claim construction deadlines, and have reached mutual agreement that certain adjustments to the case schedule are necessary to support both any required jurisdictional discovery and the effects of any discovery upon the issues in suit, and the Parties agree that the following modifications will best accomplish these goals;

**WHEREAS**, Plaintiff Sectra Communications AB ("Sectra") filed a declaration from Sectra Inc. employee Tobias Englund in support of Sectra's opposition to the Motion for Leave (Dkt. No. 102-1);

**WHEREAS**, Sectra has agreed to make its declarant Tobias Englund available for deposition should the Court grant NetMotion's requested jurisdictional discovery;

**WHEREAS**, NetMotion has filed a Motion in the Alternative to Seek Jurisdictional Discovery (Dkt. No. 109) (the "Motion for Jurisdictional Discovery"), which Sectra has opposed (Dkt. No. 113);

**WHEREAS,** with the filing of NetMotion's Reply (Dkt. No. 117), NetMotion's Motion for Jurisdictional Discovery is fully briefed, with a noting date of October 7, 2022; however, the Court has yet to rule on the motion for jurisdictional discovery;

**WHEREAS**, jurisdictional discovery, if allowed, may impact the deposition of Mr. Englund;

**WHEREAS**, Mr. Englund's deposition, and jurisdictional discovery if allowed, may be relevant to NetMotion's pending Motion for Leave;

**WHEREAS**, to address any relevance of jurisdictional discovery and any Englund

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1  deposition on NetMotion's Motion for Leave, the Parties have agreed that the deadline for
2  NetMotion's supplemental reply brief in support of the Motion for Leave should be extended
3  further from January 9, 2023 (Dkt. No. 127) to January 30, 2023, and the deadline for Sectra's
4  sur-reply brief in opposition to the Motion for Leave should be extended further from January
5  17, 2023 (Dkt. No. 127) to February 7, 2023; and

6      **WHEREAS**, to allow additional time for the Court to consider NetMotion's Motion for
7  Jurisdictional Discovery before scheduling any deposition of Mr. Englund, the Parties agree that
8  the Noting Date on NetMotion's Motion for Leave should be extended from January 17, 2023
9  (Dkt. No. 127) to February 7, 2023.

10      **THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendant
11  NetMotion Software Inc.'s motion for leave to amend be extended to February 7, 2023; that the
12  deadline for NetMotion's supplemental reply brief in support of the motion for leave to amend
13  be extended to January 30, 2023; and that the deadline for Sectra's sur-reply brief in opposition
14  to the motion for leave to amend be extended to February 7, 2023;

15  **SO STIPULATED.**

16      DATED this 3rd day of January, 2023.

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Respectfully submitted,

COOLEY LLP

 /s/ *Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue
Suite 1900
Seattle, WA  98101-1355
Tel:(206) 452-8700
Fax:(206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice* pending)
Reuben H. Chen (*pro hac vice* pending)
Alexandra Leeper (*pro hac vice* pending)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:   (650) 843-5000
Fax:   (650) 849-7400
Email: hkeefe@cooley.com
Email:  rchen@cooley.com
Email:  aleeper@cooley.com

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and NETMOTION
SOFTWARE, INC.,

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

4

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

|   |   |
|---|---|
| 1 | CORR CRONIN LLP |
| 2 | /s/ William R. Squires III |
|   | William R. Squires III, WSBA No. 4976 |
| 3 | 1015 Second Avenue, Floor 10 |
|   | Seattle, Washington 98104-1001 |
| 4 | Telephone: (206) 625-8600 |
|   | Fax: (206) 625-0900 |
| 5 | Email: rsquires@corrcronin.com |

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
303 Colorado Avenue, Suite 2200
Austin, TX 78701-4076
Tel.: (512) 726-2600
Fax: (512) 532-0002
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

Jiaxiao Zhang (*pro hac vice*)
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Tel.: (949) 757-6398
Fax: (949) 851-9348
Email: jiazhang@mwe.com

*Attorneys for Plaintiff*
SECTRA COMMUNICATIONS AB

IT IS SO ORDERED.

DATED this 4th day of January, 2023.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING AND NOTING
DATE OF MOTION FOR LEAVE TO AMEND
Case No. 2:22-cv-0353-RSM

5

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700