THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>            Plaintiff,<br><br>   v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br>            Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER REGARDING JURISDICTIONAL DISCOVERY DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JANUARY 20, 2023** |

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Local Civil Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding deadlines for jurisdictional discovery in connection with the Court's order (Dkt. No. 130) granting Defendant NetMotion Software Inc.'s ("NetMotion") Motion in the Alternative to Seek Jurisdictional Discovery (Dkt. No. 109) (the "Motion for Jurisdictional Discovery"), and have reached mutual agreement on a schedule for jurisdictional discovery and remaining briefing on NetMotion's Motion for Leave to Amend Counterclaim (Dkt. No. 99) (the "Motion for Leave");

**WHEREAS**, the Court has granted (Dkt. No. 130) Netmotion's Motion for Jurisdictional Discovery (Dkt. No. 109);

**WHEREAS**, NetMotion has served its first set of requests for production of documents regarding jurisdictional issues and its first set of interrogatories regarding jurisdictional issues on Columbitech on January 11, 2023.

**WHEREAS**, to allow adequate time for Columbitech to respond to NetMotion's first set of interrogatories regarding jurisdictional issues, the Parties have agreed that the deadline for Columbitech to respond should be February 10, 2023;

**WHEREAS**, to allow adequate time for Columbitech to complete document production in response to NetMotion's first set of requests for production of documents regarding jurisdictional issues, the Parties have agreed that the deadline for Columbitech to complete document production regarding jurisdictional issues should be February 28, 2023;

**WHEREAS**, the Parties have agreed that Mr. Englund's deposition and the 30(b)(6) deposition of Columbitech should be held between March 13, 2023 and March 22, 2023;

**WHEREAS**, to allow for adequate time to complete jurisdictional discovery, the Parties have agreed that the close of jurisdictional discovery should be March 22, 2023;

**WHEREAS**, Mr. Englund's deposition and jurisdictional discovery may be relevant to NetMotion's pending Motion for Leave; and

**WHEREAS**, to address any relevance of jurisdictional discovery and any deposition on NetMotion's Motion for Leave, the Parties have agreed that, consistent with the Court's order granting NetMotion's Motion for Jurisdictional Discovery, the deadline for NetMotion's supplemental reply brief in support of the Motion for Leave should be extended further to April 5, 2023, and the deadline for Sectra and Columbitech's sur-reply brief in opposition to the Motion for Leave should be extended further to April 19, 2023.

**THEREFORE**, the Parties hereby **STIPULATE** that the deadline for Columbitech's responses to NetMotion's interrogatories should be February 10, 2023; that the deadline for Columbitech's document production should be February 28, 2023; that depositions should be held between March 13, 2023, and March 22, 2023; that the close of jurisdictional discovery should be March 22, 2023; that the deadline for NetMotion's supplemental reply brief in support of the motion for leave to amend be extended to April 5, 2023; and that the deadline for Sectra and Columbitech's sur-reply brief be extended to April 19, 2023;

**SO STIPULATED.**

DATED this 20th day of January, 2023

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | COOLEY LLP |
| 3 | /s/ Christopher B. Durbin |
| 4 | Christopher B. Durbin (WSBA #41159)<br>COOLEY LLP |
| 5 | 1700 Seventh Avenue<br>Suite 1900 |
| 6 | Seattle, WA  98101-1355<br>Tel: (206) 452-8700 |
| 7 | Fax: (206) 452-8800<br>Email: cdurbin@cooley.com |
| 8 | Heidi L. Keefe (*pro hac vice* pending) |
| 9 | Reuben H. Chen (*pro hac vice* pending)<br>Alexandra Leeper (*pro hac vice* pending) |
| 10 | 3175 Hanover St.<br>Palo Alto, CA 94304-1130 |
| 11 | Tel: (650) 843-5000<br>Fax: (650) 849-7400 |
| 12 | Email: hkeefe@cooley.com<br>Email:  rchen@cooley.com |
| 13 | Email:  aleeper@cooley.com |
| 14 | *Attorneys for Defendants*<br>ABSOLUTE SOFTWARE, INC. and NETMOTION |
| 15 | SOFTWARE, INC., |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |

```
                              CORR CRONIN LLP

                               /s/ William R. Squires III
                              William R. Squires III, WSBA No. 4976
                              1015 Second Avenue, Floor 10
                              Seattle, Washington 98104-1001
                              Telephone: (206) 625-8600
                              Fax: (206) 625-0900
                              Email: rsquires@corrcronin.com

                              MCDERMOTT WILL & EMERY
                              Stephen M. Hash (*pro hac vice*)
                              Kevin J. Meek (*pro hac vice*)
                              Syed K. Fareed (*pro hac vice*)
                              Samoneh Schickel (*pro hac vice*)
                              303 Colorado Avenue, Suite 2200
                              Austin, TX 78701-4076
                              Tel.: (512) 726-2600
                              Fax: (512) 532-0002
                              Email: shash@mwe.com
                              Email: kmeek@mwe.com
                              Email: sfareed@mwe.com
                              Email: sschickel@mwe.com

                              Jiaxiao Zhang (*pro hac vice*)
                              18565 Jamboree Road, Suite 250
                              Irvine, CA 92612-2565
                              Tel.: (949) 757-6398
                              Fax: (949) 851-9348
                              Email: jiazhang@mwe.com

                              *Attorneys for Plaintiff*
                              *SECTRA COMMUNICATIONS AB*
```

IT IS SO ORDERED.

DATED this 23rd day of January, 2023.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE