THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SECTRA COMMUNICATIONS AB,

Plaintiff,

v.

ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,

Defendants.

Case No. 2:22-cv-0353-RSM

**ORDER GRANTING MOTION TO SUBSTITUTE DEFENDANT AND COUNTER-PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c)**

THIS MATTER came before the Court on the parties' Motion to Substitute Defendant and Counter-Plaintiff pursuant to Federal Rules of Civil Procedure 25(c). Having considered the Motion and all pleadings and files herein, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Mobile Sonic, Inc. will take the place of NetMotion Software, Inc. as Defendant in the above-captioned action. Mobile Sonic, Inc. will take the place of NetMotion Software, Inc. as Counterclaim Plaintiff in the above-captioned action. NetMotion Software, Inc. has agreed to and will participate in discovery as if it remained a party and without the need for service of a subpoena. All discovery to NetMotion Software, Inc. may be served upon Cooley LLP at the following address:

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700

 Heidi L. Keefe
Reuben H. Chen
Alexandra Leeper
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Fax: (650) 849-7400
hkeefe@cooley.com
rchen@cooley.com
aleeper@cooley.com
zAbsoluteSectra@cooley.com

DATED this 30th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700