THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>    Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>    Defendants. | No. 2:22-cv-00353-RSM<br><br>**STIPULATION AND ORDER REGARDING FILING DATES OF THE PARTIES' MOTIONS TO SEAL** |

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Civil Local Rule 7(k) for review and approval by the Court:

WHEREAS, the Parties have engaged in good-faith meet-and-confer discussions regarding Defendant Mobile Sonic's ("Mobile") Motion to Seal (D.I. 140) and Plaintiff Sectra Communications AB's ("Sectra") response in support of Mobile's Motion to Seal and anticipated motion to seal with regards to its Sur-Reply and Exhibit A thereto due to be filed on Wednesday, April 19, 2023; and

WHEREAS, the Parties agree that Sectra shall file a cross-motion including (i) its response in support of Mobile's Motion to Seal and (ii) its motion to seal its Sur-Reply on Wednesday, April 19, 2023;

WHEREAS, Mobile's (i) reply to Sectra's response in support of Mobile's Motion to

STIPULATION AND ORDER REGARDING FILING DATES OF
THE PARTIES' MOTIONS TO SEAL – Page 1
No. 2:22-cv-00353-RSM

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Seal and (ii) response to Sectra's motion to seal portions of its Sur-Reply and Exhibit A thereto will be due on May 3, 2023; and

WHEREAS, Sectra's reply to Mobile's response to Sectra's motion to seal portions of its Sur-Reply and Exhibit A thereto will be due on May 17, 2023.

DATED: April 17, 2023.

**CORR CRONIN LLP**

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
1510 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
rsquires@corrcronin.com

**MCDERMOTT WILL & EMERY**
Stephen M. Hash (*pro hac vice*)
Texas Bar No. 24012800
Kevin J. Meek (*pro hac vice*)
Texas Bar No. 13899600
Syed K. Fareed (*pro hac vice*)
Texas Bar No. 24065216
Samoneh Christina Kadivar Schickel (*pro hac vice*)
Texas Bar No. 24097911
303 Colorado Street, Suite 2200
Austin, TX  78701
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
shash@mwe.com
kmeek@mwe.com
sfareed@mwe.com
sschickel@mwe.com

***ATTORNEYS FOR PLAINTIFF***
***SECTRA COMMUNICATIONS AB***

STIPULATION AND ORDER REGARDING FILING DATES OF THE PARTIES' MOTIONS TO SEAL – Page 2
No. 2:22-cv-00353-RSM

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|   |   |
|---|---|
| 1 | COOLEY LLP |
| 2 | *s/ Christopher B. Durbin* |
|   | Christopher B. Durbin, WSBA No. 41159 |
| 3 | 1700 Seventh Avenue, Suite 1900 |
|   | Seattle, WA 98101-1355 |
| 4 | Tel: (206) 452-8700 |
|   | Fax: (206) 452-8800 |
| 5 | Email: cdurbin@cooley.com |

Heidi L. Keefe (*pro hac vice* pending)
California Bar No. 178960
Reuben H. Chen (*pro hac vice* pending)
California Bar No. 228725
Alexandra Leeper (*pro hac vice* pending)
California Bar No. 307310
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400
Email: hkeefe@cooley.com
Email: rchen@cooley.com
Email: aleeper@cooley.com

***ATTORNEYS FOR DEFENDANTS ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,***

IT IS SO ORDERED.

DATED this 19th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING FILING DATES OF THE PARTIES' MOTIONS TO SEAL – Page 3
No. 2:22-cv-00353-RSM

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900