THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING JOINT MOTION REGARDING CLAIM CONSTRUCTION CASE DEADLINES** |

This matter comes before the Court on the Parties' joint motion regarding case deadlines. The Court, having reviewed the Motion, GRANTS the Motion. The case schedule is modified as follows:

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Each side to elect no more than 12 asserted claims from its asserted patent-in-suit to move forward in the case | -- | 4/25/2023 |

JOINT MOTION AND ORDER REGARDING CASE DEADLINES
Case No. 2:22-cv-0353-RSM

1

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Each side to select 5 claim terms for construction (10 terms total) | -- | 4/27/2023 |
| Joint Claim Chart and Prehearing Statement | 4/21/2023 | 4/28/2023 |
| Opening claim construction briefs | 5/5/2023 | 5/12/2023 |
| Responsive claim construction briefs | 5/19/2023 | 5/24/2023 |
| *Markman* hearing | 6/9/2023 at 9am or thereafter at the Court's convenience | 6/9/2023 at 9am or thereafter at the Court's convenience (unchanged) |
| Expert disclosures/reports | 7/11/2023 | (unchanged) |
| Discovery motions due | 7/13/2023 | (unchanged) |
| Rebuttal expert disclosures/reports | 8/15/2023 | (unchanged) |
| Fact Discovery completed | 8/18/2023 | (unchanged) |
| Expert Discovery completed | 9/8/2023 | (unchanged) |
| Dispositive motions and *Daubert* motions | 9/29/2023 | (unchanged) |
| Attorney settlement conference deadline | 11/17/2023 | (unchanged) |
| CR 39.1 mediation deadline | 11/28/2023 | (unchanged) |

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Motions in limine due | 12/1/2023 | (unchanged) |
| Agreed pretrial order due | 12/20/2023 | (unchanged) |
| Trial briefs, proposed voir dire questions, and jury instructions due | 1/9/2024 | (unchanged) |
| Pretrial conference | To be scheduled by the Court | (unchanged) |
| Jury trial (5 days) | 1/22/2024 or thereafter at the Court's convenience | (unchanged) |

IT IS SO ORDERED.

DATED this 24th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE