THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>  Plaintiff,<br><br>  v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>  Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING MOTION TO SEAL DEFENDANT'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO AMEND COUNTERCLAIM** |

THIS MATTER came before the Court on Defendant's Motion to Seal Supplemental Reply in Support of Motion to Amend Counterclaim pursuant to Federal Rules of Civil Procedure 5(g). Having considered the Motion and all pleadings and files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 26th day of April, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

284153682 v1

ORDER
CASE NO. 2:22-CV-0353-RSM          1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700