THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECTRA COMMUNICATIONS AB,

    Plaintiff,

vs.

ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,

    Defendants.

No. 2:22-cv-00353-RSM

**ORDER GRANTING PLAINTIFF'S CROSS MOTION TO SEAL ITS SUR-REPLY AND RESPONSE IN SUPPORT OF DEFENDANT MOBILE SONIC, INC.'S MOTION TO SEAL ITS SUPPLEMENTAL REPLY**

THIS MATTER came before the Court on Plaintiff's Cross Motion to Seal its Sur-Reply and Response in Support of Defendant Mobile Sonic, Inc.'s Motion to Seal its Supplemental Reply.  Having considered the Cross Motion and all files herein,

IT IS HEREBY ORDERED THAT the Cross Motion is **GRANTED**.

DATED this 26th day of April, 2023.

              RICARDO S. MARTINEZ
              UNITED STATES DISTRICT JUDGE

[PROPOSED] GRANTING PLAINTIFF'S CROSS MOTION TO SEAL ITS SUR-REPLY AND RESPONSE IN SUPPORT OF DEFENDANT MOBILE SONIC, INC.'S MOTION TO SEAL ITS SUPPLEMENTAL REPLY  – Page 1
No. 2:22-cv-00353-RSM

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] GRANTING PLAINTIFF'S CROSS MOTION TO SEAL ITS SUR-REPLY AND RESPONSE IN SUPPORT OF DEFENDANT MOBILE SONIC, INC.'S MOTION TO SEAL ITS SUPPLEMENTAL REPLY – Page 2
No. 2:22-cv-00353-RSM

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900