IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT** |

This matter comes before the Court on Plaintiff Sectra Communications AB Motion for Leave to Amend its Complaint. The Court, having reviewed the Motion, Defendants' response, and the reply, if any, together with associated exhibits and declarations and the papers and pleadings on file, GRANTS the motion. Plaintiff is directed to file its amended complaint within the next seven (7) days. The parties are to file a separate stipulated motion to extend deadlines as discussed in the instant Motion.

IT IS SO ORDERED.

DATED this 9th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR LEAVE
TO AMEND COMPLAINT
No.: 2:22-cv-00353-RSM – Page 1