UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COUNTERCLAIM** |

This matter comes before the Court on Defendant NetMotion Software Inc.'s Motion to Amend Counterclaim, Dkt. #99.  On June 9, 2023, Plaintiff represented in open court that it is withdrawing its opposition to the instant Motion. The Court, having reviewed the now unopposed Motion, Plaintiff's response, and the reply, together with associated exhibits, and declarations, if any, and the papers and pleadings on file, GRANTS the Motion.  Defendant is to file a copy of its amended pleadings within the next seven (7) days.

IT IS SO ORDERED.

DATED this 9th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE