THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC., <br><br> Defendants. | Case No. 2:22-cv-0353-RSM <br><br> **ORDER GRANTING JOINT MOTION REGARDING CASE SCHEDULE** |

This matter comes before the Court on the Parties' joint motion regarding case deadlines. The Court, having reviewed the Motion, GRANTS the Motion. The case schedule is modified as follows:

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Deadline to file responsive pleadings in response to amended complaint / amended counterclaims | | 28 days from filing of amended complaint / amended counterclaims |

ORDER REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

1

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Mobile Sonic, Inc. to serve infringement contentions as to Columbitech Inc. | | 6/30/2023 |
| Columbitech Inc. to serve invalidity and noninfringement contentions | | 7/31/2023 |
| Discovery motions due | 7/13/2023 | 11/17/2023 |
| Fact Discovery completed | 8/18/2023 | 11/30/2023 |
| Expert disclosures/reports on issues for which a party bears the burden of proof | 7/11/2023 | 12/7/2023 |
| Rebuttal expert disclosures/reports | 8/15/2023 | 1/19/2024 |
| Expert Discovery completed | 9/8/2023 | 2/9/2024 |
| Dispositive motions and *Daubert* motions | 9/29/2023 | 2/22/2024 |
| Responses to dispositive and *Daubert* motions | | 3/12/2024 |
| Replies to dispositive and *Daubert* motions | | 3/22/2024 |
| Attorney settlement conference deadline | 11/17/2023 | 4/5/2024 |
| CR 39.1 mediation deadline | 11/28/2023 | 4/12/2024 |
| Motions in limine due | 12/1/2023 | 5/16/2024 |

ORDER REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Agreed pretrial order due | 12/20/2023 | 6/7/2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | 1/9/2024 | 6/21/2024 |
| Pretrial conference | To be scheduled by the Court | To be set by the Court |
| Jury trial (5 days) | 1/22/2024 or thereafter at the Court's convenience | 7/15/2024 or thereafter at the Court's convenience |

IT IS SO ORDERED.

DATED this 15th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700