IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECTRA COMMUNICATIONS AB,

Plaintiff,

vs.

ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,

Defendants.

No. 2:22-cv-00353-RSM

**ORDER GRANTING PLAINTIFF'S MOTIONS TO SEAL**

This matter comes before the Court on Plaintiff's Motion to Seal Plaintiff's Motion for Leave to Amend its Complaint, Dkt. #177, and Plaintiff's Motion to Seal First Amended Complaint, Dkt. #184. Having considered these Motions and all pleadings and files herein,

IT IS HEREBY ORDERED THAT these Motions, Dkts. #177 and #184, are GRANTED. The filings at Dkts. #179, #180, and #186 are to remain under seal. Since Defendants do not seek to keep Exhibits 5-6 under seal, Plaintiff is directed to file those publicly.

DATED this 6th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE