THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.,<br><br>  Plaintiffs and Counter-Defendants,<br><br>  v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>  Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANT AND COUNTER-PLAINTIFF MOBILE SONIC'S MOTION TO SEAL ITS MOTION FOR LEAVE TO AMEND INFRINGMENT CONTENTIONS AND EXHIBITS THERETO** |

THIS MATTER came before the Court on Defendant and Counter-Plaintiff Mobile Sonic's Motion to Seal its Motion for Leave to Amend Infringement Contentions and Exhibits 1-3 thereto, pursuant to Federal Rules of Civil Procedure 5(g).  Having considered the Motion and all pleadings and files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 12th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE