THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>    Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br>    Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND PROPOSED ORDER REGARDING NOTING DATE AND BRIEFING FOR MOTIONS TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JULY 12, 2023** |

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Local Civil Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint on July 10, 2023 (Dkt. 202), and Plaintiff (Counter-Defendant) Columbitech, Inc. filed a Motion to Dismiss Defendant (Counter-Plaintiff) Mobile Sonic's Second Amended Counterclaim on July 11, 2023 (Dkt. 204);

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the briefing schedule on the Parties' respective Motions to Dismiss;

**WHEREAS**, the Parties agree that to accommodate the Parties' schedules, briefs in opposition to each Motion to Dismiss should be due on August 3, 2023;

**WHEREAS**, the Parties agree that to accommodate the Parties' schedules, the noting date for each Motion to Dismiss should be extended to August 11, 2023 with reply briefs in support of each Motion to Dismiss should be due on August 11, 2023.

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on the Parties' respective Motions to Dismiss be extended to August 11, 2023; that the deadline for briefs in opposition to the Motions to Dismiss should be extended to August 3, 2023; and the deadline for reply briefs in support of the Motions to Dismiss should be extended to August 11, 2023;

**SO STIPULATED.**

DATED this 12th day of July, 2023

                        Respectfully submitted,

                        COOLEY LLP

                        */s/ Christopher B. Durbin*
                        Christopher B. Durbin (WSBA #41159)
                        COOLEY LLP
                        1700 Seventh Avenue
                        Suite 1900
                        Seattle, WA  98101-1355
                        Tel:(206) 452-8700
                        Fax:(206) 452-8800
                        Email: cdurbin@cooley.com

                        Heidi L. Keefe (*pro hac vice*)
                        Reuben H. Chen (*pro hac vice*)
                        Alexandra Leeper( *pro hac vice*)
                        3175 Hanover St.
                        Palo Alto, CA 94304-1130
                        Tel:       (650) 843-5000
                        Fax:   (650) 849-7400
                        Email: hkeefe@cooley.com
                        Email:  rchen@cooley.com
                        Email:  aleeper@cooley.com

                        *Attorneys for Defendants*
                        *ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,*

CORR CRONIN LLP

 /s/ William R. Squires, III
William R. Squires III, WSBA No. 4976
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiffs*
*SECTRA COMMUNICATIONS AB and*
*COLUMBITECH INC.*

IT IS SO ORDERED.

DATED this 14th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE