THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH, INC.<br><br>           Plaintiff,<br><br>   v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br>           Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING FOR MOTION TO AMEND INFRINGEMENT CONTENTIONS**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JULY 19, 2023** |

STIPULATION RE BRIEFING AND NOTING DATE OF MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS (Case No. 2:22-cv-0353-RSM)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Local Civil Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, Defendants filed a Motion for Leave to Amend Infringement Contentions on July 11, 2023 (Dkt. 209);

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the briefing schedule regarding Plaintiffs' opposition and Defendants' reply with respect to Defendants' Motion for Leave to Amend Infringement Contentions;

**WHEREAS**, the Parties agree that in an effort to resolve the Parties dispute with respect to Defendants Motion for Leave to Amend Infringement Contentions, Plaintiffs' brief in opposition should be due on July 31, 2023 and the noting date should be extended to August 4, 2023, with Defendants' reply brief due on August 4, 2023;

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendants' Motion for Leave to Amend Infringement Contentions be extended to August 4, 2023; that the deadline for Plaintiffs' opposition be extended to July 31, 2023; and the deadline for Plaintiffs' reply brief be extended to August 4, 2023,

**SO STIPULATED.**

DATED this 19th day of July, 2023.

Respectfully submitted,

CORR CRONIN LLP

*s/ William R. Squires*
William R. Squires III, WSBA No. 4976
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY

STIPULATION RE BRIEFING AND
NOTING DATE OF MOTION FOR LEAVE
TO AMEND INFRINGEMENT
CONTENTIONS (Case No. 2:22-cv-0353-RSM)

2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|   |   |
|---|---|
| 1 | Stephen M. Hash (*pro hac vice*) |
| 2 | Kevin J. Meek (*pro hac vice*) |
|   | Syed K. Fareed (*pro hac vice*) |
| 3 | Samoneh Schickel (*pro hac vice*) |
| 4 | 101 Congress Avenue, Suite 500 |
|   | Austin, TX 78701-4076 |
| 5 | Tel.: (512) 322-2587 |
|   | Fax: (512) 322-3687 |
| 6 | Email: shash@mwe.com |
|   | Email: kmeek@mwe.com |
| 7 | Email: sfareed@mwe.com |
|   | Email: sschickel@mwe.com |

*Attorneys for Plaintiffs*
*SECTRA COMMUNICATIONS AB and*
*COLUMBITECH INC.*

COOLEY LLP

*s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue
Suite 1900
Seattle, WA  98101-1355
Tel:(206) 452-8700
Fax:(206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice*)
Reuben H. Chen (*pro hac vice*)
Alexandra Leeper( *pro hac vice*)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:       (650) 843-5000
Fax:   (650) 849-7400
Email: hkeefe@cooley.com
Email:  rchen@cooley.com
Email:  aleeper@cooley.com

*Attorneys for Defendants*
*ABSOLUTE SOFTWARE, INC. and MOBILE*
*SONIC, INC.,*

---

STIPULATION RE BRIEFING AND
NOTING DATE OF MOTION FOR LEAVE
TO AMEND INFRINGEMENT
CONTENTIONS (Case No. 2:22-cv-0353-RSM)

3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

IT IS SO ORDERED.

DATED this 19th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING AND
NOTING DATE OF MOTION FOR LEAVE
TO AMEND INFRINGEMENT
CONTENTIONS (Case No. 2:22-cv-0353-RSM)

4

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900