THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br>　　　　　　Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING FOR MOTIONS TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**AUGUST 2, 2023** |

The parties to the above-captioned action (the "Parties"), submit the below stipulation pursuant to Local Civil Rule 7(*l*) for review and approval by the Court:

**WHEREAS**, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint on July 10, 2023 (Dkt. 202), and Plaintiff (Counter-Defendant) Columbitech, Inc. filed a Motion to Dismiss Defendant (Counter-Plaintiff) Mobile Sonic's Second Amended Counterclaim on July 11, 2023 (Dkt. 204);

**WHEREAS**, the noting date on the Parties' respective Motions to Dismiss is currently August 11, 2023, with the deadline for oppositions to the Motions to Dismiss on August 3, 2023;

**WHEREAS**, the Parties have engaged in good faith negotiations regarding the Motions to Dismiss;

**WHEREAS**, Mobile Sonic intends to file a motion to amend its counterclaim in lieu of opposing Plaintiffs' motion to dismiss, and Plaintiffs have stated that they will not oppose the motion to amend (but reserve the right to seek to dismiss Mobile Sonic's proposed third amended counterclaim) and will withdraw their motion to dismiss as moot and without prejudice if Mobile Sonic files an unopposed motion to amend;

**WHEREAS**, the Parties agree that to allow sufficient time for Mobile Sonic to prepare and file an unopposed motion to amend, the noting date for each Motion to Dismiss should be extended to August 18, 2023; opposition briefs to each Motion to Dismiss should be due on August 10, 2023; and reply briefs in support of each Motion to Dismiss should be due on August 18, 2023.

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on the Parties' respective Motions to Dismiss be extended to August 18, 2023; that the deadline for briefs in opposition to the Motions to Dismiss should be extended to August 10, 2023; and the deadline for reply briefs in support of the Motions to Dismiss should be extended to August 18, 2023; **SO STIPULATED.**

DATED this _2nd_ day of August, 2023

                        Respectfully submitted,

                        COOLEY LLP

                        */s/ Christopher B. Durbin*
                        Christopher B. Durbin (WSBA #41159)
                        COOLEY LLP
                        1700 Seventh Avenue
                        Suite 1900
                        Seattle, WA  98101-1355
                        Tel:(206) 452-8700
                        Fax:(206) 452-8800
                        Email: cdurbin@cooley.com

                        Heidi L. Keefe (*pro hac vice*)
                        Reuben H. Chen (*pro hac vice*)
                        Alexandra Leeper( *pro hac vice*)
                        3175 Hanover St.
                        Palo Alto, CA 94304-1130
                        Tel:       (650) 843-5000
                        Fax:   (650) 849-7400
                        Email: hkeefe@cooley.com
                        Email:  rchen@cooley.com
                        Email:  aleeper@cooley.com

                        *Attorneys for Defendants*
                        *ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,*

CORR CRONIN LLP

/s/ William R. Squires III
William R. Squires III, WSBA No. 4976
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiffs*
*SECTRA COMMUNICATIONS AB and*
*COLUMBITECH INC.*

IT IS SO ORDERED.

DATED this 3rd day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE