The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBIT 4 TO PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

This matter came before the Court on Plaintiffs' Motion to Seal Exhibit 4 to Plaintiffs' Unopposed Motion for Leave to Amend Infringement Contentions. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion (Dkt. #221) is GRANTED.

DATED this 8th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
No.: 2:22-cv-00353-RSM – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900