The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

This matter came before the Court on Plaintiffs' Unopposed Motion for Leave to Amend Infringement Contentions. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion (Dkt. #219) is GRANTED.

DATED this 8th day of August, 2023.

_[signature]_

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
No.: 2:22-cv-00353-RSM – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900