THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　　v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>　　　　Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANT AND COUNTER-PLAINTIFF MOBILE SONIC'S LEAVE TO AMEND COUNTERCLAIM** |

THIS MATTER came before the Court on Defendant and Counter-Plaintiff Mobile Sonic's Motion for Leave to Amend Its Counterclaim. The Court, having reviewed the Motion, Plaintiff's response, and the reply, if any, together with associated exhibits, and declarations, if any, and the papers and pleadings on file, GRANTS the Motion.

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 11th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:22-CV-0353-RSM　　　　1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700