THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>    Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANT AND COUNTER-PLAINTIFF MOBILE SONIC'S UNOPPOSED MOTION TO SEAL EXHIBITS TO ITS MOTION FOR LEAVE TO AMEND COUNTERCLAIM** |

THIS MATTER came before the Court on Defendant and Counter-Plaintiff Mobile Sonic's Motion to Seal Exhibits A and B to Its Motion for Leave to Amend Its Counterclaim, pursuant to Federal Rules of Civil Procedure 5(g). Having considered the Motion and all pleadings and files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 11th day of August, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:22-CV-0353-RSM     1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700