THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC., <br><br> Plaintiff, <br><br> v. <br><br> ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC., <br><br> Defendants. | Case No. 2:22-cv-0353-RSM <br><br> **ORDER GRANTING DEFENDANT AND COUNTER-PLAINTIFF MOBILE SONIC, INC.'S UNOPPOSED MOTION TO SEAL EXHIBIT TO THIRD AMENDED COUNTERCLAIM** |

THIS MATTER came before the Court on Defendant and Counter-Plaintiff Mobile Sonic Inc.'s Motion to Seal Exhibit to Third Amended Counterclaim pursuant to Federal Rules of Civil Procedure 5(g). Having considered the Motion and all pleadings and files herein

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 12th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO SEAL
CASE NO. 2:22-CV-0353-RSM