THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>        Plaintiffs and Counter-Defendants,<br><br>  v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>        Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING MOBILE SONIC, INC.'S MOTION FOR LEAVE TO AMEND INFRINGMENT CONTENTIONS** |

Having considered Mobile Sonic, Inc.'s Motion for Leave to Amend Infringement Contentions, and all materials submitted in support of its Motion: IT IS HEREBY ORDERED that the Motion is GRANTED. Mobile Sonic, Inc. is granted leave to amend its infringement contentions as outlined in the Motion.

DATED this 12th day of September, 2023.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE