THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH, INC.<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF COLUMBITECH INC'S RESPONSE TO MOBILE SONIC, INC'S THIRD AMENDED COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**SEPTEMBER 22, 2023** |

STIPULATION AND ORDER RE
PLAINTIFFS' RESPONSE TO THIRD
AMENDED COUNTERCLAIM (Case No.
2:22-cv-0353-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

The parties to the above-captioned action (the "Parties"), submit the below stipulation for review and approval by the Court:

**WHEREAS**, Counter-Plaintiff Mobile Sonic, Inc. ("Mobile") filed its Third Amended Counterclaim on September 11, 2023 (Dkt. 247);

**WHEREAS**, the Parties have engaged in good-faith discussions regarding Counter-Defendant Columbitech, Inc.'s ("Columbitech's") response;

**WHEREAS**, the Parties agree that to accommodate Columbitech's counsels' other case commitments and deadlines, Columbitech's response to Mobile's Third Amended Counterclaim, which is currently due September 25, 2023, be extended to October 9, 2023;

**THEREFORE**, the Parties hereby **STIPULATE** that Columbitech's response to Mobile's Third Amended Counterclaim be extended to October 9, 2023.

**SO STIPULATED.**

DATED this 22nd day of September, 2023.

Respectfully submitted by,

| CORR CRONIN LLP | COOLEY LLP |
|---|---|
| *s/ William R. Squires* | *s/ Christopher B. Durbin* |
| William R. Squires III, WSBA No. 4976 | Christopher B. Durbin (WSBA #41159) |
| 1015 Second Avenue, Floor 10 | COOLEY LLP |
| Seattle, Washington 98104-1001 | 1700 Seventh Avenue |
| Tel: (206) 625-8600 | Suite 1900 |
| Fax: (206) 625-0900 | Seattle, WA 98101-1355 |
| Email: rsquires@corrcronin.com | Tel: (206) 452-8700 |
| | Fax: (206) 452-8800 |
| MCDERMOTT WILL & EMERY | Email: cdurbin@cooley.com |
| Stephen M. Hash (*pro hac vice*) | |
| Kevin J. Meek (*pro hac vice*) | Heidi L. Keefe (*pro hac vice*) |
| Syed K. Fareed (*pro hac vice*) | Reuben H. Chen (*pro hac vice*) |
| Samoneh Schickel (*pro hac vice*) | Alexandra Leeper( *pro hac vice*) |
| 101 Congress Avenue, Suite 500 | 3175 Hanover St. |
| Austin, TX 78701-4076 | Palo Alto, CA 94304-1130 |
| Tel.: (512) 322-2587 | Tel: (650) 843-5000 |
| Fax: (512) 322-3687 | Fax: (650) 849-7400 |

STIPULATION AND ORDER RE PLAINTIFFS' RESPONSE TO THIRD AMENDED COUNTERCLAIM (Case No. 2:22-cv-0353-RSM)

2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

Email: hkeefe@cooley.com
Email: rchen@cooley.com
Email: aleeper@cooley.com

*Attorneys for Plaintiffs*
SECTRA COMMUNICATIONS AB and
COLUMBITECH INC.

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and
MOBILE SONIC, INC.,

IT IS SO ORDERED.

DATED this 25th day of September, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE PLAINTIFFS' RESPONSE TO THIRD AMENDED COUNTERCLAIM (Case No. 2:22-cv-0353-RSM)

3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900