THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

THIS MATTER came before the Court on Defendant's Motion to Seal Motion to Dismiss First Amended Complaint pursuant to Federal Rules of Civil Procedure 5(g). Having considered the Motion and all pleadings and files herein

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 2nd day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO SEAL
CASE NO. 2:22-CV-0353-RSM