The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

This matter came before the Court on Plaintiffs' Unopposed Motion to Seal Plaintiffs' Opposition to Defendants' Motion to Dismiss. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 2nd day of October, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
No.: 2:22-cv-00353-RSM – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900