THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>　　　　　Plaintiffs and Counter-Defendants,<br><br>　v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>　　　　　Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND NON-INFRINGEMENT CONTENTIONS** |

　　This matter came before the Court on Defendants' Unopposed Motion for Leave to Amend Non-Infringement Contentions. Having considered the Motion and all files herein,

　　IT IS HEREBY ORDERED THAT the Motion is GRANTED.

　　DATED this 14th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**ORDER**
**CASE NO. 2:22-CV-0353-RSM**

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700