THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　　v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>　　　　Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL EXHIBITS 2 AND 3 TO DEFENDANTS' MOTION FOR LEAVE TO AMEND NON-INFRINGEMENT CONTENTIONS** |

This matter came before the Court on Defendants' Unopposed Motion to Seal Exhibits 2 and 3 to Defendants' Motion for Leave to Amend Non-Infringement Contentions. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 14th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:22-CV-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700