THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SECTRA COMMUNICATIONS AB and COLUMBITECH INC., | Case No. 2:22-cv-0353-RSM |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT MOTION REGARDING CASE SCHEDULE** |
| ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC., | |
| Defendants. | |

This matter comes before the Court on the Parties' joint motion regarding case deadlines. The Court, having reviewed the Motion, GRANTS the Motion. The case schedule is modified as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Discovery motions due | 11/17/2023 | Unchanged 11/17/2023 |
| Written Fact Discovery completed | 11/30/2023 | Unchanged |

JOINT MOTION AND ORDER REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

1

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date | Revised Date |
|---|---|---|
|  |  | 11/30/2023 |
| Fact Depositions complete |  | 12/14/2023 |
| Expert disclosures/reports on issues for which a party bears the burden of proof | 12/7/2023 | 12/21/2023 |
| Rebuttal expert disclosures/reports | 1/19/2024 | 1/30/2024 |
| Expert Discovery completed | 2/9/2024 | 2/9/2024 |
| Dispositive motions and *Daubert* motions | 2/22/2024 | 2/23/2024 |
| Responses to dispositive and *Daubert* motions | 3/12/2024 | Unchanged 3/12/2024 |
| Replies to dispositive and *Daubert* motions | 3/22/2024 | Unchanged 3/22/2024 |
| Attorney settlement conference deadline | 4/5/2024 | Unchanged 4/5/2024 |
| CR 39.1 mediation deadline | 4/12/2024 | Unchanged 4/12/2024 |
| Motions in limine due | 5/16/2024 | Unchanged 5/16/2024 |

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

2

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| Event | Current Date | Revised Date |
|---|---|---|
| Agreed pretrial order due | 6/7/2024 | Unchanged 6/7/2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | 6/21/2024 | Unchanged 6/21/2024 |
| Pretrial conference | To be set by the Court | To be set by the Court |
| Jury trial (5 days) | 7/15/2024 or thereafter at the Court's convenience | Unchanged 7/15/2024 or thereafter at the Court's convenience |

IT IS SO ORDERED.

DATED this 21st day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT MOTION AND PROPOSED ORDER
REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

3

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700