The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO COMPEL AND EXHIBITS THERETO** |

THIS MATTER came before the Court on Plaintiff's Motion to Seal Portions of its Motion to Compel and Exhibits thereto.  Having considered the Motion to Seal and all files herein,

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED.

DATED this 27th day of November, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
No.: 2:22-cv-00353-RSM – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900