THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO QUASH AND FOR A PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**NOVEMBER 21, 2023** |

The parties to the above-captioned action (the "Parties"), submit the below stipulation for review and approval by the Court:

**WHEREAS**, Defendants filed a Motion to Quash and for a Protective Order on November 16, 2023 (Dkt. 272);

**WHEREAS**, the Parties have engaged in good-faith meet-and-confer discussions regarding the briefing schedule regarding Plaintiffs' reply and Defendants' response with respect to Defendants' Motion to Quash and for a Protective Order;

**WHEREAS**, the Parties agree that Plaintiffs' response currently due on November 29, 2023 should be due on December 4, 2023 and the noting date should be extended from December 1, 2023 to December 8, 2023, with Defendants' reply brief due on December 8, 2023;

STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO QUASH AND FOR A PROTECTIVE ORDER – Page 1   (No. 2:22-cv-00353-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**THEREFORE**, the Parties hereby **STIPULATE** that the noting date on Defendants' Motion to Quash and for a Protective Order be extended to December 8, 2023; that the deadline for Plaintiffs' reply be extended to December 4, 2023; and the deadline for Defendants' response be extended to December 8, 2023,

**SO STIPULATED.**

DATED this 21st day of November, 2023.

**CORR CRONIN LLP**

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900
Email: rsquires@corrcronin.com

MCDERMOTT WILL & EMERY
Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel.: (512) 322-2587
Fax: (512) 322-3687
Email: shash@mwe.com
Email: kmeek@mwe.com
Email: sfareed@mwe.com
Email: sschickel@mwe.com

*Attorneys for Plaintiffs*
*SECTRA COMMUNICATIONS AB and COLUMBITECH INC.*

STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO QUASH AND FOR A PROTECTIVE ORDER – Page 2   (No. 2:22-cv-00353-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

COOLEY LLP

*s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA  98101-1355
Tel:(206) 452-8700
Fax:(206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice*)
Reuben H. Chen (*pro hac vice*)
Alexandra Leeper( *pro hac vice*)
3175 Hanover St.
Palo Alto, CA 94304-1130
Tel:      (650) 843-5000
Fax:   (650) 849-7400
Email: hkeefe@cooley.com
Email:  rchen@cooley.com
Email:  aleeper@cooley.com

*Attorneys for Defendants*
ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.

IT IS SO ORDERED.

DATED this 27th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO QUASH AND FOR A PROTECTIVE ORDER – Page 3     (No. 2:22-cv-00353-RSM)

**Corr Cronin llp**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900