UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,

    Plaintiffs and Counter-Defendants,

v.

ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,

    Defendants and Counter-Plaintiffs.

Case No. 2:22-cv-0353-RSM

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL MOTION TO QUASH AND ASSOCIATED DOCUMENTS ON BEHALF OF TRACY CROWE AND CROWE CONSULTING**

This matter came before the Court on Defendants' Unopposed Motion to Seal Motion to Quash and Associated Documents on Behalf of Tracy Crowe and Crowe Consulting, Dkt. #270. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED. Dkts. #272 and #273 are to remain under seal.

DATED this 5th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE