THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>　　　　Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND ASSOCIATED DOCUMENTS** |

　　　This matter came before the Court on Defendants' Unopposed Motion to Seal Defendants' Opposition to Plaintiffs' Motion to Compel and Associated Documents, Dkt. #291. Having considered the Motion and all files herein,

　　　IT IS HEREBY ORDERED THAT the Motion is GRANTED. Dkts. #293 and #294 are to remain under seal.

　　　DATED this 5th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**ORDER**
**CASE NO. 2:22-CV-0353-RSM**

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700