The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL** |

THIS MATTER came before the Court on Plaintiffs' Motion to Seal its Reply in Support of its Motion to Compel. Having considered the Motion to Seal and all files herein,

IT IS HEREBY ORDERED THAT the Motion to Seal (Dkt. #298) is GRANTED.

DATED this 11th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER
No.: 2:22-cv-00353-RSM – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900