THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　　v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENAS FOR DEPOSITION OF TRACY CROWE AND CROWE CONSULTING AND FOR A PROTECTIVE ORDER ON BEHALF OF TRACY CROWE AND CROWE CONSULTING** |

This matter came before the Court on Unopposed Motion to Seal Reply in Support of Motion to Quash Subpoenas for Deposition of Tracy Crowe and Crowe Consulting and for a Protective Order on Behalf of Tracy Crowe and Crowe Consulting. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion (Dkt. #306) is GRANTED.

DATED this 11th day of December, 2023.

　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:22-CV-0353-RSM

COOLEY LLP
1700 SEVENTH AVENUE SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700