THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**STIPULATION AND ORDER REGARDING THE PARTIES' FILING DATES FOR DEFENDANT MOBILE SONIC'S MOTION FOR LEAVE TO AMEND THEIR COUNTERCLAIM AND INFRINGEMENT CONTENTIONS** |

The parties to the above-captioned action (the "Parties"), submit the below stipulation for review and approval by the Court:

WHEREAS, the Parties have discussed the deadlines regarding (i) Defendant Mobile Sonic's ("Mobile's") Motion to Seal (D.I. 318) its Motion to Leave to Amend Counterclaim and Infringement Contentions and (ii) Mobile's Motion for Leave to Amend Counterclaim and Infringement Contentions (D.I. 320); and

WHEREAS, the Parties agree that due to scheduling conflicts:

- Plaintiffs' (i) Opposition to Mobile's Motion for Leave to Amend and (ii) briefing in support of Mobile's Motion to Seal will be due on January 22, 2024;

- Mobile's (i) Reply to Plaintiffs' Opposition and (ii) Reply regarding sealing will be due on February 9, 2024; and

STIPULATION AND ORDER
No.: 2:22-cv-00353-RSM – Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

- the Noting dates for Mobile's Motion to Seal (D.I. 318) and Motion for Leave to Amend (D.I. 320) will be extended to February 9, 2024.

Dated this 2nd of January, 2024.

          Respectfully submitted,

s/ William R. Squires III
William R. Squires III, WSBA No. 4976
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
rsquires@corrcronin.com

Stephen M. Hash (*pro hac vice*)
Texas Bar No. 24012800
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Kadivar (*pro hac vice*)
**MCDERMOTT WILL & EMERY**
101 Congress Avenue, Suite 500
Austin, TX 78701-4076
Tel: (512) 322-2587
Fax: (512) 322-3687
shash@mwe.com
kmeek@mwe.com
sfareed@mwe.com
sschickel@mwe.com

***ATTORNEYS FOR PLAINTIFF SECTRA COMMUNICATIONS AB***

s/ Christopher B. Durbin
Christopher B. Durbin (WSBA #41159)
**COOLEY LLP**
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Heidi L. Keefe (*pro hac vice* pending)
Reuben H. Chen (*pro hac vice* pending)
Alexandra Leeper (*pro hac vice* pending)

STIPULATION AND ORDER
No.: 2:22-cv-00353-RSM – Page 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3175 Hanover St.
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400
Email: hkeefe@cooley.com
Email: rchen@cooley.com
Email: aleeper@cooley.com

***ATTORNEYS FOR DEFENDANTS ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,***

IT IS SO ORDERED.

DATED this 2nd day of January, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
No.: 2:22-cv-00353-RSM – Page 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900