UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br><br>    Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING MOTIONS TO SEAL** |

THIS MATTER came before the Court on Mobile Sonic's Motion to Seal its Motion for Leave to Amend Its Counterclaim and Infringement Contentions, Dkt. #316, and Plaintiffs' Cross-Motion to seal their Response, Dkt. #328. The Court, having reviewed these Motions, the responses, and the reply, if any, together with associated exhibits, and declarations, if any, and the papers and pleadings on file, GRANTS these Motions.

IT IS HEREBY ORDERED THAT the Motions, Dkts. #316 and #328, are GRANTED. The Motion at Dkt. #318, the exhibits at Dkt. #319, the response at Dkt. #330, and the exhibits at Dkt. #332 shall remain under seal.

DATED this 23rd day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**ORDER**
**CASE NO. 2:22-CV-0353-RSM**    1