THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC., <br><br> Defendants. | Case No. 2:22-cv-0353-RSM <br><br> **ORDER GRANTING JOINT MOTION REGARDING CASE SCHEDULE** |

  This matter comes before the Court on the Parties' joint motion regarding case deadlines, *see* Dkt. No. 375.  The Court, having reviewed the Motion, GRANTS the Motion.  The case schedule is modified as follows:

JOINT MOTION AND ORDER REGARDING CASE SCHEDULE
Case No. 2:22-cv-0353-RSM

1

| Event | Current Date | Joint Proposed Date |
|---|---|---|
| Rebuttal expert disclosures/reports | 5/12/2024 | 5/13/2024 |
| Expert discovery completed | 5/26/2024 | 6/21/2024 |
| Dispositive and *Daubert* motions | 5/10/2024 | 7/12/2024 |
| Responses to dispositive and *Daubert* motions | 5/31/2024 | 8/2/2024 |
| Replies to dispositive and *Daubert* motions | 6/14/2024 | 8/30/2024 |
| Attorney Settlement conference deadline | | 9/13/2024 |
| CR 39.1 mediation deadline | | 9/20/2024 |
| Motions *in limine* due | | 10/8/2024 |
| Agreed pretrial order due | | 10/29/2024 |
| Trial briefs, proposed *voir dire* questions, and jury instructions due | | 11/11/2024 |
| Pretrial Conference | | To be set by the Court |
| Trial | 10/15/2024 | 12/2/2024 |

IT IS SO ORDERED.

DATED this 25th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE