UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC., <br><br> Defendants. | Case No. 2:22-cv-0353-RSM <br><br> **ORDER GRANTING LEAVE TO FILE TWO DISCRETE SUMMARY JUDGMENT MOTIONS** |

Having considered Defendants Absolute Software, Inc. and Mobile Sonic, Inc.'s Motion for leave to file two dispositive motions and Plaintiffs' Response, Defendants' Motion, Dkt. #384, is hereby **GRANTED**.  Defendants may file two separate dispositive Motions to resolve Plaintiffs' infringement claim and disparagement claims on summary judgment.  IT IS SO ORDERED.

DATED this 24th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE