# Exhibit 5

esigned for
Microsoft
Windows NT®
Windows®95

CD-ROM Included

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*

**Over 7,600 Terms**
**Additional Terms Available On Line Quarterly**

# Microsoft Press® Computer Dictionary

## Third Edition

- *Over 300 illustrations and diagrams*
- *Extensive Internet coverage*
- *Featured in Microsoft® Bookshelf®*
- *Covers software, hardware, concepts, and more!*

Microsoft® Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
p. cm.
ISBN 1-57231-446-X
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.
I. Microsoft Press.
QA76.15.M54 1997
004'.03--dc21 97-15489
CIP

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9 QMQM 2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

**interapplication communication** \in`tər-a-plə-kā`shən kə-myōō-nə-kā´shən\ *n.* The process of one program sending messages to another program. For example, some e-mail programs allow users to click on a URL within the message. After the user clicks on the URL, a browser will automatically launch and access the URL.

**interblock gap** \in`tər-blok gap´\ *n. See* inter-record gap.

**Interchange File Format** \in`tər-chānj fīl´ fōr-mat\ *n. See* .iff.

**Interchange Format** \in´tər-chānj fōr`mat\ *n. See* Rich Text Format.

**interface** \in´tər-fās`\ *n.* **1.** The point at which a connection is made between two elements so that they can work with each other. **2.** Software that enables a program to work with the user (the user interface, which can be a command-line interface, menu-driven, or a graphical user interface), with another program such as the operating system, or with the computer's hardware. **3.** A card, plug, or other device that connects pieces of hardware with the computer so that information can be moved from place to place. For example, standardized interfaces such as RS-232-C standard and SCSI enable communications between computers and printers or disks. *See also* RS-232-C standard, SCSI. **4.** A networking or communications standard, such as the ISO/OSI model, that defines ways for different systems to connect and communicate.

**interface adapter** \in´tər-fās ə-dap`tər\ *n. See* network adapter.

**interface card** \in´tər-fās kärd`\ *n. See* adapter.

**interference** \in`tər-fēr´əns\ *n.* **1.** Noise or other external signals that affect the performance of a communications channel. **2.** Electromagnetic signals that can disturb radio or television reception. The signals can be generated naturally, as in lightning, or by electronic devices, such as computers.

**Interior Gateway Protocol** \in-tēr`ē-ər gāt`wā prō´tə-kol\ *n. See* IGP.

**Interior Gateway Routing Protocol** \in-tēr`ē-ər gāt`wā rōō´tēng prō`tə-kol, rout´ēng\ *n. See* IGRP.

**interlacing** \in´tər-lā`sēng\ *n.* A technique used in some raster-scan video displays in which the electron beam refreshes (updates) all odd-numbered scan lines in one vertical sweep of the screen and all even-numbered scan lines in the next sweep. Because of the screen phosphor's ability to maintain an image for a short time before fading and the tendency of the human eye to average or blend subtle differences in light intensity, the human viewer sees a complete display, but the amount of information carried by the display signal and the number of lines that must be displayed per sweep are halved. *Compare* noninterlaced.

**interleave** \in´tər-lēv\ *vb.* To arrange the sectors on a hard disk in such a way that after one sector is read, the next sector in numeric sequence will arrive at the head when the computer is ready to accept it rather than before, which would make the computer wait a whole revolution of the platter for the sector to come back. Interleaving is set by the format utility that initializes a disk for use with a given computer.

**interleaved memory** \in`tər-lēvd mem´ər-ē\ *n.* A method of organizing the addresses in RAM memory in order to reduce wait states. In interleaved memory, adjacent locations are stored in different rows of chips so that after accessing a byte, the processor does not have to wait an entire memory cycle before accessing the next byte. *See also* access time (definition 1), wait state.

**interlock** \in´tər-lok\ *vb.* To prevent a device from acting while the current operation is in progress.

**intermediate language** \in`tər-mē`dē-ət lang´wəj\ *n.* A computer language used as an intermediate step between the original source language, usually a high-level language, and the target language, usually machine code. Some high-level compilers use assembly language as an intermediate language. *See also* compiler (definition 2), object code.

**intermittent** \in`tər-mit´ənt\ *adj.* Pertaining to something, such as a signal or connection, that is not unbroken but occurs at periodic or occasional intervals.

**intermittent error** \in`tər-mit`ənt âr´ər\ *n.* An error that recurs at unpredictable times.

**internal clock** \in-tər`nəl klok´\ *n. See* clock/calendar.

**internal command** \in-tər`nəl kə-mand´\ *n.* A routine that is loaded into memory along with the