# Exhibit 6

THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br>Plaintiff,<br>v.<br>ABSOLUTE SOFTWARE, INC. and NETMOTION SOFTWARE, INC.,<br>Defendants. | Case No. 2:22-cv-00353-RSM<br>**DECLARATION OF DR. ZYGMUNT J. HAAS**<br>**JURY TRIAL DEMANDED** |

## I. INTRODUCTION

1. My name is Dr. Zygmunt J. Haas. I make this declaration based upon my own personal knowledge and, if called upon to testify, would testify competently to the matters contained herein.

2. I have been retained to provide my independent expertise in this matter. This declaration is a statement of my opinions on issues relating to claim construction and the definiteness of certain patent claim terms. I am being compensated at my ordinary and customary consulting rate for my analysis, plus reimbursement for expenses. My compensation does not depend on the content of my opinions or the outcome of this proceeding.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

3. Specifically, I have been asked to provide opinions relating to how a person of ordinary skill in the art (**"POSITA"**) would have understood the following terms from U.S. Patent No. 7,797,437 (**"the '437 Patent"**) at the time of invention:

- **"first unit"** (claim 1 and dependent claims);
- **"mobile unit"** (claim 1 and dependent claims);
- **"first communications network" / "second communications network" / "third communications network"** (claim 1 and dependent claims);
- **"first software components" / "second software components"** (claim 1 and dependents)
- **"providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks"** (claim 1)
- **"traffic belonging to different [first/second] sockets in said [first/second] software components are directed by traffic intended for said [second/first] software components to different [second/first] sockets in said [second/first] software components uniquely corresponding to said different [first/second] sockets"** (claim 1);
- **"similar to"** (dependent claim 16).

4. I have also been asked to provide opinions relating to how a POSITA would have understood the following terms from U.S. Patent No. 6,981,047 (**"the '047 Patent"**) at the time of alleged invention:

- **"learning, at least in part in response to said DHCP process" (claims 1 and 27);**
- **"[determining/discovering], based at least in part on [a/said] DHCP process" (claims 52 and 53);**
- **"session priorities" (dependent claims 23 and 48)**
- **"network medium"** (dependent claim 53)

## II. EXPERIENCE AND QUALIFICATIONS

5. In formulating my opinions, I have relied upon my knowledge, training, and experience in the relevant art. My qualifications are stated more fully in my curriculum vitae, which is provided as Appendix B. Here, I provide a brief summary of my qualifications.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

6. I am a Professor and Distinguished Chair in Computer Science at the Computer Science department of the University of Texas at Dallas (UTD). Also, I hold the title of Professor Emeritus at the School of Electrical and Computer Engineering at Cornell University in Ithaca, NY.

7. In 1988, I received my Doctor of Philosophy degree (Ph.D.) from Stanford University, Stanford, CA, from the Electrical Engineering department. As part of the Ph.D. degree requirements, I submitted my thesis entitled "Packet Switching in Fiber–Optic Networks." In 1985, I received my Master of Science degree (M.Sc.) in Electrical Engineering, and in 1979, I received my Bachelor of Science degree (B.Sc.) summa cum laude in Electrical Engineering, from the Israel Institute of Technology.

8. After obtaining my Ph.D. degree, from 1988 to 1995, I worked at AT&T Bell Laboratories as a Member of Technical Staff in the Network Research Department in Holmdel, NJ, where I performed research in the fields of wireless communications, mobility management, multimedia communications and systems, fast protocols, optical networks, and optical switching. While at AT&T Bell Laboratories, I also worked for the AT&T Wireless Center of Excellence, in Whippany, NJ, where I studied and designed various aspects of wireless and mobile systems and networks.

9. After the above period of time at AT&T Bell Laboratories, in 1995, I joined the faculty of Electrical & Computer Engineering at Cornell University in Ithaca, NY, initially as Associate Professor and over time I was promoted to Tenured Full Professor. At Cornell, I supervised my research group, the Wireless Networks Lab (WNL), which extensively contributed in the general area of wireless communication systems and networks, and in particular in the area of ad hoc and sensor networks. In 2013, I retired from Cornell University with the title of Professor Emeritus, and I joined the Computer Science Department at the University of Texas at Dallas (UTD), the Jonsson School of Engineering and Computer Science, where my current title is Professor and Distinguished Chair in Computer Science.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

10. During my academic appointments at Cornell University as well as at the University of Texas at Dallas, I have taught many courses related to computer networks and wireless communications and networks.

11. In general, I have worked and performed research in the field of Electrical Engineering / Computer Science since about 1981, focusing primarily on computer networks, and wireless networks and communications. As part of my professional career, I have served on numerous committees for the benefit of the scientific community, including many Technical Program Committees of various conferences and workshops. I also chaired/co-chaired conferences in my field of expertise. As part of my service to the scientific community, I have served on the editorial board of numerous professional journals including the Wireless Communications and Mobile Computing Journal, Wireless Networks Journal, and the Journal of High Speed Networks. I have also served as a guest editor for the IEEE Journal on Selected Areas in Communications on several occasions.

12. I am a Fellow of a number of professional organizations, such as a Fellow of the Association for Computing Machinery (ACM), Fellow of the Institute of Electrical and Electronic Engineers (IEEE), Fellow of the European Alliance for Innovation (EAI), and a Fellow of The Institute of Engineering and Technology (IET). These Fellowships are very prestigious and are considered distinguished accolades. For example, based on ACM rules, the ACM Fellow is "ACM's most prestigious member grade recognizes the top 1% of ACM members for their outstanding accomplishments in computing and information technology and/or outstanding service to ACM and the larger computing community." Similarly, based on the IEEE rules, the total number of IEEE Fellows selected in any one year does not exceed one-tenth of one percent of the total voting IEEE population membership.

13. In addition to the above-mentioned Fellowships, I have received throughout my professional career many awards for my technical contributions. As some examples, I am the



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

recipient of the 2016 IEEE ComSoc AHSN Recognition Award "for outstanding contributions to securing ad hoc and sensor networks". I am also the recipient of the 2012 IEEE ComSoc WTC Recognition Award, which recognizes individuals "for outstanding technical contributions in the field for their service to the scientific and engineering communities." In 2003, I received the "Highly Commended Paper Award" for co–authoring the paper on "Performance Evaluation of the Modified IEEE 802.11 MAC for Multi–Channel Multi–Hop Ad Hoc Network," which tackled challenges of an advanced information networking environment. In 2021, I was awarded the "Best Paper Award" for the co–authoring the paper "Engineering a Network in the Sky," at the 35th International Conference on Information Networking, (ICOIN21). In 2012, I received the "Best Paper Award" for co–authoring the work on "Collaborating with Correlation for Energy Efficient WSN," which focuses on Wireless Sensor Networking. I also received the "Best Paper Award" for co–authoring the paper on "Optimal Resource Allocation for UWB Wireless Ad Hoc Networks," which investigated challenges in personal indoor and mobile radio communications.

14. During my professional career, I have published numerous peer-reviewed journal and peer-reviewed conference papers. I am also named author/co-author on many book chapters, for example "Providing Ad-Hoc Connectivity with the Reconfigurable Wireless Networks," in Ad-Hoc Networks, edited by Charlie Perkins, Addison Wesley, 1998; and "A Decision-Theoretical Approach to Resource Allocation in Wireless Multimedia Networks," in Resource Allocation in Next Generation Wireless Networks, Volume 5, W. Li and Y. Pan, Editors, Nova Science Publishers, 2006, chapter 1, pp.1-23.

## III. MATERIALS REVIEWED

15. This declaration is based on information known to me as of the date on which I sign this declaration. I may amend, modify, or supplement my opinions, and the bases for them, in response to any additional evidence, testimony, or other information provided or available to me after the date of this Declaration. In forming my opinions, I have reviewed the '437 Patent



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

(including its specification and prosecution history), the '047 Patent (including its specification and prosecution history), and the materials cited throughout this declaration, including the materials listed in Appendix A.

## IV. LEGAL STANDARDS

### A. Level of Ordinary Skill in the Art

16. I am informed by counsel that when interpreting a patent, it is important to identify the relevant art pertaining to the patent-in-suit, as well as the level of ordinary skill in that art at the time of the claimed invention. The "art" is the field of technology to which the patent is related.

17. I am informed by counsel that the person having ordinary skill in the art ("POSITA") is a hypothetical person who is presumed to know the relevant prior art. I am informed by counsel that the actual inventor's skill is not determinative of the level of ordinary skill. I am further informed by counsel that factors that may be considered in determining a POSITA's level of skill include: (i) type of problems encountered in art; (ii) prior art solutions to those problems; (iii) rapidity with which innovations are made; (iv) sophistication of the technology; and (v) educational level of active workers in the field. I am informed by counsel that not all such factors may be present in every case, and one or more of them may be more pertinent than others.

### B. Legal Background

18. I am not an attorney, I do not opine on matters of law, and I do not provide any legal opinions in this declaration. Accordingly, I have asked counsel to provide legal background principles that are applicable to the opinions in my declaration. These principles are listed below in the rest of this section.

19. I have been instructed by counsel on the law regarding claim construction and patent claims, and I understand that a patent may include two types of claims: independent claims



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

and dependent claims. An independent claim stands alone and includes only the limitations it recites. A dependent claim can depend from an independent claim, or it can further depend from another dependent claim. I understand that a dependent claim includes all the limitations that it recites, in addition to all the limitations recited in the claim(s) from which it depends. I have also been instructed by counsel that when patent claims use the word "comprises" or "comprising," that means "including but not limited to"—that is, requiring the listed items but also open to other items.

20. I am informed by counsel that claim terms of a patent are given the meaning the terms would have had to a POSITA at the time of the invention, in view of the description provided in the patent itself and the patent's file history.

21. I am informed by counsel that to determine how a person of ordinary skill would have understood a claim term, one should look to those sources available that show what a person of skill in the art would have understood the disputed claim language to mean. Such sources include the words of the claims themselves, the remainder of the patent's description, the prosecution history of the patent (all considered "intrinsic" evidence), and "extrinsic" evidence concerning relevant scientific principles, the meaning of technical terms, the technical literature on established and emerging relevant technologies, and the state of the art at the time of the invention.

22. I have been informed by counsel that, in order to be valid, the claims of a patent must be sufficiently definite that one skilled in the art can determine the metes and bounds of the claimed invention. I have been informed by counsel that a patent claim is deemed "indefinite" if the claim, read in light of the patent's specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. I understand that a claim must be precise enough to afford clear notice of what is claimed, thereby apprising the public of what is still open to them.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

## V. LEVEL OF ORDINARY SKILL IN THE ART

23. I have been informed by counsel that the application that ultimately matured into the ’437 Patent was filed on November 26, 2001, and that it claims priority to earlier applications filed in Sweden on November 24, 2000 and February 26, 2001. For purposes of this declaration, I have been asked to use November 26, 2001 as the priority date of the ’437 Patent.

24. I have been informed by counsel that the application that ultimately matured into the ’047 Patent was filed on December 2, 2002, and that it claims priority to an earlier application filed in the United States on June 11, 1999 and an earlier provisional application filed in the United States on October 9, 1998. For the purposes of this declaration, I have been asked to assume October 9, 1998 as the priority date of the ’047 Patent.

25. In my opinion, a POSITA with respect to both, the ’437 Patent and the ’047 Patent, would have had either (1) a Bachelor of Science degree in Electrical Engineering or a related discipline, and two years of working experience in communication systems, or (2) a Master of Science degree in Electrical Engineering or related discipline, and one year of working experience in communication systems, or (3) equivalent educational and professional experience. Additional education could replace some working experience, and vice versa. Under this standard, I would have qualified as a person having at least the ordinary skill in the art at the priority date of the ’437 Patent and at the priority date of the ’047 Patent, as in October 1998, I had my Ph.D. degree for over 10 years, had worked at AT&T Bell Labs for about 7 years, and in academia for over 3 years.

## VI. OPINIONS CONCERNING CLAIM CONSTRUCTION AND DEFINITENESS OF TERMS OF THE ’437 PATENT

### A. “first unit” (claim 1)

26. I understand that claim terms are to be evaluated within the context of which they appear. Claim 1 of the ’437 Patent is reproduced below, with the term “first unit” emphasized:



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

1. A method of maintaining communication between a **first unit** and a second unit,

wherein said **first unit** is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and

wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components,

the method comprising the steps of:

providing said **first unit** with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components;

providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components;

causing said first session layer to indicate a first identity corresponding to said second unit and said second software components;

causing said second session layer to indicate a second identity corresponding to said **first unit** and said first software components;

causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets;

providing said **first unit** with one or more first communications hardware with associated drive routines adapted to different communications networks;

in the event of said **first unit** switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said **first unit** and said second unit by selecting necessary



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> first communications hardware and drive routines for said third communications network; and causing said second session layer to retain said second identity during the switching of said **first unit** from said first communications network to said third communications network.

’437 Patent, claim 1 (emphasis added). I am informed by counsel that Defendants propose to construe “first unit” to mean “first geographically mobile unit.” This is not the plain and ordinary meaning of the term in the context of the ’437 Patent, as it would have been understood by a POSITA. When reading the claims and the specification of the ’437 Patent, a POSITA would have understood that a “first unit” can certainly *include* a geographically mobile unit, but that a first unit is *not limited to* a geographically mobile unit.

27. The surrounding claim language is informative, as it states: “said first unit is comprised of a geographically mobile unit.” A POSITA would have understood from the “comprised of” language that the first unit may include a geographically mobile unit, and that it could *also include* other components (e.g., non-geographically mobile components). Indeed, if one were to insert Defendants’ construction of “first geographically mobile unit” into the claim, it would create redundancy:

> wherein said ~~first unit~~ first geographically mobile unit is comprised **of a geographically mobile unit** ….

’437 Patent at claim 1 (with original claim language in red strike through, Defendants’ proposed construction in blue underline, and bold emphasis added). Thus, the surrounding context of the claim clarifies that the first unit must at least be “comprised of a geographically mobile unit,” but that it could include other components as well.

28. The specification of the ’437 Patent is also informative, and it also confirms that a “first unit” is not limited to one that is geographically mobile. The specification states:

> If the first interface is a proxy interface, **the first unit may include a DNS server** which in response to DNS queries from the first software components concerning the IP address belonging to certain pre-selected host names returns a local IP address instead of the



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> correct IP address. Consequently, selected communication will pass through the first session layer. The first session layer can use the port through which it has received data belonging to said communication, the local IP address used, and/or the host name for which a DNS look-up was last made, to decide the destination of said communication.

'437 Patent at 4:50-60 (emphasis added). It was known that a DNS (Domain Name System) server was typically non-mobile, and especially in 2001, would have typically occupied a significant space. DNS servers resolve a name to its network address, for example, translating human readable domain names (websites) to machine readable IP addresses. Because of the size of the Internet and its domains, even in 2001, DNS would have been of very large size and typically distributed in their operation. Thus, a POSITA would have understood a DNS server in the context of the '437 Patent not to be a mobile device.

**B. "mobile unit" (claim 1)**

29. Claim 1 of the '437 Patent is excerpted below, with the "mobile unit" language emphasized:

> 1. A method of maintaining communication between a first unit and a second unit,
>
> wherein said **first unit is comprised of a geographically <u>mobile unit</u>** and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, …

'437 Patent, claim 1 (excerpt) (bold and underline emphasis added). I am informed by counsel that Defendants propose to construe "mobile unit" to mean "handheld mobile computing device, such as a PDA or mobile telephone." A POSITA would have understood that a "mobile unit" may *include* a "handheld mobile computing device" and could also *include* "a PDA or mobile telephone," but that a mobile unit is *not limited* to these examples. A POSITA would have understood that "mobile unit" is a broad term that could include many other types of communications equipment, and simply refers to a device that is capable of being mobile.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

30. The term "mobile unit" in the context of the '437 Patent would have been understood by a POSITA and was not a term coined especially by the '437 Patent. For example, one definition from a general-purpose dictionary from 2001 of "mobile unit" is "a transceiver in a vehicle or carried by a person." *See* Random House Webster's Unabridged Dictionary 2nd ed. p. 1235 (Random House, Inc.: 2001). While a mobile unit could be handheld (carried by a person), it was not so limited and also included vehicle-mounted devices (such as police radios, for example). As another example, the FCC provided a similar definition in the October 1, 2001 version of its regulations.

**§ 95.21 GMRS system description.**

A *GMRS system* is one or more transmitting units used by station operators to communicate messages. A GMRS system is comprised of:

(a) One or more station operators;

(b) One mobile station consisting of one or more mobile units (see § 95.23 of this part);

(c) One or more land stations (optional);

(d) Paging receivers (optional); and

(e) Fixed stations (optional).

**§ 95.23 Mobile station description.**

(a) A *mobile station* is one or more units which transmit while moving or during temporary stops at unspecified points.

(b) A mobile station unit may transmit from any point within or over any areas where radio services are regulated by the FCC *except* where additional considerations apply.

(c) A mobile station unit may transmit from an aircraft or ship, with the captain's permission, which is:

(1) Within or over any area where radio services are regulated by the FCC *except* where additional restrictions apply; and

(2) On or over international waters, if the unit is transmitting from an aircraft or ship of United States registry.

*See* 47 Code of Federal Regulations Sections 95.21 and 95.23 (Oct. 1, 2001). As discussed by the FCC regulations, a "mobile station" consists of (i.e., includes) one or more mobile units, and each are simply devices that can transmit while moving, including from ships and airplanes. Other well-known examples of mobile units included car phones:

> Within the cellular phone industry, handheld cellular phones, hereafter referred to as portables, have a maximum output of six-tenths of a watt (0.6 watts). Mobile cellular car phones, hereafter



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> referred to as ***mobile units***, have maximum outputs of three (3) watts. There are also transportable cellular phones, hereafter referred to as transportables, which are carried in a case or a bag.

U.S. Patent No. 5,568,537 at 1:24-30 (issued Oct. 22, 1996) (italics and bold emphasis added).

31. Especially in view of the specification, the term "mobile unit" of the '437 Patent claims was not a coined term by the patent, would have been understandable to a POSITA, and is not limited to a handheld device. Nothing in the specification or prosecution history of the '437 Patent serves to provide a special definition to limit the term "mobile unit" as Defendants propose. Moreover, references in the '437 Patent to technology that a POSITA would have associated with laptops shows that a "mobile unit" should not be limited to "handheld" devices only.

**i. <u>Laptops Could Communicate on Cellular Networks</u>**

32. The terms "handheld" and "PDA" are not found anywhere in the '437 Patent specification. As confirmed by the '437 Patent specification (and by above-mentioned technical references), other types of mobile units existed. For example, the specification states:

> In one preferred embodiment, the first unit 1 is a Windows-based computer unit and the first interface 11b is based on WinSock SPI for a Layered Service Provider.

'437 Patent at 9:23-26; *see* 4:39-43, 4:61-67 (referring to "Windows-based" devices). A POSITA would have understood that "Windows-based" devices running the Winsock SPI would include laptop computers, vehicle-mounted computers, and other such devices that are not necessarily "handheld." In general, "Winsock" is a short name for Windows Sockets API (WSA). A POSITA would have understood that Winsock is a supporting program and technical specification that defines how the Windows network software accesses network services. It addresses input and output requests of Internet applications in the Windows operating system and was originally adapted from the Windows for the Berkeley Unix socket interface. A POSITA would have understood that "Windows-based" devices (including those running Winsock SPI) are not limited to handheld devices only.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

33. A POSITA would have known that laptops were equipped with cellular modems that would allow them to communicate on a cellular network. As such, the laptops would have been able to perform roaming and handover, just like the "PDA or mobile telephone" in Defendants' proposed construction.

34. It was well-known that as of the priority date of the '437 Patent, laptops came equipped with ports designed to accommodate expansion cards. Common ports (also referred to as "slots") for laptop computers accommodated expansion cards such as those developed by the Personal Computer Memory Card International Association (PCMCIA). The 2001 version of The McGraw-Hill Telecom Dictionary also discusses these PCMCIA slots and PC Cards, which "included LAN interface cards and modems." McGraw-Hill Illustrated Telecom Dictionary, 4th ed. p. 449-450 (The McGraw-Hill Companies, Inc.: 2001).

35. It was common for a "Windows-based computer unit" at the time of the '437 Patent invention to include a laptop running Windows 95 operating system or the more recent versions, such as Windows 98. The Windows 95 operating system was built to accommodate PC Cards that allowed laptops to connect to cellular networks, such as through cellular modems. For example, one reference provides a tutorial discussing the Windows 95 operating system, and how it was used with PCMCIA slots and cellular modems.

> *Cellular modem*. A cellular modem is a fax/data modem that fits into the PCMCIA slot of a laptop computer and connects to a cellular phone. This modem allows you to make fax/data transmission on the road (that is, from your car or in a plane).

Windows 95 Uncut p. 276 (IDG Books Worldwide, Inc.: 1995); *see also id.* at 346 (describing cellular modems). The reference continues with instructions on how to install such a modem in a laptop running Windows 95. *Id.* at 277-279. The reference discusses a specific model of modem, such as the "Smart ST1414L Fax & Voice modem" that functioned as "data/fax/voice cards" that worked "both for standard phone lines and cellular phones." *Id.* at 329. Another use



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

case is described as:

> You can buy a cellular modem to fit in a PCMCIA slot, which in turn connects to a cellular phone. This arrangement lets you send and receive faxes and e-mail and to connect to online services even when you're not near a phone line (when you're on a plane or boat, for example).

*Id.* at 330; *see also id.* at 350 ("The Modems Properties dialog box recognizes a Motorola PCMCIA cellular modem.").

**ii. <u>GPRS Protocol</u>**

36. The '437 Patent discusses the General Packet Radio Service (GPRS) protocol. "In the GSM system, handover and roaming are effected on a special link layer adapted precisely for GSM communication. Data communication over GSM can take place either via circuit switched GSM connections or via GPRS technology." '437 Patent at 2:51-57. I understand that Defendants' expert, Dr. Polish, has previously opined that while GPRS is an example technology for mobile telephony, GPRS was purportedly not designed for use by laptops. I agree with Dr. Polish that GPRS is an example technology that could be used for mobile telephony, but I disagree with the position that GPRS was not designed for use by laptops. As I discuss below, the GPRS protocol provided for use by laptop technology.

37. GPRS, sometimes referred to as 2.5G wireless network, is a packet-oriented protocol developed based on the GSM protocol. GPRS was especially designed for data transfer, as compared to voice communication. At the time of the '437 Patent, laptops and other devices often had PCMCIA slots for PCMCIA cards (as discussed above). The GPRS specification discusses applicability to such PCMCIA cards. *See, e.g.*, TSI TS 101 356 v7.0.0 (1999-07), entitled "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Mobile Station (MS) supporting GPRS." For example, Section 7 of one of the GPRS standards documents is entitled, "Functions common to all configurations of the GPRS MS."



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

The term "MS" stands for "Mobile Station." *Id.* § 1.0. The GPRS specification states that the physical interface "may conform … to PCMCIA PC-Card specification." *Id.* § 7.2; *see also* § 9.1. Thus, the GPRS protocol is indifferent as to whether the source of the communications is a mobile telephone or a PC Card.

**iii. <u>Laptops with Cellular Modems Could Perform Handover</u>**

38. It was known that using cellular modems, laptop computers could perform handover (also referred to as "handoff").

> Wireless data applications are those applications that run on general purpose portable computing instruments, usually laptop and notebook computers, personal digital assistants (PDAs), and hand-held personal computers.

Paul Bedell, Cellular/PCS Management: A Real World Perspective p. 260 (McGraw-Hill: 1999).

> Full user mobility, based on the Cellular Digital Packet Data (CDPD) protocol, which allows for call handoff while moving—during automobile travel, for example. It should be noted that Internet access via fully mobile systems occurs at relatively slow data throughput speeds.

*Id.* p. 260. Laptops were known to communicate wirelessly using the OSI protocol model, for example in CDPD. "Mobile end systems (M-ESs) generally take the form of laptops or palmtops with CDPD modems" using intermediate relays, as shown below.




*Id.* p. 262, 264.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

#### iv. <u>Mobile-IP Was Designed for Laptops</u>

39. The '437 Patent discusses "Mobile-IP" as an exemplary protocol. *See, e.g.,* '437 Patent at 4:14, 7:49-50, 12:64-65. One document establishing the Mobile-IP standard has been RFC 2002 in October 1996. RFC 2002 states, "Mobile IP is intended to enable nodes to move from one IP subnet to another." RFC 2002 at § 1.4. Laptop computers are replete in Mobile-IP, including in the following use case:

> <u>A laptop computer</u> is disconnected from its home network and later attached to a network port in the seat back of an aircraft. <u>The laptop computer uses Mobile IP</u> to register on this foreign network, using a foreign agent care-of address discovered through an Agent Advertisement from the aircraft's foreign agent.

*Id.* § 4.5(a) (emphasis added); *see also* § 4.5(d).

### C. "first communications network" / "second communications network" / "third communications network" (claim 1)

40. Claim 1 of the '437 Patent is excerpted below, with the "first communications network," "second communications network," and "third communications network" language emphasized:

> 1. A method of maintaining communication between a first unit and a second unit,
>
> wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a **first communications network** and one or more first software components, and
>
> wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a **second communications network** and one or more second software components,
>
> the method comprising the steps of:
>
> providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components;



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components;
>
> …
>
> providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks;
>
> in the event of said first unit switching from said **first communications network** to a **third communications network**, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said **third communications network**; and
>
> causing said second session layer to retain said second identity during the switching of said first unit from said **first communications network** to said **third communications network**.

’437 Patent, claim 1 (excerpt) (emphasis added). I am informed by counsel that Defendants propose to construe “first communications network” / “second communications network” / “third communications network” collectively as “distinct, heterogenous communications networks.” This is not the plain and ordinary meaning of the terms in the context of the ’437 Patent, as it would have been understood by a POSITA. When reading the claims and specification, a POSITA would have understood that while the first, second, and third communications networks may *include* heterogenous networks, the claims *do not require* that the first, second, and third communications networks be limited to heterogenous networks. For example, the claims would also cover instances where two or more of the first, second, and third communications networks are homogenous communications networks.

41. The description of the prior art in the ’437 Patent refers to prior techniques for roaming between homogenous networks and explains that those prior techniques can be problematic for handover between heterogenous networks. ’437 Patent at 1:18-28 (“Techniques for handover and roaming between homogeneous networks, such as between GSM base-stations



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

have long been in use. Techniques, such as Mobile-IP in combination with IPSec, have also been devised for roaming between networks based on the IP protocol. This technique functions well in IP networks that have homogenous network characteristics, such as in wireless-LAN. It is also known that solutions of this type can become problematic in conjunction with handover between heterogeneous networks having drastically different network characteristics with respect to bandwidth, loss rate or round-trip times."). The '437 Patent includes a description of "Technical problems" for such prior techniques. *See id.*, 1:64-4:21. The description of these "Technical problems" explains that the aforementioned prior techniques operated at what is known as the "link layer." *Id.* at 2:51-55 ("Methods of creating systems for handover and roaming between communications links in homogenous networks have long been known to the art. In the GSM system, handover and roaming are effected on a special link layer adapted precisely for GSM communication."). The prior techniques handled handover and roaming between homogenous networks with common link layers. *See id.* But these prior techniques were problematic for heterogenous networks that have different types of link layers. *Id.,* 2:59-67 ("A handover adapted link layer enables handover to be made between base stations and therewith enable communications links to be switched within a network operated by a given operator GSM also provides the possibility of roaming between networks belonging to different operators, although this requires telephone connections to be released and then re-established. Due to the fact that handover in a network that belongs to a individual operator takes place on the link layer, the handover will be concealed from any possible IP layer. This solves certain of the IP-related problems mentioned above. However, the nature of the solution is such as to prevent it from being transferred on heterogeneous networks that have different types of link layers.").

42. After the description of the "Technical problem," the '437 Patent then describes the proposed solution involving the use of "session layers" instead of the link layers:



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> With the intention of solving the aforesaid problems, there is proposed in accordance with the invention a method in which a first unit includes a **first session layer**, a first protocol stack, one or more hardware. … A second unit first communications hardware, and one or more drive routines belonging to said first communications includes a **second session layer**, a second protocol stack, and one or more second communications hardware.

*See id.*, 4:24-32 (emphasis added). Because the solution offered by the '437 Patent includes operation at the session layer, the invention of the '437 Patent avoids problems described therein with the link layer. Accordingly, the embodiments described in the "Solution" section (*see id.*, 4:23-8:8), and in the Detailed Description (beginning at *id.* 9:1) of the '437 Patent, apply to handover and roaming between either homogenous networks or heterogenous networks. For example, there is no reference to, nor any distinctions made, between "homogenous" networks and "heterogenous" networks anywhere in the Detailed Description or in the claims of the '437 Patent.

43. The '437 Patent describes the first session layer having the function of switching from a first communications network to a third communications network "when necessary," as the result of *either* (i) "when a third communications network A3 becomes available and is more suitable for communication that the first communication network A1," or (ii) simply when the first communication network A1 is "no longer available." *Id.*, 9:53-65; *see also id.*, 5:1-19. A POSITA would have understood that such availability of the first communications network in the context of roaming is not dependent on whether the first and the third communications networks are homogenous networks or heterogenous networks. A POSITA would have thus understood that the "first communications network," "second communications network," and "third communications network," as recited in Claim 1 of the '437 Patent, to be agnostic as to whether those communications networks are homogenous or heterogenous. Thus, in my opinion, a POSITA would have understood that the first, second, and third communications networks recited in Claim 1 of the '437 Patent are *not* limited to heterogenous networks.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

**D. "[first/second] software components" (claim 1)**

44. Claim 1 of the '437 Patent is reproduced below, with the "first software components" and "second software components" language emphasized:

> 1. A method of maintaining communication between a first unit and a second unit,
>
> wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more **first software components**, and
>
> wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more **second software components**,
>
> the method comprising the steps of:
>
> providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said **first software components**;
>
> providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said **second software components**;
>
> causing said first session layer to indicate a first identity corresponding to said second unit and said **second software components**;
>
> causing said second session layer to indicate a second identity corresponding to said first unit and said **first software components**;
>
> causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said **first software components** are directed by traffic intended for said **second software components** to different second sockets in said **second software components** uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said **second software components** are directed by traffic intended for said **first software components** to different first sockets in said **first software components** uniquely corresponding to said different second sockets;



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks;
>
> in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and
>
> causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network.

’437 Patent, claim 1 (emphasis added).

45. I am informed by counsel that Defendants propose to construe “[first/second] software components” as “overlying software application with which the claimed invention interfaces.” This is not the meaning of the terms, as they would have been understood by a POSITA in the context of the ’437 Patent. First, a POSITA would have understood the plain meaning of the term “software component.” The addition of “overlying” and “application” in Defendants’ proposal adds confusion, not clarity, to the terms. For example, Defendants’ proposal creates ambiguity with respect to what “overlying” means, whereas Claim 1 itself indicates how the “first software components” and “second software components” interact with other aspects of the claim. Moreover, the “first software components” and “second software components” are part of the overall invention as recited by Claim 1. Thus, Defendants’ addition of the language, “application with which the claimed invention interfaces,” distorts how a POSITA would have understood the “first software components” and “second software components” to fit within the overall scope of Claim 1.

**E. “providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks” (claim 1)**

46. Claim 1 of the ’437 Patent is excerpted below, with the “providing said first unit with one or more first communications hardware with associated drive routines adapted to



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

different communications networks," language emphasized along with the further recital of the "first communications hardware":

> 1. A method of maintaining communication between a first unit and a second unit,
>
> …
>
> the method comprising the steps of:
>
> …
>
> **providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks**;
>
> in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary **first communications hardware and drive routines** for said third communications network; and
>
> … .

'437 Patent, claim 1 (excerpt) (emphasis added). I am informed by counsel that Defendants propose to construe "providing said first unit with one or more first communications hardware" as "physically providing a first unit with one or more first communications hardware." This is not the meaning of the phrase, as it would have been understood by a POSITA, when read in light of the context of the claims and the specification of the '437 Patent.

47. The phrase identified by Defendants is included in a larger phrase "providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks." Based on the plain language of the claim, a POSITA would have understood this larger phrase to mean that first unit with one or more first communications hardware is provided with associated drive routines adapted to different communications networks. This understanding is confirmed by the later recitation of "selecting necessary first communications hardware *and drive routines*." '437 Patent, claim 1 (emphasis



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

added); *see also id.* at 5:26-33 ("In order to be able to determine which communications networks are available, the first session layer can communicate with the drive routines belonging to the first communications hardwares so as to read-out information that may be of interest in determining the capacity and characteristics of the communications networks"), *id.* at 10:5-11 ("[T]he first session layer 11 shall communicate with the drive routines 14a, 14b, 14c, 14d so as to be able to decide which communications networks A1, A2, A3, A4 are/is available. When the drive routines are able to determine on each occasion those communication networks that are available, this information is used.").

48. Defendants' proposal ignores the aforementioned context of the claims and also adds the word "physically" to the otherwise plain meaning of Claim 1. For example, a POSITA would not have understood the claims to require "physical" manufacturing steps. The '437 Patent describes and claims method steps for maintaining communication between a first unit and a second unit, but nowhere does the '437 Patent specification or claims use the word "physically." Thus, Defendants' proposal only injects ambiguity as to what "physically" would mean in the context in the claims and specification of the '437 Patent.

**F. "traffic belonging to different [first/second] sockets in said [first/second] software components are directed by traffic intended for said [second/first] software components to different [second/first] sockets in said [second/first] software components uniquely corresponding to said different [first/second] sockets" (claim 1)**

49. Claim 1 of the '437 Patent is reproduced below, with the "traffic …" language emphasized:

> 1. A method of maintaining communication between a first unit and a second unit,
>
> wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components,

the method comprising the steps of:

providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components;

providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components;

causing said first session layer to indicate a first identity corresponding to said second unit and said second software components;

causing said second session layer to indicate a second identity corresponding to said first unit and said first software components;

causing said first and said second session layers to use a common session protocol to ensure that **traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets**, and that **traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets**;

providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks;

in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network; and

causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

’437 Patent, claim 1 (emphasis added). I am informed by counsel that Defendants contend that the phrases identified above are indefinite. In my opinion, a POSITA would have understood the phrases, “traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets” and “traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets,” to be clear and unambiguous in the context of the ’437 Patent. Moreover, as explained below, the claim language is consistent with, and supported by, the clear and unambiguous descriptions in the ’437 Patent specification.

50. Figure 1 of the ’437 Patent illustrates a first unit 1 with a first session layer 11 and multiple different first sockets 11b1, 11b2, 11b3 (highlighted below with red annotations). Likewise, Figure 1 illustrates a second unit 2 with a second session layer 2 and multiple different second sockets 21b1, 21b2, 21b3 (highlighted below with green annotations).



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900




Fig. 1.

’437 Patent, Fig. 1 (annotated). The different first sockets 11b1, 11b2, and 11b3 at the first unit 1 correspond to the different second sockets 21b1, 21b2, and 21b3 at the second unit 2.

> The first and the second session layer 11, 21 use a common session protocol to ensure that for each of the first sockets 11*b*1, 11*b*2, 11*b*3 created by the first software components 15 in the first interface 11*b* there are created corresponding second sockets 21*b*1, 21*b*2, 21*b*3 in the second interface 21*b* … .

*Id.* at 9:41-45. Moreover, the first session layer 11 of the first unit 1 and the second session layer 21 of the second unit 2 use a common session protocol to ensure that traffic belonging to the different first sockets 11b1, 11b2, and 11b3 are directed to the respective corresponding second sockets 21b1, 21b2, and 21b3, and vice versa.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> The first and the second session layer 11, 21 use a common session protocol to ensure that … subsequent traffic belonging to each of the said first sockets 11*b*1, 11*b*2, 11*b*3 is corresponded by the traffic intended for the second software components 25 and belonging to intended unique second sockets 21*b*1, 21*b*2, 21*b*3, and vice versa.

*Id.* at 9:41-50; *see also id.* at 5:1-6.

51. Accordingly, a POSITA would have understood the phrases, "traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets" and "traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets," to clearly and unambiguously recite the direction of traffic from each of the different first sockets in the first software components of the first unit to the respective corresponding second sockets of the second software components of the second unit, and vice versa.

52. I understand that, during prosecution of the '437 Patent, the Examiner initially rejected Claim 1 as indefinite. Office Action (Feb. 20, 2008), at 4 (item 7). I understand that Applicants subsequently amended claim 1, including the portion regarding the "common session protocol," as follows:

> ~~in that~~ causing said first and said second session layers to use a common session protocol to ensure ~~between themselves~~ that traffic belonging to ~~respective~~ different first sockets in said first software components are ~~corresponded~~ directed by traffic intended for ~~respective~~ said second software components ~~and belonging to a unique~~ to different second sockets in said second software components uniquely corresponding to said different first sockets, and ~~vice versa~~ that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets;



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

Response to Office Action (June 19, 2008) at 3. Moreover, in the remarks, Applicants explained as follows:

> With regard to claim 1, the Examiner states that it is unclear how the first and second session layers ensuring function is done and asks what the purpose is of doing it. Applicants contend that one of ordinary skill in the art would understand that the function of ensuring that communication between the first and second units properly occurs can be done in many different ways according to standard protocols for communications and that the purpose of doing such function is to maintain the communication between the two units with a good quality of service.
>
> In network communications between computer units, different layers in the units makes sure that the units can communicate with other units according to the protocols of available communications networks. At page 14, lines 5 to 13, of the present application, it is explained that the first and second session layers use a common session protocol to ensure that communication between the first and second units properly occurs.
>
> Claim 1 has been amended to clarify that the first and said second session layers use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for the second software components to different second sockets in the second software components uniquely corresponding to the different first sockets, and that traffic belonging to different second sockets in the second software components are directed by traffic intended for the first software components to different first sockets in the first software components uniquely corresponding to the different second sockets.

*Id.* at 13-14.

53. The Examiner initially maintained the indefiniteness rejection in a Final Office Action. *See* Final Office Action (September 3, 2008) at 2-3. But on appeal, Applicants further explained why the indefiniteness rejection should be reversed:



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> In network communications between computer units, different layers in the units makes sure that the units can communicate with other units according to the protocols of available communications networks. At page 14, lines 5 to 13, of the present application, it is explained that the first and second session layers use a common session protocol to ensure that communication between the first and second units properly occurs.
>
> Claim 1 specifically recites that the first and said second session layers use a common session protocol to ensure that traffic belonging to different first sockets in the first software components are directed by traffic intended for the second software components to different second sockets in the second software components uniquely corresponding to the different first sockets, and that traffic belonging to different second sockets in the second software components are directed by traffic intended for the first software components to different first sockets in the first software components uniquely corresponding to the different second sockets. The first and second sockets are used to transfer information from one unit to the other. The unique correlation between the first and second sockets is what causes traffic belonging to different first sockets to be directed to different second sockets uniquely corresponding to the different first sockets so as to ensure that all traffic will arrive in the correct order and that no traffic will be excluded.
>
> In the description of the preferred embodiments section of the present application, the relationship between the first and second sockets is described as follows:
>
>> The first and the second session layer 11, 21 use a common session protocol to ensure that <u>for each of the first sockets 11b1, 11b2, 11b3 created by the first software components 15 in the first interface 11b there are created corresponding second sockets 21b1, 21b2, 21b3 in the second interface 21b</u>, and that subsequent traffic belonging to each of the said first sockets 11b1, 11b2, 11b3 is corresponded by the traffic intended for the second software components 25 and belonging to <u>intended unique second sockets 21b1, 21b2, 21b3, and vice versa</u>. When a socket is stream-based, the session protocol ensures that all traffic will arrive in the correct order and that no traffic will be excluded.
>
> Application, page 14, lines 5-13. (Emphasis added).

Appeal Brief (May 26, 2009) at 14-15. I understand that subsequent to Applicants' appeal brief, the Examiner withdrew the indefiniteness rejection (*see* Reply Brief (October 15, 2009) at 1-2), and later allowed the claims (*see* Notice of Allowance (July 19, 2010)).



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

54. I agree with the Applicants' statements in both the Response to Office Action (June 19, 2008) and the Appeal Brief (May 26, 2009). As I explain above, a POSITA would have understood the phrases, "traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets" and "traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets," to clearly and unambiguously recite the direction of traffic from each of the different first sockets in the first software components of the first unit to the respective corresponding second sockets of the second software components of the second unit, and vice versa.

**G. "and in that said second unit and said session layer are similar to said first unit and said first session layer, respectively" (dependent claim 16)**

55. This term is used in dependent Claim 16 of the '437 Patent. For additional context, I have copied independent Claim 1 (excerpted) and Claim 16 below:

> 1. A method of maintaining communication between a **first unit** and a second unit,
>
> wherein said **first unit is comprised of a geographically mobile unit** and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and . . . .
>
> the method comprising the steps of:
>
> providing said **first unit** with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components;
>
> **providing said second unit** with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components; ….



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> 16. A method according to claim 1, **wherein said second unit is also comprised of a geographically mobile unit; <u>and in that said second unit and said second session layer are similar to said first unit and said first session layer, respectively</u>**.

'437 Patent, claim 1 (excerpt) (bold emphasis added) and claim 16 (bold and underline emphasis added).

56. I am informed by counsel that Defendants contend that the phrase "and in that second unit and said second session layer are similar to said first unit and said first session layer, respectively" is indefinite as to "similar to." But, in my opinion, the language of Claim 1 and Claim 16 itself provides an objective standard for a POSITA to determine whether first and second units are similar.

57. There is no confusion or ambiguity about what "similar to" means in this context. Claim 1 recites that the "first unit is comprised of a geographically mobile unit," and that the first unit and second unit each have session layers with a "common session protocol." '437 Patent at 14:1-4; *see also* 9:41-43. Claim 1 is silent regarding whether or not the "second unit" must also be comprised of a geographically mobile unit. However, dependent Claim 16 adds that the "second unit is also comprised of a geographically mobile unit." Claim 16 continues, "and <u>in that</u> said second unit and said second session layer are similar to said first unit and said first session layer, respectively." (underline emphasis added). A POSITA would have understood that when viewed in the context of the full language of independent Claim 1 and dependent Claim 16, the two units are "similar" to one another because ("in that") they are both "comprised of a geographically mobile unit," and the first session layer is similar to the second session layer because, as recited in Claim 1, they both share a "common session protocol."

## VII. OPINIONS CONCERNING CLAIM CONSTRUCTION AND DEFINITENESS OF TERMS OF THE '047 PATENT

### A. "learning, at least in part in response to said DHCP process" (claims 1, 27, 54, 55)

58. Each of Claims 1, 27, 54, 55 recite "learning, at least in part in response to said DHCP process." *See* '047 Patent at claims 1, 27, 54, 55. In each instance, the "learning, at least



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

in part in response to said DHCP process" involves learning that the "computing device" (or "mobile computing device") has either (i) reestablished access to said network or subnetwork, or (ii) is enabled to communicate over a *further* network or subnetwork (i.e., has roamed to a further network or subnetwork).

59. For example, Claims 1 and 54 each recite "learning, at least in part in response to said DHCP process, that said [mobile] computing device is enabled to communicate over said *further* network or subnetwork" (i.e., that the computing device has roamed):

| | |
|---|---|
| **1.** A method for enabling secure data communication with a **computing device that roams** among plural data communication networks or subnetworks of the type that carry Internet Protocol (IP) data, said method comprising:<br><br>…<br><br>participating in a DHCP process with said further network or subnetwork;<br><br>**<u>learning, at least in part in response to said DHCP process</u>, that said computing device is enabled to communicate over said further network or subnetwork**;<br><br>based at least in part on said learning, informing said another computing device that said **computing device has roamed** and has access to said further network or subnetwork;<br><br>… . | **54.** A system for enabling secure data communication comprising:<br><br>…<br><br>a listener that participates in a DHCP process with said further network or subnetwork;<br><br>a detector coupled to said listener, said detector **<u>learning, at least in part in response to said DHCP process</u>, that said mobile computing device is enabled to communicate over said further network or subnetwork** and, based at least in part on said learning, using said access to said further network or subnetwork to continue said secure data communications between the mobile computing device and said another computing device. |

'047 Patent, claims 1 and 54 (excerpted) (bold and underline emphasis added).

60. On the other hand, Claims 27 and 55 each recite "learning, at least in part in response to said DHCP process, that said computing device has reestablished access to said network or subnetwork" (i.e., has re-established access to the same previously-lost network or subnetwork):



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| **27.** A method, performed by a computing device while the computing device is operational, for enabling secure data communication over at least one data communication network or subnetwork of the type that carries Internet Protocol (IP) data, said method comprising:<br><br>…<br><br>participating in a DHCP process with said network or subnetwork;<br><br>**<u>learning, at least in part in response to said DHCP process</u>, that said computing device has reestablished access to said network or subnetwork**;<br><br>based at least in part on said learning, informing said another computing device of said reestablished access; … . | **55.** A computing device comprising:<br><br>…<br><br>a DHCP listener that participates in a DHCP process with said network or subnetwork upon said computing device disassociating access from said network or subnetwork and then reestablishing access to said network or subnetwork, said DHCP listener **<u>learning, at least in part in response to said DHCP process</u>, that said computing device has reestablished access to said network or subnetwork**;<br><br>wherein said data communicator informs said another computing device, based at least in part on said learning, of said reestablished access and uses said reestablished access to continue said secure data communications with said another computing device. |

’047 Patent, claims 27 and 55 (excerpted) (bold and underline emphasis added).

61. As described in the ’047 Patent, and as was known in the art, DHCP stands for “Dynamic Host Configuration Protocol.” *See* ’047 Patent at 33:56-57; Newton’s Telecom Dictionary (Miller Freeman, Inc. 15th ed, 1999) at 234; Microsoft Press Computer Dictionary (Microsoft Press 3rd ed., 1997) at 142. DHCP has been a standard protocol “that enables a network connected to the Internet to assign a temporary IP address to a host automatically when the host connects to the network.” Microsoft Press Computer Dictionary at 142; *see also* ’047 Patent at 33:56-34:9; Douglas E. Comer, *Internetworking with TCP/IP* (Prentice Hall, Inc., 4th ed. 2000) at 450.

62. The ’047 Patent specification explains that when a Mobile End System 104 using DHCP roams from one network or subnetwork[1] to another, “it will appear with a new network

[1] The ’047 Patent specification uses the term “subnet” as opposed to “subnetwork.” *See, e.g.*, ’047 Patent at 34:10-12. But, the word “subnet” is a known abbreviation for the word “subnetwork,” which refers to a network or a portion of a network within a larger network. *See, e.g.*, Wiley Electrical and Electronics Engineering Dictionary (John Wiley & Sons, Inc., 2004)


CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

address." '047 Patent at 34:10-12. The '047 Patent describes how information received during the DHCP process is used not only to receive a new network address and thereby connect to a network, but also to determine whether that new connection occurred as the result of the mobile device either (i) roaming to a new network or subnetwork, or (ii) re-connecting to a previously lost network or subnetwork. *See, e.g.*, *id.* at 34:38-42 ("A presently preferred exemplary embodiment of present invention provides DHCP listeners to monitor the DHCP broadcast messages and thereby ascertain whether a particular Mobile End System 104 has roamed from one subnet to another and is being offered the ability to acquire a new network address by DHCP.").

63. With respect to roaming, the '047 Patent explains that if a DHCP listener "receives responses [to a DHCP discover broadcast] from new servers(s) but none from an old server, this may indicate *roaming* (this can be a configurable option)." *Id.* at 35:40-42 (emphasis added). In addition, the DHCP listener "can determine that a Mobile End System 104 has *roamed* if any response [to a DHCP discover broadcast] comes from a known server with a *new BOOTP relay agent ID* and/or offered network address masked with an offered subnet mask." *Id.* at 35:34-38 (emphasis added); *see also id.* at 35:51-55. On the other hand, if there is a "match in *BOOTP relay*" information, "then no roaming has occurred" (i.e., the device has simply re-connected to a network after previously losing a connection to that network). *Id.*, 36:31-33 (emphasis added).

64. Accordingly, a POSITA would have understood that the "learning, at least in part in response to said DHCP process" recited in each of Claims 1, 27, 54, and 55, occurs in response to *analysis* (e.g., evaluation and/or examination) of information received during the DHCP process (e.g., based on analysis of either the network address or the BOOTP relay agent ID information). For example, receiving a new network address via a DHCP process will establish a connection to a network or subnetwork, but does not by itself inform whether the established connection occurred as the result of either (i) roaming from one network to a new network, or

---

at 755 (defining subnet as "Abbreviation of subnetwork" and defining subnetwork as "A network within a larger network"); *see also* Newton's Telecom Dictionary at 751 (defining subnet as "a portion of a network, which may be a physically independent network, which shares a network address with other portions of the network and is distinguished by a subnet number.").



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

(ii) re-establishing a connection to the same network that was previously lost. A POSITA would thus have understood, according to the claims and the ’047 Patent specification, that *analysis* (e.g., evaluation and/or examination) of the information exchanged during the DHCP process (e.g., the BOOTP relay agent ID or the newly assigned network address itself) is what informs whether the new connection is the result of roaming or alternatively the result of re-establishing connection to the same network that was previously lost. Notably, dependent Claims 9 and 11 recite different examples of such *analysis* (e.g., evaluation and/or examination):

> 9. The method of claim 1 wherein said learning **compares a network address** dynamically provided by DHCP with a previously-used network address, and determines whether said addresses are different.
>
> 11. The method of claim 1 wherein said learning includes **detecting, based on a network address** that is dynamically provided by said DHCP process, that said computing device's network point of attachment has changed.

’047 Patent, claims 9 and 11 (emphasis added). For example, Claim 9 recites comparing the network address against “a previously-used network address” to determine whether the addresses are different. In a similar manner, Claim 11 recites detecting whether a computing device’s network point of attachment has changed “based on a network address.”

65. Thus, when reading Claims 1, 27, 54, and 55 in light of the context of the claims, and in view of the ’047 Patent specification, a POSITA would have understood that “learning, at least in part in response to a DHCP process” means that the learning occurs, not just based on the fact that a DHCP process has happened, but rather based at least in part on analysis of information received during the DHCP process.

**B. “[determining/discovering], based at least in part on [a/said] DHCP process” (claims 52 and 53)**

66. Claims 52 and 53 recite language similar to the “learning, at least in part in response to said DHCP process” from Claims 1, 27, 54, and 55 discussed above in Section VII.A.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

67. Claim 52, for example, recites "determining, based at least in part on a DHCP process," while Claim 53 recites "discovering, based at least in part on said DHCP process." And similar to the "learning" in Claims 1, 27, 54, and 55, the "determining" and "discovering" in Claims 53 and 54 involves determining or discovering that the mobile computing device either (i) "has roamed," or (ii) "may have moved" (i.e., may have roamed). Thus, like the "learning" in Claims 1, 27, 54, and 55 discussed above, the "determining" and "discovering" is based at least in part on analysis (e.g., evaluation and/or examination) of information received during the recited DHCP process.

| | |
|---|---|
| **52.** A method for allowing a mobile computing device to move between plural IP-based networks, comprising:<br><br>…<br><br>**<u>determining, based at least in part on a DHCP process</u> performed on said further network, that said mobile computing device may have moved**; and<br><br>in response to said determining, taking further action to continue said secure data communications including said application and/or transport layer sessions between said moved mobile computing device and said another computing device over said further network without terminating said application and/or transport layer sessions. | **53.** A method for allowing a mobile computing device to roam across IP-based networks, comprising:<br><br>…<br><br>performing a DHCP process over said further network medium;<br><br>**<u>discovering, based at least in part on said DHCP process</u>, that said mobile computing device has roamed**; and<br><br>based at least in part on said discovering, using a further network layer address to continue said secure IP-based data communications between said mobile computing device and said another computing device without terminating application and transport layer sessions therebetween. |

'047 Patent, claims 52 and 53 (excerpted) (bold and underline emphasis added).

68. The '047 Patent specification explains that when a Mobile End System 104 using DHCP roams from one network or subnetwork[2] to another, "it will appear with a new network

[2] The '047 Patent specification uses the term "subnet" as opposed to "subnetwork." *See, e.g.*, '047 Patent at 34:10-12. But, the word "subnet" is a known abbreviation for the word "subnetwork," which refers to a portion of a larger network. *See, e.g.*, Wiley Electrical and Electronics Engineering Dictionary (John Wiley & Sons, Inc., 2004) at 755 (defining subnet as



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

address." '047 Patent at 34:10-12. The '047 Patent describes how information received during the DHCP process is used not only to receive a new network address and thereby connect to a network, but also to distinguish between whether that new connection occurred as the result of the mobile device either (i) roaming to a new network or subnetwork, or (ii) re-connecting to a previously lost network or subnetwork. *See, e.g.*, *id.* at 34:38-42 ("A presently preferred exemplary embodiment of present invention provides DHCP listeners to monitor the DHCP broadcast messages and thereby ascertain whether a particular Mobile End System 104 has roamed from one subnet to another and is being offered the ability to acquire a new network address by DHCP.").

69. With respect to roaming, the '047 Patent explains that if a DHCP listener "receives responses [to a DHCP discover broadcast] from new servers(s) but none from an old server, this may indicate *roaming* (this can be a configurable option)." *Id.* at 35:40-42 (emphasis added). In addition, the DHCP listener "can determine that a Mobile End System 104 has *roamed* if any response [to a DHCP discover broadcast] comes from a known server with a *new BOOTP relay agent ID* and/or offered network address masked with an offered subnet mask." *Id.* at 35:34-38 (emphasis added); *see also id.* at 35:55-59 ("If the listener data structures see responses from new servers but none from an old server, it is *possible that roaming has occurred*, but there must be a delay before signaling, in order to wait for any potential responses from the old servers.") (emphasis added). On the other hand, if there is a "match in *BOOTP relay*" information, then no roaming has occurred" (i.e., the device has simply re-connected to a network after previously losing a connection to that network). *Id.*, 36:31-33 (emphasis added).

70. Accordingly, a POSITA would have understood that the "determining, based at least in part on a DHCP process," as recited by Claim 52, and the "discovering, based at least in part on said DHCP process," as recited in Claim 53, occur in response to *analysis* (e.g., evaluation

---

"Abbreviation of subnetwork" and defining subnetwork as "A network within a larger network"); *see also* Newton's Telecom Dictionary at 751 (defining subnet as "a portion of a network, which may be a physically independent network, which shares a network address with other portions of the network and is distinguished by a subnet number.").



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

and/or examination) of information received during the DHCP process (e.g., based on analysis of either the network address or the BOOTP relay agent ID information). For example, receiving a new network address via a DHCP process will establish a connection to a network or subnetwork, but does not by itself inform whether the established connection occurred as the result of either (i) roaming from one network to a new network, or (ii) re-establishing a connection to the same network that was previously lost. Rather, *analysis* (e.g., evaluation and/or examination) of the information exchanged during the DHCP process (e.g., the BOOTP relay agent ID or the newly assigned network address itself) is what informs whether the mobile device has roamed or may have moved (i.e., may have roamed). Thus, when reading Claims 52 and 53 in light of the context of the claims and in view of the '047 Patent specification, a POSITA would have understood that "determining, based at least in part on a DHCP process" (Claim 52), and "discovering, based at least in part on said DHCP process" (Claim 53), mean that the determining and discovering occur, not just based on the fact that a DHCP process has happened, but rather based at least in part on analysis of information received during the DHCP process.

**C. "session priorities" (dependent claims 23 and 48)**

71. Claims 23 and 48 of the '047 Patent are reproduced below, with the term "session priorities" emphasized:

> 23. The method of claim 1 further including providing configurable **session priorities** for said computing device and/or users thereof.
>
> 48. The method of claim 27 further including providing configurable **session priorities** for said computing device and/or users thereof.

'047 Patent, claims 23, 48 (bold emphasis added).

72. The '047 Patent does not expressly define the phrase "session priorities." However, the two references to "session priorities" in the '047 Patent specification dictate that "session priorities" are maintained at a server (i.e., the Mobility Management Server) for determining the priority:



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> A presently preferred exemplary embodiment of the present invention also provides the following (among others) new and advantageous techniques and arrangements: a **Mobility Management Server, providing user configurable session priorities for mobile clients**; …

’047 Patent at 3:10-14 (emphasis added);

> In accordance with yet another aspect of a presently preferred exemplary embodiment of the present invention, a **Mobility Management Server provides centralized system management of Mobile End Systems** through a console application and exhaustive metrics. A presently preferred exemplary embodiment of the present invention also provides user configurable **session priorities for mobile clients running through a proxy server**, and per-user mobile policy management for managing consumption of network resources.

*Id.* at 3:54-65 (emphasis added).

73. Further, it was known in the art that different communications sessions may to be given different priorities based on the importance of the data associated with those sessions. For example, the Data Networks textbook by Dimitri P. Bertsekas and Robert G. Gallager published in 1992 explains that different communication sessions may have different levels of importance based on the type of data being communicated in a given session:

> Note that different sessions may have radically different service requirements. For example, sessions transferring files may tolerate considerable delay but may require strict error control, while voice and video sessions may have strict minimum data rate and maximum end-to-end delay requirements, but may tolerate occasional packet losses.

D. Bertsekas et al., *Data Networks* (Prentice Hall Inc. 2d ed., 1992) at 494. Thus, to manage traffic flow at a server, for example, different priority values may be assigned to different sessions depending on the importance of the data associated therewith:

> We mentioned earlier that for important classes of sessions, such as voice and video, packets that are excessively delayed are useless. For such sessions, a limited delay is essential and should be one of



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

> the chief concerns of the flow control algorithm; for example, such sessions may be given high priority.

*Id.* at 496.

74. Accordingly, based on the descriptions of "session priorities" in the '047 Patent specification, and the POSITA's understanding of how such session priorities operate to manage the flow of communications traffic, in the context of the '047 Patent a POSITA would have understood the term "session priorities" to be values maintained at a server and indicating relative importance of one session compared to another session.

**D. "network medium" (dependent claims 53)**

75. Claim 53 of the '047 Patent is reproduced below, with the term "network medium" emphasized:

> 53. A method for allowing a mobile computing device to roam across IP-based networks, comprising:
>
> connecting the mobile computing device to at least one **network medium** used for data communications;
>
> using a network layer address to facilitate secure IP-based data communications including application and/or transport layer sessions between said mobile computing device and another computing device at least in part via said **network medium**;
>
> then connecting the mobile computing device to a further **network medium** without first rebooting said mobile computing device;
>
> performing a DHCP process over said further **network medium**;
>
> discovering, based at least in part on said DHCP process, that said mobile computing device has roamed; and
>
> based at least in part on said discovering, using a further network layer address to continue said secure IP-based data communications between said mobile computing device and said another computing device without terminating application and transport layer sessions therebetween.

'047 Patent, claim 53 (emphasis added).



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

76. The ’047 Patent does not expressly define the term “network medium.” However, the two references to a “network medium” in the ’047 Patent specification refer to a Mobile End System losing contact or physical connection with its network medium:

> If a Mobile End System becomes unreachable, suspends, or changes network address (e.g., due to roaming from one network interconnect to another), the Mobility Management Server maintains the connection to the associated peer task—allowing the Mobile End System to maintain a continuous connection even though it may temporarily lose contact with its **network medium**. In one example, Mobility Management Server communicates with Mobile End Systems using Remote Procedure Call and Internet Mobility Protocols.

*Id.* at Abstract (emphasis added).

> This proxying by the Mobility Management Server allows the application on the Mobile End System to maintain a continuous connection even though it may temporarily lose its physical connection to a specific **network medium**.

*Id.* at 3:38-42 (emphasis added).

Further, it was known in the art that the word “medium,” in the context of network communications, refers to the material substance on which network signals are transmitted. As an example, Newton’s Telecom Dictionary (Miller Freeman, Inc. 14th ed, 1999) provides the following definition for “medium”:

> Any substance that can be used for the telecommunications transmission of signals. “Medium” (or media) include optical fiber, cable, wire, dielectric slab, water, air or free space.

*Id.* at 488. As another example, the Microsoft Press Computer Dictionary (Microsoft Press 3rd ed., 1997) provides the following definition of “medium”:

> A substance in which signals can be transmitted, such as a wire or fiber-optic cable.

*Id.* at 301.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

77. Accordingly, based on the disclosures referencing a "network medium" in the '047 Patent specification, and a POSITA's understanding of "mediums" in the context of network communications and in the context of the '047 Patent, a POSITA would have understood the term "network medium" to be the material substance on which network signals are transmitted.

## VIII. CONCLUSION

I, Zygmunt Haas, Ph.D., do hereby declare and state, under penalty of perjury, that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true.

Executed on February 27, 2023.

Dr. Zygmunt J. Haas



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

# APPENDIX A

**EXHIBITS**

| # | DESCRIPTION |
|---|---|
| A | U.S. Patent No. 7,797,437 B2 Patent (Issued Sep. 14, 2010) ("the '437 Patent") |
| B | '437 Patent File History – Office Action |
| C | '437 Patent File History – Response to Office Action |
| D | '437 Patent File History – Final Office Action |
| E | '437 Patent File History – Appeal Brief |
| F | '437 Patent File History – Examiner's Answer to Appeal Brief |
| G | '437 Patent File History – Reply Brief |
| H | '437 Patent File History – Order Returning Appeal to the Examiner |
| I | '437 Patent File History –Notice of Allowance |
| J | U.S. Patent No. 6,981,047 B2 Patent (Issued Dec. 27, 2005) ("the '047 Patent") |
| K | Random House Webster's Unabridged Dictionary 2nd Edition (Random House, Inc. 2001) |
| L | Code of Federal Regulations Sections 95.21 and 95.23 (Oct. 1, 2001) |
| M | U.S. Patent No. 5,568,537 (Issued Oct. 22, 1996) |
| N | McGraw-Hill Illustrated Telecom Dictionary, 4th ed. (The McGraw-Hill Companies, Inc.: 2001) |
| O | Windows 95 Uncut (IDG Books Worldwide, Inc.: 1995) |
| P | TSI TS 101 356 v7.0.0 (1999-07), entitled "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Mobile Station (MS) supporting GPRS." |
| Q | Paul Bedell, Cellular/PCS Management: A Real World Perspective (McGraw-Hill: 1999) |
| R | Request For Comments: 2002 (October 1996) |
| S | Newton's Telecom Dictionary (Miller Freeman, Inc. 15th ed, 1999) |
| T | Microsoft Press Computer Dictionary (Microsoft Press 3rd ed., 1997) |
| U | Douglas E. Comer, *Internetworking with TCP/IP* (Prentice Hall, Inc., 4th ed. 2000) |
| V | Wiley Electrical and Electronics Engineering Dictionary (John Wiley & Sons, Inc., 2004) |
| W | D. Bertsekas et al., *Data Networks* (Prentice Hall Inc. 2d ed., 1992) |

# APPENDIX B

# Zygmunt J. Haas


| Section # | Title | Pages |
|---|---|---|
| I. | *General Information* | 2 – 4 |
| II. | *Talks, Invited Talks, Keynote Speeches* | 5 – 9 |
| III. | *Publications* | 10 – 31 |
| (i) | *Refereed Journal & Archival Publications* | 10 – 17 |
| (ii) | *Refereed Conference & Workshop Papers* | 18 – 29 |
| (iii) | *Books & Book Chapters* | 29 – 31 |
| (iv) | *Miscellaneous Publications* | 31 |
| IV. | *Teaching & Advising* | 32 – 33 |
| (i) | *Courses Taught* | 32 – 33 |
| V. | *Professional & Scientific Service* | 34 – 43 |
| (i) | *University Committees* | 34 – 35 |
| (ii) | *Editorial Service* | 35 – 36 |
| (iii) | *Service to the Scientific Community at Large* | 36 – 38 |
| (iv) | *Technical Program Committees* | 38 – 43 |
| VI. | *Patents: Granted & Pending* | 44 – 45 |

# I. GENERAL INFORMATION

## (i) Personal Information

**Name:** Zygmunt J. Haas
**Titles:** ① Professor and Distinguished Chair in Computer Science (Univ. of Texas at Dallas)
② Professor Emeritus (Cornell University; Electrical and Computer Engineering)

**Professional Contact Information:**

② **Cornell University:**
**Address:** School of Elect. & Comp. Eng, Ithaca, NY 14853
**E-mail:** *zhaas@cornell.edu*
**URL:** *http://people.ece.cornell.edu/~haas*
**Lab URL:** *http://wnl.ece.cornell.edu*

① **University of Texas at Dallas**
**Address:** Erik Jonsson School of Engineering and Computer Science
ECSS Room 4.405
Richardson, TX 75080
**Phone:** (972)-883-3571
**E-mail:** *haas@utdallas.edu*
**URL:** *http://www.utdallas.edu/~haas*

## (ii) Main Research Interests

- **Wireless and Mobile Systems and Networks**
  - Wireless Communications
  - Communication Protocols for Wireless Networks
  - Security in mobile and wireless networks
  - Ad Hoc and Sensor Networking Technologies
  - Energy-efficient Protocols
- **Information Assurance and Network Security**
- **Cyber-Physical Systems (CPS) and Internet of Things**
- **Design, Modeling, and Implementation of Multimedia Protocols and Systems**
- **Modeling of Communication Systems**
  - Complex Networks
  - Stochastic Routing
- **Cross-Disciplinary Research Initiatives**

## (iii) Education/Degrees (in reverse chronological order)

- ❋ Ph.D., Electrical Engineering, Stanford University, CA, May 1988
  Advisor: Prof. David Cheriton, Computer Science, Stanford University
  Thesis: "Packet Switching in Fiber-Optic Networks"
- ❋ M.Sc., (*Summa Cum Laude*) Electrical Engineering, Tel-Aviv University, Israel, Feb. 1985
- ❋ B.Sc., (*Summa Cum Laude*) Electrical Engineering, Technion (IIT), Israel, August 1979

## (iv) Employment History (in reverse chronological order)

**8/13 – present:** University of Texas at Dallas, Computer Science Department
Erik Jonsson School of Engineering and Computer Science, Richardson, TX
Title: Professor and Distinguish Chair in Computer Science

**8/95 – present:** Cornell University, School of Electrical and Computer Engineering, Ithaca, NY
Title: Professor Emeritus (as of 10/13)

7/2004 –10/2013: Tenured Full Professor
11/1998 - 6/2004: Tenured Associate Professor
8/1995 - 10/1998: Associate Professor

5/10 – 6/11: National Science Foundation, Engineering Directorate, Arlington, VA; Title: Program Director; Comment: on leave from Cornell University

1/03-05/03: Visiting Fellow, Princeton University, EE Department

**09/94 - 7/95:** AT&T Business Communication Services, Murry Hill, NJ; Title: Member of Technical Staff

**05/88 - 7/95:** AT&T Bell Laboratories, Network Research, Holmdel, NJ; Title: Member of Technical Staff

**09/85 - 5/88:** Electrical Eng. Dept., Stanford University, CA, Title: Research Assistant

**10/79 - 8/85:** R&D Department of Government of Israel, Tel-Aviv, Israel; Title: Engineer

**10/81 - 6/85:** Electrical Eng. Dept., Tel-Aviv University, Israel; Title: Teaching Assistant

**8/79 - 10/79:** Philips Research Laboratories, Eindhoven, Holland; Title: Engineer

## (v) Selected Awards and Honors

- ❋ Fellow of the *Association for Computing Machinery (ACM)*, 2021 (UTD ann.) (certificate)
- ❋ "How 5G Technology May Improve and Impact Our Lives" *Authority Magazine* Interview, June 4, 2021 (link) (UTD Announcement)
- ❋ Fellow of the AAIA (Asia-Pacific Artificial Intelligence Association), 6/2021 (9/28/2021)
- ❋ Best Paper Award for the paper [Z.J. Haas and Z. Zheng, "Engineering a Network in the Sky," The 35th International Conference on Information Networking, (*ICOIN21*), January 13−16, 2021, Jeju Island, S. Korea] (UTD announc.) (Cornell announc.)
- ❋ *Guide2Research* Scientists 2020 Ranking: 315th (US) and 495 (Worldwide)
- ❋ Distinguished Member of the European Alliance for Innovation (EAI), 2021
- ❋ Fellow of the *European Alliance for Innovation (EAI)*, May 2019 (Fellow selection)
- ❋ Fellow of *The Institute of Engineering and Technology (IET)*, March 2019
- ❋ "5 Things to Know About 5G" *UT Dallas Magazine*, October 14, 2019
- ❋ 2016 IEEE ComSoc AHSN Recognition Award ("for outstanding contributions to securing ad hoc and sensor networks") presented at *IEEE Globecom 2016*, December 5, 2016, Washington DC (*AHSN Recognition Award*); Cornell's faculty awards
- ❋ Elevation to *IEEE Fellow*, January 2007, *"for contribution to wireless and mobile ad hoc networks"* (award letter)
- ❋ Status of "Professor Emeritus" at Cornell University (as of October 15, 2013)

- **2012 IEEE ComSoc WTC Recognition Award (the award recognizes individuals for "*outstanding technical contributions in the field and for his service to the scientific and engineering communities*") presented at *IEEE Globecom 2012,* December 5, 2012, Anaheim, CA *(WTC Recognition Awards)***
- **Distinction of *Classic Paper by Google Scholar* for the paper "Gossip-based Ad Hoc Routing," *IEEE/ACM Transactions on Networking,* vol.14, no.3, June 2006**
- **"Best Paper Award" for the paper "Collaborating with Correlation for Energy Efficient WSN," [M. Nikolov and Z.J. Haas], *First ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2012),* in conjunction with *ACM MobiCom 2012,* Istanbul, Turkey, August 26, 2012**
- **IEEE Distinguished Lecturer Tour, Scandinavian Countries, May 25 – June 5, 2009**
- **Promotion to the rank of *Full Professor,* School of ECE, Cornell Univ., July 1, 2004**
- **Distinguish Lecturer, IEEE Communications Society, (two terms) 01/2004 - 12/2005, 01/2005 - 12/2007**
- **IEEE Distinguished Lecturer Tour, Australia, September 26-October 3, 2005**
- **Expert Lecturer, IEEE Communications Society, 2002-2004**
- **Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 2002-2003 academic year, November 2003**
- **"Best Paper Award" for the paper "Optimal Resource Allocation for UWB Wireless Ad Hoc Networks," [C. Zou and Z.J. Haas], IEEE 16th International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC'05), ICC Berlin, Germany, September 11-14, 2005**
- **Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 2002-2003 academic year, November 2003**
- **"Highly Commended Paper Award" for the paper "Performance Evaluation of the Modified IEEE 802.11 MAC for Multi-Channel Multi-Hop Ad Hoc Network," [J. Li, Z.J. Haas, M. Sheng, and Y. Chen], IEEE International Conference on Advanced Information Networking and Applications (AINA 2003)**
- **Elected Chair of the IEEE Technical Committee on Personal Communications (TCPC), Jan. 2001 – Nov. 2002 (previously elected Vice Chair and Secretary)**
- **Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 1999-2000 academic year, September 2000**
- **Election to *Indefinite Tenure,* Cornell University, October 1998**
- **Michael Tien'72 Excellence in Teaching Award, Cornell College of Engineering for 1996-1997 academic year, September 1997 (letter) (banquet)**
- **AT&T Foundation Award, September 1995**
- **President Award, Technion, Israel (1976, 1977, 1978, and 1979)**
- **B.Sc. w/ "*Summa Cum Laude*," Aug. 1979; M.Sc. w/ "*Summa Cum Laude*," Feb. 1985**

## (vi) Memberships in Professional Societies

- **IEEE Communications Society (ComSoc)**
- **Association for Computing Machinery (ACM)**
- **Special Interest Group on Mobile Communications (SIGMOBILE)**

## (vii) Membership in Graduate Fields + Affiliate Membership (date awarded)

- **Electrical and Computer Engineering, Cornell University, August 1995**
- **Computer Science, Cornell University, February 2001**
- **Center for Applied Math, Cornell University, April 2003**
- **Electrical Engineering, University of Texas at Dallas, April 4, 2015**

# II. TALKS, INVITED TALKS, & KEYNOTE SPEECHES

**Invited and Keynote Talks (in reverse chronological order)**

- **Zygmunt J. Haas, "Reconfigurable Distributed MIMO for Physical-layer Security in Mobile Networks," *Invited Talk*, 40th IEEE Sarnoff Symposium, NJIT, Newark, NJ, Sep. 23, 2019 (Invited Talks) (plaque)**
- **Z.J. Haas, "Reconfigurable Distributed MIMO for Physical-layer Security in Mobile Networks," *ECE Seminar Series*, Stevens Institute of Technology, March 27, 2019 (announcement)**
- **Z.J. Haas, "Reconfigurable Distributed MIMO for Physical-layer Security in Mobile Networks," *Invited Talk*, Joint ECE/CS Seminar, Stony Brook University, February 28, 2019 (announcement)**
- **Z.J. Haas, "Reconfigurable Distributed MIMO for Physical-layer Security in Mobile Networks," *ACCESS* Distinguished Lecture, KTH Royal Institute of Technology, Stockholm, Sweden, September 13, 2018 (announcement)**
- **Z.J. Haas, "Challenges of Internet of Things," Spring 2017 Computer Science Distinguished Lecture Series, Norfolk State University, Computer Science Department, April 6, 2017 (plaque)**
- **Z.J. Haas, "Research Directions of the Wireless Networks Lab," Computer Science Department, Wesleyan University, Fort Worth, TX, March 31, 2016**
- **Z.J. Haas, "Challenges of Internet of Things," Fourth Annual International Workshop on Mission-Oriented Wireless Sensor Networking (*MiSeNet 2015*), Dallas, TX, October 19, 2015**
- **Z.J. Haas, "Security of Big Data," Third Annual International Workshop on Mission-Oriented Wireless Sensor Networking (*MiSeNet 2014*), Philadelphia, PA, October 27, 2014**
- **Z.J. Haas, "Big Data and Its Security Implications," National Taiwan University (NTU), Taipei, Taiwan, December 16, 2013**
- **Z.J. Haas, "Big Data and Its Security Implications," National Sun Yat-sen University, Kaohsiung, Taiwan, December 18, 2013**
- **Z.J. Haas, "Big Data and Its Security Implications," National Tsing Hua University, Hsinchu, Taiwan, December 19, 2013**
- **Z.J. Haas, "Big Data and Security Implications," Keynote Speech, *EUSPN'13, 4th International Conference on Emerging Ubiquitous Systems and Pervasive Networks,* Niagara Falls, Ontario, Canada, October 21-24, 2013**
- **Z.J. Haas, "Security of Big Data," at the Cornell Engineering Alumni Association conference, Washington, DC, May 13, 2013**
- **Z.J. Haas, "Stochastic Routing," DIMACS Workshop on Connectivity and Resilience for Large-Scale Networks, Rutgers University, Piscataway, NJ, April 12-13, 2012**
- **Z.J. Haas, "*Information Assurance for Sensor Networks,*" Winter 2012 CIS Distinguished Lecture Series, Computer and Information Science Department, College of Engineering and Computer Science. University of Michigan-Dearborn, March 16, 2012**
- **Z.J. Haas, "*Information Assurance for Sensor Networks,*" Invited Talk, Department of Electrical Engineering and Computer Science, UC Berkeley, Berkeley, CA, September 7, 2011**
- **Z.J. Haas, "*Information Assurance for Vehicular Sensor-based Networks,*" Closing Keynote, 4th *IEEE International Symposium on Wireless Vehicular Communications (WiVeC'11)*, San Francisco, CA, September 6, 2011**

- **Z.J. Haas, "*Information Assurance for Sensor Networks,*" Invited Talk, Department of Electrical Engineering, National Taiwan University of Science and Technology, Taipei, Taiwan, August 15, 2011 (program)**
- **Z.J. Haas, "*New Directions and Challenges in Information Assurance with Applications for Sensor Networks,*" Invited Talk, Department of Electrical Engineering, NCTU, Hsinchu, Taiwan, August 12, 2011**
- **Z.J. Haas, "*New Directions and Challenges in Information Assurance with Application to Sensor Networks,*" Invited Talk, Department of Electrical Engineering, Boston University, July 14, 2011**
- **Z.J. Haas, "*Information Assurance and Sensor Network Security,*" Department of Electrical and Computer Engineering, University of Florida, Gainesville, FL, April 14, 2011**
- **Z.J. Haas, "*Information Assurance and Sensor Network Security,*" Computer and Information Sciences department, Temple University, Philadelphia, PA, March 31, 2011**
- **Z.J. Haas, "*Information Assurance for Sensor Networks,*" Keynote Speech, *IEEE PerCom 2011 (Information Quality and Quality of Service (IQ2S) Workshop*), Seattle, WA, March 21, 2011**
- **Z.J. Haas, "*Stochastic Routing for Delay Tolerant Networks,*" Invited Talk, IEEE Communications Society North Jersey Chapter, NJIT Department of ECE, Newark, NJ, November 29, 2010**
- **Z.J. Haas, "*Stochastic Routing for Delay Tolerant Networks,*" Keynote Talk, *Symposium for Emerging Trends in Mobile, Sensor, and Social Networks (MSS 2010), CReWMaN 10th Anniversary Celebration,* University of Texas at Arlington, October 7-8, 2010**
- **Z.J. Haas, "On Networking in the `Final Frontier'," Invited Talk, Air Force Research Laboratory, Rome, NY, August 6, 2010**
- **Z.J. Haas, "*The Ad Hoc and Sensor Networking Technology: Past, Presence, and Future,*" Keynote Speech, *The Second International Conference on Ubiquitous and Future Networks (ICUFN'10),* Jeju Island, South Korea, June 16-18, 2010**
- **Z.J. Haas, "Engineering Education for the 21st Century," Invited Talk, Kookmin University, Seoul, South Korea, June 21, 2010**
- **Z.J. Haas, "*3D Wireless Networks,*" Plenary Speaker, *Wireless Telecommunications Symposium (WTS 2010),* April 21-23, 2010, Tampa, FL (*WTS 2010*)**
- **Z.J. Haas, "*Stochastic Routing for Delay Tolerant Networks,*" Electrical and Computer Engineering Seminar, Technion, Israel Institute of Technology, July 13, 2009**
- **Z.J. Haas, "*Stochastic Routing for Delay Tolerant Networks,*" Nordic IEEE/ComSoc Distinguish Lecturer Tour (DLT), May 24, 2009 – June 5, 2009:**
  - **KTH Royal Institute of Technology, Stockholm, Sweden**
  - **Helsinki University of Technology (TKK), Helsinki, Finland**
  - **Linköpings Universitet, Dept. of Computer & Info. Science, Linköpings, Sweden**
  - **Lund Technical University and Ericsson, Lund, Sweden**
  - **Oulu University, Oulu, Finland**
  - **Aalborg University, Aalborg, Denmark**
  - **Danmarks Tekniske Universitet (DTU), Copenhagen, Denmark**
- **Z.J. Haas, "*Implications of Reconfiguration at the Network Layer,*" US-Australia NSF Workshop: Self-Organizing Wireless Networks Based on Cross-Layer Interactions, Darling Harbour, Sydney, Australia, December 17-19, 2008**

- **Z.J. Haas, "*Stochastic Routing,*" US-Australia NSF Workshop: Self-Organizing Wireless Networks Based on Cross-Layer Interactions, Darling Harbour, Sydney, Australia, December 17-19, 2008**
- **Z.J. Haas, "*Stochastic Routing for Sensor- and Ad Hoc-Networks,*" Keynote Speech, *International Conference on Intelligent Sensors, Sensor Networks, and Information* Processing (ISSNIP 2008), December 15-18, 2008, Sydney, Australia**
- **Z.J. Haas, "What's in My Crystal Bowl," Keynote Speech, Australasian Telecommunication Networks and Applications Conference 2008 (ATNAC 2008), Adelaide, South Australia, December 7-10, 2008**
- **Z.J. Haas, "*On Networking in the Final Frontier*," University of South Florida, Tampa, FL, December 5, 2008**
- **Z.J. Haas, "*On Networking in the Final Frontier*," CSE Colloquium, Department of Computer Science and Engineering, University of Buffalo, Buffalo, NY, Nov. 6, 2008**
- **Z.J. Haas, "*On Networking in the `Final Frontier'*," ECE Seminar Series, Carnegie Mellon University, Pittsburgh, PA, November 20, 2008**
- **Z.J. Haas, "Stochastic Routing," *Brown-Bag Series,* Computer Science Department, Cornell University, Ithaca, NY, March 4, 2008**
- **Z.J. Haas, "The Untold Story about the Romance between Mr. *A.H Network* and Mrs. *S. Network* and about their Son, Mr. *D.-T Network," ECE Colloquium,* Department of Electrical and Computer Engineering, Boston University, February 22, 2008**
- **Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," Iowa State University, Computer Science Department, July 6, 2007**
- **Z.J. Haas et al, "How to Circumvent the Scalability Curse," IMANET Workshop, Arlington, VA, March 7, 2006**
- **Z.J. Haas, "On Some Choices in QoS Design of Ad Hoc and Sensor Networks," *Bell Laboratories, Lucent Technologies,* Murray Hill, NJ, January 27, 2006**
- **Z.J. Haas, "On Some Choices in QoS Design of Ad Hoc and Sensor Networks," Keynote Speech, 2nd *IEEE International Conference on Mobile Ad-hoc and Sensor Systems (MASS 2005),* Washington, DC, November 9, 2005**
- **Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," Keynote Speech, *2005 Asia-Pacific Conference on Communications*, Perth, Australia, October 3-5, 2005**
- **Z.J. Haas, "Mobility and its Effects on Networks Performance," *MiNEMA Summer School 2005*, Klagenfurt University, Klagenfurt, Austria, July 11-15, 2005**
- **Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," *IEEE Communications Society and IEEE Aerospace and Electronics Systems,* Joint Chapter, Rochester, NY, *Rochester Institute of Technology*, Rochester, NY, October 19, 2004**
- **Z.J. Haas, "Research in Wireless Ad Hoc Networks at the Cornell's Wireless Networks Laboratory," *University of Pennsylvania, Electrical Engineering Department*, Philadelphia, PA, November 8, 2004**
- **P. Papadimitratos and Z.J. Haas, "Secure Routing for Mobile Ad Hoc Networks," *Working Session on Security in Wireless Ad Hoc Networks,* Swiss Federal Institute of Technology – Lausanne (EPFL), Switzerland, June 12, 2002**
- **Z.J. Haas and E.Y. Hua, "Multipath Routing – A Cross-Layer Design Tool for QoS Provisioning in MANETs," Cross-Layer Design Workshop, Naval Research Laboratory, Washington, DC, June 2, 2004**

- **Z.J. Haas, "Ad Hoc Research at the Wireless Networks Laboratory (WNL) at Cornell University," EE Seminar, Columbia University, April 16, 2001**
- **Z.J. Haas, "Predictive Distance-Based Mobility Management for PCS Networks," Telcordia, Morristown, NJ, April 7, 2000**
- **Z. Haas, "The Design and Performance of Mobile TCP for Wireless Networks," *Seminar on Networks Research, Center for Advanced Technology in Telecommunications,* March 26, 1999**
- **Z.J. Haas, "Scalability of Wireless Ad Hoc Networks," *The International Workshop on Theoretical and Algorithmic Aspects of Sensor, Ad Hoc Wireless and Peer-to-Peer Networks,* Keynote Speech, Fort Lauderdale, FL, February 20–21, 2004**
- **Speaker at the "NSF Networking Principal Investigators' Workshop," session on Wireless/Mobile, Loews L'Enfant Plaza Hotel, Washington, DC, January 21–23, 1999**
- **Z. Haas, "Networking Issues in Wireless Technologies," *IEEE Multiaccess, Mobility and Teletraffic for Personal Communications* Workshop 1998, Washington, DC, October 21, 1998**
- **Z.J. Haas, "Zone Routing: A New Routing Protocol for the Reconfigurable Wireless Networks," *Science Advisory Board Associates (SABA),* Motorola, Arlington Heights, November 18, 1997**
- **Z.J. Haas, "Routing in Highly Reconfigurable Wireless Networks," *8th Maryland Workshop on Very High Speed Networks*, University of Maryland Baltimore County, November 12-13, 1997**
- **Z. J. Haas, "The Multiply-Detected Macrodiversity Scheme for Wireless Cellular Systems," *EE Colloquium, School of Electrical Eng.*, Cornell University, April 22, 1997**
- **Z. J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of Cellular Capacity Bounds," *5th Maryland Workshop on Very High Speed Networks,* Baltimore, MD, March 14-16, 1994**
- **Z. J. Haas, J. H. Winters, and D. S. Johnson, "On the Capacity Bounds in Cellular Systems," *Allerton Conf. on Comm., Control, and Comp.,* Monticello, IL, Sept. 29 - Oct. 1, 1993**
- **Z. Haas, "Gigabit Connectivity with the `Staggering Switch': An Electronically Controlled Optical Packet Switch," *4th Maryland Workshop on Very High Speed Network*, March 15-17, 1993**
- **Z. Haas, "The `Staggering Switch' – A Scheme for Collision Resolution in Optical Packet Switches," ECE Seminar, Amherst University, Feb. 22, 1993**
- **Zygmunt Haas, "Communication in the Gbps Era: Some Answers," *Washington University at St. Louis*, St. Louis, MO, September 1990**

**Tutorial Courses:**

- **Z.J. Haas, "The Ad Hoc Networking Technology," *Thales Communications, Land and Joint Systems Division,* Clarksburg, MD, May 21-24, 2006**
- **Z.J. Haas, "Mobility and Its Effects On Network Performance," ESF'05 Workshop, November 7, 2005**
- **Z.J. Haas, "Mobility and Its Effects On Network Performance," *Middleware for Network Eccentric and Mobile Applications (MiNEMA) Workshop, MiNEMA Summer School,* Klagenfurt University, Klagenfurt, Austria, July 11-15, 2005**
- **Z.J. Haas, "Inside the Communication Protocols: Teletraffic Engineering & Performance Evaluation," *Telefocal Asia,* Singapore, March 22, 2004**
- **Z. Haas, Ad Hoc Networks – A New Communication Paradigm?" *Mobile Terrestrial & Space Networking Workshop,* NASA Ames Research Center, Moffett Field, CA, June 26, 2001**

- **Z.J. Haas, "Mobile Ad Hoc Networks," IEEE Wireless Communications and Networking Conference (WCNC'00), Chicago, IL, September 23-28, 2000**
- **Z.J. Haas, "Mobile Ad-Hoc Networks," *DIMACS Summer School on Foundations of Wireless Networks and Applications,* Rutgers University, Piscataway, NJ, Aug. 7 - 18, 2000**
- **Z.J. Haas, "Wireless Networks: from Cellular to Ad-Hoc," *DIMACS Summer School on Foundations of Wireless Networks and Applications,* Rutgers University, Piscataway, NJ, August 7 - 18, 2000**
- **Z.J. Haas, "Queueing Theory for Network Engineering," *MITRE Corporation*, Eatontown, NJ, 2000**
- **Z.J. Haas, "Wireless Networks - from Cellular to Ad Hoc," IEEE Military Communications Conference (MILCOM'99), Atlantic City, NJ, Oct. 31 – Nov. 3, 1999**
- **Z.J. Haas, "Mobile Ad Hoc Networks," IEEE Wireless Communications and Networking Conference (WCNC'99), New Orleans, LA, September 21-24, 1999**
- **Z.J. Haas, "Mobile Ad Hoc Networks," IEEE Military Communications Conference (MILCOM'98), Bedford, MA, October 20-23, 1998**
- **Z.J. Haas, "Mobile Ad Hoc Networks," Tutorial 9, 48th IEEE Vehicular Technology Conference, Pathway to Global Wireless Revolution (VTC'98), Ottawa, Ontario, Canada, May 18–21, 1998**
- **Z.J. Haas, "Mobility Management in TCP/IP Networks," IEEE Military Communications Conference (MILCOM'97), Monterey, CA, November 2-5, 1997**
- **Z.J. Haas, "Wireless Cellular Networks," ACM/IEEE Mobicom'97, Budapest, Hungary, September 27- 30, 1997**
- **Z.J. Haas, "Mobility Management in TCP/IP Networks," IEEE ICC'97, Montreal, Quebec, Canada, June 8-12, 1997**
- **Z.J. Haas, "Mobility Management in TCP/IP Networks," IEEE GLOBECOM'97, London, United Kingdom, November 22, 1996**
- **Z.J. Haas, "Mobility Management in Wireless Networks," ICUPC'96, Cambridge, MA, September 29, 1996**
- **Z.J. Haas, "Mobility Management in Wireless Networks," ICC'96, Dallas, TX, June 23-27, 1996**
- **Z.J. Haas, "Mobile Communication Networks," *6th IFIP International Conference on High Performance Networking (HPN'95),* Palma De Mallorca, Balearic Islands, Spain, September 11-15, 1995**
- **Z.J. Haas, "Mobility in TCP-IP Networks," IEEE Wireless'95, 1995**
- **Z.J. Haas, "Mobile Communication Networks," ICC'95, Seattle, WA, June 18-22, 1995**
- **Z.J. Haas, "Mobile Communication Networks," APCC, Osaka, Japan, June 13-16, 1995**
- **Z.J. Haas, "Mobile Communication Networks," IPCCC, Scottsdale, AZ, March 28, 1995**
- **Z.J. Haas, "Mobile Communication Networks," GLOBECOM'94, San-Francisco, CA, November 27, 1994**
- **Z.J. Haas, "Personal Communication Services and Networks," SIGCOMM'94, University College London, London, UK, August 30 – September 2, 1994**
- **Z.J. Haas, "Optical Networks," GLOBECOM'93, Houston, TX, December 3, 1993**
- **Z.J. Haas, "Optical Networks," SIGCOMM'92, Baltimore, Maryland, USA, August 17-20, 1992**

# III. PUBLICATIONS

## (i) Refereed Journal/Archival Publications (in reverse chronological order)


1. K. Singh, A.F. Makarim, H. Albinsaid, C.-P. Li, and Z.J. Haas, "Passive Beamforming Design and DNN-Based Signal Detection in RIS-Assisted MIMO Systems with Generalized Spatial Modulation," *IEEE Transactions on Vehicular Technology,* Sept. 23, 2022; DOI: 10.1109/TVT.2022.3208830
2. T.-L. Nguyen, G. Kaddoum, T.-N. Do, D.B. da Costa, and Z.J. Haas, "Adaptive Decoding Mechanisms for UAV-enabled Double-Uplink Coordinated NOMA," arXiv:2206.13370v1 [cs.IT] 27 Jun 2022
3. T.-L. Nguyen, T.-N. Do, G. Kaddoum, D.B. da Costa, and Z.J. Haas, "Channel Characterization for RIS-aided Terahertz Communications: A Stochastic Approach," *IEEE Wireless Communications Letters,* June 24, 2022, pp. 1890−1894; DOI: 10.1109/LWC.2022.3185977
4. L. Xi, R. Wang, and Z.J. Haas, "Data-correlation-aware Unsupervised Deep-Learning Model for Anomaly Detection in Cyber-Physical Systems," *IEEE Internet of Things Journal,* vol.9, no.22, pp.22410−22421, Nov. 15, 2022; DOI: 10.1109/JIOT.2022.3150048
5. T.-N. Do, G. Kaddoum, T.-L. Nguyen, D.B. da Costa, and Z.J. Haas, "Multi-RIS-aided Wireless Systems: Statistical Characterization and Performance Analysis," *IEEE Transactions on Communications,* vol. 69, no. 12, pp: 8641−8658, December 2021; DOI: 10.1109/TCOMM.2021.3117599
6. T.N. Do, G. Kaddoum, T. L. Nguyen, D.B. da Costa, and Z.J. Haas, "Aerial Reconfigurable Intelligent Surface-Aided Wireless Communication Systems," arXiv:2106.05380v1 [cs.IT] 9 Jun 2021 (arXiv)
7. Z.J. Haas, T.L. Culver, and K. Sarac, "Vulnerability Challenges of Software-Defined Networks," *IEEE Communications Magazine,* July 2021, vol. 59, no. 7, pp. 88−93; DOI: 10.1109/MCOM.001.2100128
8. H. Albinsaid, K. Singh, A. Bansal, S. Biswas, C.-P. Li, and Z.J. Haas, "Multiple Antenna Selection and Successive Signal Detection for SM-based IRS-aided Communication," *IEEE Signal Processing Letters,* vol. 28, April 9, 2021, pp. 813−817; DOI: 10.1109/LSP.2021.3071981
9. T.N. Do, G. Kaddoum, T. L. Nguyen, D.B. da Costa, and Z.J. Haas, "Multi-RIS-aided Wireless Systems: Statistical Characterization and Performance Analysis," arXiv:2104.01912v1 [cs.IT] 5 Apr 2021 (arXiv)
10. M. Stanacevic, A. Athalye, Z.J. Haas, S. Das, and P. Djuric, "Backscatter Communications with Passive Receivers: From Fundamentals to Applications," *ITU Journal on Future and Evolving Technologies,* volume 1 (2020), issue 1, December 11, 2020
11. C. Liu, Z.J. Haas, and Z. Tian, "On the Design of Multi-Hop Tag-to-Tag Routing Protocol for Large-Scale Networks of Passive Tags," *IEEE Open Journal of the Communications Society*, Special Issue on *Large-Scale Wireless Powered Networks with Backscatter Communications*, vol. 1, 2020, pp. 1035-1055, July 24, 2020; DOI: 10.1109/OJCOMS.2020.3011171
12. T-N. Do and Z.J. Haas, "On the Design of RD-MIMO: Spatial Multiplexing versus Opportunistic Transmission Schemes," *IEEE Access,* vol.8, no.1, pp. 22733–22747, January 29, 2020; DOI: 10.1109/ACCESS.2020.2970049

13. R. Duan, Z. Zheng, R. Jäntti, J. Hämäläinen, and Z.J. Haas, “Asymptotic Analysis for Spectrum-sharing Systems with TAS/MRC Using Extreme Value Theory: An Overlooked Aspect,” *IEEE Access*, vol. 7, September 23, 2019, pp. 138062–138078, DOI: 10.1109/ACCESS.2019.2943083
14. A. Jindal and Z.J. Haas, “On the Performance of Distributed MIMO with Full-Duplex Jamming,” *IEEE Transactions on Communications,* vol. 67, no. 3, pp. 1972–1985, March 2019, DOI: 10.1109/TCOMM.2018.2884721
15. Z. Zheng, Z.J. Haas, and M. Kieburg, “Secrecy Rate of Cooperative MIMO in the Presence of a Location Constrained Eavesdropper,” *IEEE Transactions on Communications,* vol. 67, no. 2, pp. 1356–1370, ISSN: 0090-6778, February 2019; DOI: 10.1109/TCOMM.2018.2877329; arXiv:1709.05383v3 [cs.IT] 15 Oct 2018
16. Y.-M. Chen, W-C. Cheng, C.-P. Li, and Z.J. Haas, “Low-complexity Generalized Spatial Modulation Schemes Using Codebook-assisted MIMO Detectors,” *IEEE Transactions on Vehicular Technology,* vol. 67, no. 12, pp. 12358–12362, September 2018, DOI: 10.1109/ TVT.2018.2871577
17. J. Huang, Z. Liu, Q. Duan, M. Atiquzzman, M. Jo, and Z.J. Haas, “Green Computing and Communications for Smart Portable Devices,” Editorial, Hindawi Wireless Communications and Mobile Computing, Vol. 2018, Article ID 6839604, DOI: https://doi.org/10.1155/2018/6839604
18. Z.J. Haas and A. Yousefpour, “A Privacy Scheme for Monitoring Devices in the Internet of Things,” In: N. Oliver *et al.* (eds) ‘Pervasive Computing Paradigms for Mental Health,’ Lecture Notes of the Institute for Computer Sciences, Social Informatics and Telecommunications Engineering, vol. 207, pp. 153-165, 2018, Springer, Cham; DOI: 10.1007/978-3-319-74935-8_22; Print ISBN: 978-3-319-74934-1; Online ISBN: 978-3-319-74935-8 (March 1, 2018)
19. M. Nikolov and Z.J. Haas, “Encoded Sensing for Energy Efficient Wireless Sensor Networks,” *IEEE Sensors Journal,* 2017, Special Issue on “*Power-efficient sensors for long-term applications,”* vol. 18, no. 2, January 2018, pp. 875–889, DOI: 10.1109/JSEN.2017.2756865
20. J. Huang, C.C Xing, Y. Qian, and Z.J. Haas, “Resource Allocation for Multi-cell Device-to-Device Communications Underlying 5G Networks: A Game-Theoretic Mechanism with Incomplete Information,” *IEEE Transactions on Vehicular Technology,* vol. PP, no. 99, October 23, 2017, DOI: 10.1109/TVT.2017.2765208
21. J. Ugirumurera and Z. J. Haas, "Optimal Sizing of a Completely Green Charging System for Electric Vehicles," *IEEE Transactions on Transportation Electrification,* vol. 3, no. 3, Sept. 2017, pp. 565–577, DOI: 10.1109/TTE.2017.2713098
22. Z. Zheng and Z.J. Haas, “On the Performance of Reconfigurable Distributed MIMO in Mobile Networks,” *IEEE Transactions on Communications,* vol. 65, no.4, April 2017, pp. 1609–1622; DOI: 10.1109/TCOMM.2017.2656129
23. S.N. Premnath and Z.J. Haas, “Supporting Privacy of Computations in Mobile Big Data Systems,” *Future Internet 2016, 8(2), 17;* DOI: 10.3390/fi8020017
24. M. Nikolov and Z.J. Haas, “Relay Placement in Wireless Networks: Minimizing Communication Cost,” *IEEE Transactions on Wireless Communications*, vol.15, no.5, May 2016
25. Z. Li and Z.J. Haas, “On Residual Path Lifetime in Mobile Networks,” *IEEE Communications Letters*, vol. 20, no.3, March 2016, DOI: 10.1109/LCOMM.2016.2520467

26. S.N. Premnath and Z.J. Haas, "Security and Privacy in the Internet-of-Things under Time-and-Budget-limited Adversary Model," IEEE Wireless Communications Letters 4(3), pp. 277–280 , 2015, DOI: 10.1109/LWC.2015.2408609
27. S.M.N. Alam and Z.J. Haas, "Coverage and Connectivity in Three-Dimensional Networks with Random Node Deployment," Elsevier *Ad Hoc Networks Journal,* special issue on *Underwater Communications*, 2014, DOI: 10.1016/j.adhoc.2014.09.008, *http://dx.doi.org/10.1016/j.adhoc.2014.09.008*
28. Z.J. Haas and M. Nikolov, "Towards Optimal Broadcast in Wireless Networks," *IEEE Transactions on Mobile Computing,* vol. 14, no. 7, pp. 1530–1544, July 2015, DOI: 10.1109/TMC.2014.2356466
29. E.Y. Hua and Z.J. Haas, "Mobile-Projected Trajectory Algorithm with Velocity-Change Detection for Predicting Residual Link Lifetime in MANET," *IEEE Transactions on Vehicular Technology*, March 2015, vol. 64, no. 3, pp. 1065–*1078, http://dx.doi.org/10.1109/TVT.2014.2327232*
30. Z.J. Haas and M. Nikolov, "Towards Optimal Broadcasting," CoRR abs/1301.7101 (2013)
31. M.Z. Chowdhury, Y.M. Jang, and Z.J. Haas, "Priority based Bandwidth Adaptation for Multi-class Traffic in Wireless Networks," International Journal of Multimedia and Ubiquitous Engineering vol. 7, no. 2, pp. 445–450, April 2012 (also in https://arxiv.org/abs/1412.4322 )
32. M.Z. Chawdhury, Y.M. Jang, and Z.J. Haas, "Call Admission Control based on Adaptive Bandwidth Allocation for Wireless Networks," IEEE/KICS *Journal of Communications and Networks (JCN)*. vol. 15, no. 1, pp. 15–24, Feb. 2013. (SCI)
33. F. Losilla, A.-J. Garcia-Sanchez, F. Garcia-Sanchez, J. Garcia-Haro, and Z.J. Haas, "A Comprehensive Approach to WSN-based ITS Applications: A Survey," *Sensors* 2011, *11*, 10220-10265, October 28, 2011, doi:10.3390/s111110220
34. C. Garcia-Costa, E. Egea-Lopez, J. Tomas-Gabarron, J. Garcia-Haro, Z.J. Haas, "A stochastic model for chain collisions of vehicles equipped with vehicular communications," *IEEE Transactions on Intelligent Transportation Systems*, vol. 13, no.2, June 2012, pp. 503-518; DOI: 10.1109/TITS.2011.2171336
35. G.Y. Lee and Z.J. Haas, "*Simple, Practical, and Effective Opportunistic Routing for Short-haul Multi-hop Wireless Networks, IEEE Transactions on Wireless Communications,* 2011, pp. 3583–3588, DOI: 10.1109/TWC.2011.11.101713
36. M.F. Elhawary and Z.J. Haas, "Energy-Efficient Protocol for Cooperative Transmission," *IEEE Transactions on Networking,* vol. 19, no.2, April 2011, pp. 561–574, DOI: 10.1109/TNET.2010.2089803
37. M.Z. Chowdhury, Y.M. Jang, and Z.J. Haas, "Cost-Effective Frequency Planning for Capacity Enhancement of Femtocellular Networks," *Wireless Personal Communications,* vol. 60, pp. 83–104, March 2, 2011, DOI: https://doi.org/10.1007/s11277-011-0258-y
38. ChuanYun Zou, Zygmunt J. Haas, and Sheng Zou, "Throughput maximization in UWB-based ad hoc networks," *SCIENCE CHINA, Information Sciences,* vol.53, no.12: 2538–2547, DOI: 10.1007/s11432-010-4120-8
39. M.Z. Chowdhury, Y.M. Jang, and Z.J. Haas, "Network Evolution and QoS Provisioning for Integrated Femtocell/Macrocell Networks," *International Journal of Wireless & Mobile Networks (IJWMN)*, vol.2, no.3, August 2010 (.pdf)

40. J. Oh and Z.J. Haas, "Personal Environment Service based on the Integration of Mobile Communications and Wireless Personal Area Networks," *IEEE Communications Magazine,* vol. 48, no. 6, June 2010, pp. 66–72; DOI: 10.1109/MCOM.2010.5473866

41. S.M. Nazrul Alam and Z.J. Haas, "Hierarchical and Honhierarchical Three-Dimensional Underwater Wireless Sensor Networks," CoRR abs/1005.3073, 2010

42. E.Y. Hua and Z.J. Haas, "An Algorithm for Prediction of Link Lifetime in MANET Based on Unscented Kalman Filter," *IEEE Communications Letters,* vol.13, no.10, October 2009, pp. 782–784

43. Z. Wang, R.J. Thomas, and Z.J. Haas, "Performance comparison of Bluetooth Scatternet formation protocols for multi-hop networks," Springer *Wireless Networks (WINET)*, Volume 15, Number 2 / February, 2009, pp. 209–226, published online on April 14, 2007 (color copy); DOI: 10.1007/s11276-007-0036-7

44. G.Y. Lee, Y. Lee, and Z.J. Haas, "Hybrid Location-Update Scheme for Mobile Networks," *IEEE Transactions on Vehicular Technology*, vol. 58, no. 1, January 2009, pp. 338–348

45. J. Jeong and Z.J. Haas, "Predeployed Secure Key Distribution Mechanism in Sensor Networks: Current State-of-the-Art and a New Approach Using Time Information," *IEEE Wireless Communication,* August 2008, pp. 42–51

46. S.M.N. Alam and Z.J. Haas, "Coverage and connectivity in three-dimensional underwater sensor networks," Wireless Communications and Mobile Computing, vol. 8, no. 8, pp. 995–1009, October 2008; (Published online 10 July 2008 in Wiley InterScience, www.interscience.wiley.com); DOI: 10.1002/wcm.661

47. J. Oh and Z.J. Haas, "A Scheme for Location-Based Internet Broadcasting and Its Applications," *IEEE Communications Magazine,* vol. 45, no. 11, November 2007, pp. 136–141, DOI: 10.1109/MCOM.2007.4378333

48. Z.J. Haas and T. Small, "Quality of Service and Capacity in Constrained Intermittent-Connectivity Networks," *IEEE Transactions on Mobile Computing,* vol.6, no.7, July 2007, pp. 803–814, DOI: 10.1109/TMC.2007.1033

49. Z.J. Haas and R. Barr, "Density-Independent, Scalable Search in Ad Hoc Networks," Springer *International Journal of Wireless Information Networks,* special issue on "PIMRC 2005," vol. 14, no. 2, June 2007, pp. 93–105

50. J. Jeong and Z.J. Haas, "An Integrated Security Framework for Open Wireless Networking Architecture," *IEEE Wireless Communications Magazine*, special issue on "Technologies On Future Converged Wireless And Mobility Platform," vol.14, no.2, April 2007, pp.10–18, DOI: 10.1109/MWC.2007.358959

51. O. Arpacioglu and Z.J. Haas, "On the Scalability and Capacity of Single-User-Detection Based Wireless Networks with Isotropic Antennas," *IEEE Transactions on Wireless Communications,* vol.6, no.1, January 2007, pp.8–15

52. S.M. Nazrul Alam, Z.J. Haas "Topology Control and Network Lifetime in Three-Dimensional Wireless Sensor Networks," September 11, 2006, arXiv:cs/0609047

53. Ben Liang and Zygmunt J. Haas, "Hybrid Routing in Ad Hoc Networks with Dynamic Virtual Backbone," *IEEE Transactions on Wireless Communications*, vol. 5, no. 6, June 2006, pp. 1392–1405; DOI: 10.1109/TWC.2006.1638660

54. Z.J. Haas, J.Y. Halpern, and E.L. Li, "Gossip-based Ad Hoc Routing," *IEEE/ACM Transactions on Networking,* vol.14, no.3, June 2006, pp.479–491

55. Y.S. Han, Jing Deng, and Z.J. Haas, "Analyzing multi-channel medium access control schemes with ALOHA reservation," IEEE Transactions on Wireless Communications, vol.5, no.8, August 2006, pp. 2143–2152; DOI: 10.1109/TWC.2006.1687730
56. J. Deng, Y.S. Han, Z.J. Haas, "Analyzing Split Channel Medium Access Control Schemes," *IEEE Transactions on Wireless Communications,* vol.5, no.5, May 2006, pp. 967–971; DOI: 10.1109/TWC.2006.1633347
57. Z.J. Haas and Tara Small, "A New Networking Model for Biological Applications of Ad Hoc Sensor Networks," *ACM/IEEE Transactions on Networking*, vol.14, no.1, February 2006, pp. 27–40
58. P. Papadimitratos and Z.J. Haas, "Securing Data Communication in Mobile Ad Hoc Networks," *IEEE Journal on Selected Areas in Communications (JSAC)*, special issue on "Security in Wireless Ad Hoc Networks," vol. 24, no. 2, February 2006, pp.343–356; DOI: 10.1109/JSAC.2005.861392
59. L.E. Miller and Z.J. Haas, "Public Safety Applications of Wireless Communication and Networking Technologies," Editorial, *IEEE Communications Magazine,* vol.44, no.1, January 2006, pp. 28–29 (issue cover)
60. R. Barr, Z.J. Haas, and R. van Renesse, "JiST: An Efficient Approach to Simulation Using Virtual Machines," *Software Practice and Experience,* 2005; 35:539-576; published on-line Feb. 16, 2005 in *Wiley InterScience;* DOI: 10/1002/spe.647
61. O. Arpacioglu and Z.J. Haas, "On the Capacity of Wireless Sensor Networks with Omnidirectional Antennas," Revista de Sociedade Brasileira de Telecommunicações, vol.19, no.3, December 2004, pp.81–93
62. M. Fang, Z.J. Haas, B. Liang, and Y.-B. Lin, "TTL Prediction Schemes and Effects of Inter-Update Time Distribution on Wireless Data Access," Kluwer Academic Publishing, *Wireless Network,* 10, 2004, pp.607–619
63. J. Cho and Z.J. Haas, "On the Throughput Enhancement of the Downstream Channel in Cellular Radio Networks through Multi-hop Relaying," *IEEE Journal on Selected Areas in Communications,* issue on "Quality-of-Service Delivery in Variable Topology Networks," vol.22, no.7, September 2004, pp.1206–1219
64. P. Samar, M.R. Pearlman, and Z.J. Haas, "Independent Zone Routing: An Adaptive Hybrid Routing Framework for Ad Hoc Wireless Networks," *ACM/IEEE Transactions on Networking,* vol.12, no.4, August 2004, pp.595–608; DOI: 10.1109/TNET.2004.833153
65. O. Arpacioglu and Z.J. Haas, "On the Scalability and Capacity of Planar Wireless Networks with Omnidirectional Antennas," Wiley & Sons, *Wireless Communications and Mobile Computing* journal, vol.4, no.3, May 2004, pp.263–279
66. A. Tsirigos and Z. J. Haas, "Analysis of Multipath Routing, Part 2: Mitigation of the effects of frequently changing network topologies," *IEEE Transactions on Wireless Communications*, vol.3, no.2, March 2004, pp.500–511
67. B. Krishnamachari, R-H. Gau, S. B. Wicker, and Z. J. Haas, "Optimal Sequential Paging in Cellular Networks," *ACM/Kluwer Wireless Networks* , vol.10, no.2, March 2004, pp.121–131
68. R-H. Gau and Z. J. Haas, "Concurrent Search of Mobile Users in Cellular Networks," *ACM/IEEE Transactions on Networking,* vol.12, no.1, February 2004, pp.117–130

69. A. Tsirigos and Z. J. Haas, "Analysis of Multipath Routing, Part 1: The effect on the packet delivery ratio," *IEEE Transactions on Wireless Communications,* vol.3, no.1, January 2004, pp.138–146

70. Z.J. Haas and J. Deng, "On Optimizing the Backoff Interval for Random Access Schemes," *IEEE Transactions on Communications*, vol.51, no.12, December 2003, pp. 2081–2090

71. D-S. Kim, H-J. Moon, J-H. Bahk, W.H. Kwon, and Z. J. Haas, "Efficient Computations for Evaluating Extended Stochastic Petri Nets using Algebraic Operations," *International Journal of Control, Automation and Systems,* vol. 1, no. 4, December 2003, pp.431–443

72. Sajama and Z. J. Haas, "Independent-Tree Ad hoc MulticAst Routing (ITAMAR)," *ACM MONET* journal, special issue on "Ad Hoc Networks," vol. 8, no. 5, October 2003, pp. 551–566

73. B. Liang and Z. J. Haas, "Predictive Distance-Based Mobility Management for Multi-Dimensional PCS Networks," *ACM/IEEE Transactions on Networking*, vol.11, no.5, October 2003, pp.718–732, DOI: 10.1109/TNET.2003.815301

74. J. Li, Z. J. Haas, M. Sheng, and Y. Chen, "Performance Evaluation of Modified IEEE 802.11 MAC For Multi-Channel Multi-Hop Ad Hoc Network," *Journal of Interconnection Networks (JOIN),* special issue on "Advanced Information Networking: Architectures and Algorithms," vol. 4, no. 3, September 2003, pp. 345–359

75. J. Li, Z.J. Haas, and M. Sheng, "Capacity Evaluation of Multi-channel Wireless Ad Hoc Networks," *Journal of Electronics (China),* vol.20, no.5, September 2003, pp.344–352, DOI:10.1007/s11767-003-0044-4

76. P. Papadimitratos and Z. J. Haas, "Secure Message Transmission in Mobile Ad Hoc Networks," Elsevier *Ad Hoc Networks Journal*, vol. 1, no. 1, July 2003, pp.193–209

77. R-H. Gau and Z. J. Haas, "Concurrently Searching for Mobile Users in Cellular Networks," *IEEE Communications Letters,* vol. 7, no. 6, June 2003, pp. 287–289

78. P. Papadimitratos and Z. J. Haas, "Secure Routing for Mobile Ad Hoc Networks," *ACM Mobile Computing and Communications Review (MC2R)*, vol. 1, no. 2, October 2002, pp.1

79. P. Papadimitratos and Z. J. Haas, "Securing the Internet Routing Infrastructure," *IEEE Communications Magazine*, October 2002, pp.60–68

80. Z. J. Haas and Jing Deng, "Dual Busy Tone Multiple Access (DBTMA): A Multiple Access Control Scheme for Ad Hoc Networks," *IEEE Transactions on Communications*, vol. 50, no. 6, June 2002, pp. 975–985

81. R-H. Gau, Z.J Haas, and B. Krishnamachari "On Multicast Flow Control for Heterogeneous Receivers," *ACM/IEEE Transactions on Networking,* vol.10, no.1, February 2002, pp. 86–101

82. A. Tsirigos and Z.J. Haas, "Multipath Routing in the Presence of Frequent Topological Changes," *IEEE Communications Magazine,* vol. 39, no.11, November 2001, DOI: 10.1109/35.965371

83. Z.J. Haas, "Design Methodologies for Adaptive and Multimedia Networks," Guest Editorial, *IEEE Communications Magazine,* vol. 39, no. 11, November 2001, DOI: 10.1109/MCOM.2001.965366

84. Z.J. Haas and A. Warkhedi, "The Design and Performance of Mobile TCP for Wireless Networks," *Journal of High Speed Networks,* vol. 10, no. 3, October 2001, pp.187–207

85. R. Prakash, Z.J. Haas, and M. Singhal, "Load-Balanced Location Management for Mobile Systems using Dynamic Hashing and Quorums," ACM *Wireless Networks* journal, vol. 7, no. 5, September 2001, pp.497-512, DOI: 10.1023/A:1016774627097
86. Z.J. Haas and M.R. Pearlman, "The Performance of Query Control Schemes for the Zone Routing Protocol," *IEEE/ACM Transactions on Networking,* vol.9, no.4, August 2001, pp.427–438, DOI: 10.1109/90.944341
87. Z.J. Haas, "A Communication Infrastructure for Smart Environments -- A Position Article," *IEEE Personal Communications Magazine,* special issue on "Networking the Physical World," vol. 7, no. 5, October 2000, pp.54–58, DOI: 10.1109/98.878540
88. Z.J. Haas and A. Warkhedi, "The Design and Performance of Mobile TCP for Wireless Networks," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science,* issue on "Mobile Networks and Computing," *American Mathematical Society,* vol. 52, 2000, pp.85–122
89. Zygmunt J. Haas and Yi-Bing Lin, "Demand Re-registration for PCS Database Restoration," ACM *Mobile Networks and Applications (MONET),* vol.5, no.3, September 2000, pp.191–198, DOI: 10.1023/A:1019160629147
90. L. Zhou and Z.J. Haas, "Securing Ad Hoc Networks," *IEEE Network Magazine,* vol. 13, no. 6, November/December 1999, pp. 24–30; DOI: 10.1109/65.806983
91. M.R. Pearlman and Z.J. Haas, "Determining the Optimal Configuration for the Zone Routing Protocol," *IEEE Journal of Selected Areas in Communications,* vol. 17, no.8, August 1999, pp. 1395–1414, DOI: 10.1109/49.779922
92. Z.J. Haas, M. Gerla, D.B. Johnson, C.E. Perkins, M.B. Pursley, M. Steenstrup, C.-K. Toh, "Wireless Ad Hoc Networks," Guest Editorial, *IEEE Journal of Selected Areas in Communications,* vol. 17, no.8, August 1999, pp. 1329–1332, DOI: 10.1109/JSAC.1999.779916
93. D.A. Dyson and Z.J. Haas, "A Dynamic Packet Reservation Multiple Access Scheme for Wireless ATM," *Mobile Networks and Applications (MONET),* no.4, no.2, June 1999, pp. 87–99
94. Z.J. Haas and B. Liang, "*Ad Hoc* Mobility Management with Uniform Quorum Systems," *IEEE/ACM Transactions on Networking,* vol. 7, no.2, April 1999, pp. 228–240, DOI: 10.1109/90.769770
95. Z.J. Haas and Y-B. Lin, "On Optimizing the Location Update Costs in the Presence of Database Failures," *Wireless Networks* journal, vol.4, no.5, September 1998, pp. 419–426, DOI: 10.1023/A:1019137213933
96. Z.J. Haas and C-P. Li, "The Multiply-Detected Macrodiversity Scheme for Wireless Cellular Systems," *IEEE Transactions on Vehicular Technology,* vol.47, no.2, May 1998, pp. 506–530
97. Z. J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of the Capacity Bounds in Cellular Systems," *IEEE Transactions on Vehicular Technology,* vol.46, no.4, November 1997, pp. 805–817
98. M. J. Karol, Z. J. Haas, C. B. Woodworth, and R. D. Gitlin, "Time-Frequency-Code Slicing: Efficiently Allocating the Communications Spectrum to Multirate Users," *IEEE Transactions on Vehicular Technology,* vol.46, no.4, November 1997, pp. 818–826
99. Z.J. Haas and I. Akyildiz, "Mobile Computing and Networking," *Wireless Networks,* Editorial, vol.3, no. 5, October 1997, pp 309–310; DOI: 10.1023/A:1019125805388

100. **Z. J. Haas, "Location-Independent Access in Mobile Systems," Kluwer Journal of *Wireless Personal Communications*, special issue on "Mobile and Wireless Computing," vol.4, no.2, March 1997, pp. 163–184**

101. **C.-P. Li and Z.J. Haas, "Macrodiversity Technique for Improvement in BER of Wireless Systems," *IEEE Electronics Letters*, vol.33, no.7, March 27, 1997, pp. 556–557; DOI: 10.1049/el:19970373**

102. **A. Ganz, Z. J. Haas, C. M. Krishna, and D. Tang, "On Optimal Design of Multi-Tier Wireless Cellular Systems," *IEEE Communications Magazine*, vol.35, no.2, February 1997, pp. 88–93 (erratum vol. 35, no. 8, August 1997, pp. 143)**

103. **Z.J. Haas, R. Alonso, D. Duchamp, and B. Gopinath, "Mobile and Wireless Computing Networks," Guest Editorial, *IEEE Journal on Selected Areas in Communications,* vol. 13, no. 5, June 1995, pp. 836–838**

104. **Z. J. Haas and S. Paul, "Limited-lifetime Shared-access in Mobile Systems," *Wireless Networks* journal, vol. 1, no. 2, June 1995, pp. 139–146, DOI: 10.1007/BF01202537**

105. **G. Pollini and Z. Haas, "E-BAMA vs. RAMA," *IEEE Network* magazine, vol. 8, no. 2, March/April 1994, pp. 18–25, DOI: 10.1109/65.272937;**

106. **Z. Haas and M. A. Santoro, "A Mode-Filtering Scheme for Improvement of the Bandwidth-Distance Product in Multimode Fiber Systems," *IEEE Journal of Lightwave Technology,* vol. 11, no. 7, July 1993, pp. 1125–1131**

107. **Z. Haas "The `Staggering Switch': An Electronically Controlled Optical Packet Switch," IEEE *Journal of Lightwave Technology,* vol. 11, no. 5/6, May/June 1993, pp. 925–936**

108. **Z. Haas, D. Cohen, G.M Parulkar, and A.N. Tantawy, "Protocols for Gigabit Networks," Guest Editorial, *IEEE Journal on Selected Areas in Communications,* vol. 11, no.4, May 1993, pp. 477–479**

109. **Z. Haas, "Optical Slot Synchronization Scheme," *IEEE Electronics Letters*, vol. 28, no. 23, November 1992, pp. 2184–2185**

110. **Z. Haas, " `Staggering Switch': an `Almost-all' optical packet switch," *Electronics Letters,* vol. 28, no. 17, August 1992, pp.1576–1577**

111. **Z. Haas and M. A. Santoro, "Extending the Bandwidth-Distance Product for Multimode Fiber Systems," *Fiber and Integrated Optics Journal,* vol. 11, no. 2, April 1992, pp. 111–122**

112. **Z. Haas and R. D. Gitlin "Optical Distribution Channel: An `Almost-all' Optical LAN based on the Field-coding Technique," *Journal of High Speed Networks, IOS Press,* vol. 1, no. 3, pp. 193–214, 1992**

113. **Z. Haas, "Adaptive Admission Congestion Control," *ACM SIGCOMM Comp. Comm. Rev.,* vol. 21, no. 5, October 1991, pp. 58–76**

114. **Zygmunt Haas, "A Protocol Structure for High-speed Communication over Broadband ISDN," *IEEE Network Magazine*, vol. 5, No. 1, January 1991, pp. 64–70; DOI: 10.1109/65.67861**

115. **Zygmunt Haas, "Loop Concatenation and Loop Replication to Improve Blazelan Performance," *IEEE Journal on Selected Areas in Communications,* vol. 8, no. 8, October 1990, pp. 1574–1581 ;** DOI: **10.1109/49.62835**

116. **Z. Haas and D. R. Cheriton, "BLAZENET: A Packet-Switched Wide Area Network with Photonic Data Path," *IEEE Transactions on Communications,* vol. 38, no. 6, June 1990, pp.818–829; DOI: 10.1109/26.57474**

## (ii) Refereed Conference & Workshop Papers (in reverse chronological order)

1. T.N. Do, G. Kaddoum, T. L. Nguyen, D.B. da Costa, and Z.J. Haas, "Aerial Reconfigurable Intelligent Surface-Aided Wireless Communication Systems," *IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC'21),* Virtual Conference, September 13–16, 2021
2. Z.J. Haas and Z. Zheng, "Engineering a Network in the Sky," *35th International Conference on Information and Networking* (*ICOIN 2021*), Jeju Island, Korea & Virtual Conference, January 13 − 16, 2021
3. Z. Tian and Z.J. Haas, "Multi-Modulation Scheme for RFID-based Sensor Networks," *EAI ChinaComm'20,* Cyberspace, Nov. 20 − 21, 2020*, in* Gao H., Fan P., Wun J., Xiaoping X., Yu J., Wang Y. (eds) Communications and Networking. *ChinaCom 2020*. Lecture Notes of the Institute for Computer Sciences, Social Informatics and Telecommunications Engineering, vol 352, pp. 17 – 36, Springer, Cham, 2021; DOI: https://doi.org/10.1007/978-3-030-67720-6_2
4. Z.J. Haas and Z. Tian, "Congestion-Tolerant framework for IoT Applications," *Invited Paper*, 16th IEEE International Conference on Mobile Ad-Hoc and Smart Systems (*IEEE MASS'19),* pp. 245 – 255 , Monterey, CA, November 4–7, 2019
5. C. Liu and Z.J. Haas, "Multi-hop Routing Protocols for RFID Systems with Tag-to-Tag Communication," *36th IEEE Military Communications Conference,* Baltimore, MD, October 23–25, 2017; DOI: 10.1109/MILCOM.2017.8170764
6. C. Liu and Z.J. Haas, "Routing Protocol Design in Tag-to-Tag Networks with Capability-enhanced Passive Tags," *IEEE International Symposium on Personal, Indoor and Mobile Radio Communications,* Montreal, QC, Canada, October 8-13, 2017
7. Z. Zheng and Z.J. Haas, "On the Improvement of Spectral Efficiency in Mobile Networks: Rate and Mobility Analysis," *51st Annual Conference on Information Sciences and Systems,* Johns Hopkins University, Whiting School of Engineering's Department of Electrical and Computer Engineering, Baltimore, MD, March 22-24, 2017; DOI: 10.1109/CISS.2017.7926073
8. C. Hasan and Z.J. Haas, "Deadline-aware Energy Management in Data Centers," *8th IEEE International Conference on Cloud Computing Technology and Science (CloudCom),* Luxembourg, December 12 – 15, 2016
9. J. Ugirumurera and Z. J. Haas, "Optimal Capacity Sizing for a Completely Green Village with Programmable Appliances," *PowerEnergy2016*, Charlotte, NC, June 26-30, 2016
10. Z. Zhong, L. Wei, Z.J. Haas, and V. Tarokh, "Transmit Beamforming in Rayleigh Product MIMO Channels: Ergodic Mutual Information and Symbol Error Rate," *IEEE ICC 2016*, Kuala Lampur, Malaysia, May 23-27, 2016
11. Z.J. Haas and S. Gu, "On Power Management Policies for Data Centers," *2015 IEEE International Conference on data Science and Data Intensive Systems (DSDIS), 11th IEEE International Conference on Green Computing and Communications (GreenCom 2016),* Sydney, NSW, Australia, Dec 11-13, 2015, DOI: 10.1109/DSDIS.2015.82
12. Z.J. Haas and A. Yousefpour, "A Privacy Scheme for Monitoring Devices in the Internet of Things," Second International Summit, IoT 360º 2015, Rome, Italy, October 27-29, 2015
13. H. Chenji, Z.J. Haas, and P. Xue, "Low Complexity QoE-aware Bandwidth Allocation for Wireless Content Delivery," *IEEE MILCOM 2015*, Tampa, FL, Oct. 26-28, 2015

14. J. Ugirumurera and Z. J. Haas, "Power Scheduling for Programmable Appliances in Microgrids," *IEEE CAMAD 2015*, Special Session on ICT-Based Solutions for the Smart Energy Grid, September 7-9, 2015, University of Surrey, Guildford, UK
15. H. Chenji and Z.J. Haas, "Enhancement of Wireless Bandwidth Utilization through User's QoE," in Proceedings of *IEEE Wireless Communications and Networking Conference (WCNC 2015)*, New Orleans, LA, March 9-12, 2015
16. S. N. Premnath and Z.J. Haas, "A Practical, Secure, and Verifiable Cloud Computing for Mobile Systems," in Proceedings of *11th International Conference on Mobile Systems and Pervasive Computing (MobiSPC'14)*, Procedia Computer Science, volume 34, 2014, Pages 474–483, DOI: 10.1016/j.procs.2014.07.033.
17. M. Nikolov and Z.J. Haas, "Collaborating with Correlation for Energy Efficient WSN," *The First ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2012),* in conjunction with *ACM MobiCom 2012,* Istanbul, Turkey, August 26, 2012, DOI: 10.1145/2348656.2348665 (technical program)
18. G.E. Arrobo, Z.J. Haas, and R.D. Gitlin, "Temporal Diversity Coding for Improving the Performance of Wireless Body Area Networks," 7th International Conference on Body Area Networks (*BodyNets 2012*), Oslo, Norway, September 24–26, 2012
19. Q. Wang and Z.J. Haas, "Analytical Model of Epidemic Routing for Delay-Tolerant Networks," *ACM MSWiM 2012* Workshop on *High Performance Mobile Opportunistic Systems* (*HP-MOSys 2012*), Paphos, Cyprus, October 21-25, 2012
20. Z.J. Haas and M. Nikolov, "Towards Optimal Broadcasting in Wireless Networks," *14th ACM* International Conference on Modeling, Analysis and Simulation of Wireless and Mobile Systems (*MSWiM 2011)*, Miami Beach, FL, October 31 – November 4, 2011, pp. 213-222
21. G. Arrobo, R. D. Gitlin, and Z.J. Haas, "Effect of Link-Level Feedback and Retransmissions on the Performance of Cooperative Networking," *IEEE WCNC,* Quintana-Roo, Mexico, March 28-31, 2011, pp. 1131 - 1136
22. G. Arrobo, R. D. Gitlin, and Z.J. Haas, "Cooperative Network Coding," 2010 ONR Naval Science & Technology Partnership Conference, Poster Session, Hyatt Regency Crystal City, Arlington, VA, November 8-10, 2010
23. Z.J. Haas and T-C. Chen, "Cluster-based Cooperative Communication with Network Coding in Wireless Networks," *IEEE MILCOM 2010,* San Jose, CA, October 31 – November 3, 2010, pp. 2082−2089; DOI: 10.1109/MILCOM.2010.5680471
24. S-K. Yoon and Z.J. Haas, "Application of Linear Coding in Delay Tolerant Networks," *The Second International Conference on Ubiquitous and Future Networks (ICUFN 2010), Invited Paper,* Jeju Island, South Korea, June 16-18, 2010
25. M.Z. Chowdhury, Y. M. Jang, and Z.J. Haas, "Interference Mitigation Using Dynamic Frequency Re-use for Dense Femtocell Network Architectures," *The Second International Conference on Ubiquitous and Future Networks (ICUFN 2010)*, Jeju Island, South Korea, June 16-18, 2010; DOI:10.1109/ICUFN.2010.5547193
26. Ivan S. Lysiuk and Zygmunt J. Haas, "Controlled Gossiping in Ad Hoc Networks," *IEEE WCNC,* Sydney, Australia, April 18-21, 2010, DOI: 10.1109/WCNC.2010.5506346
27. M.Z. Chowdhury, M.J. Yeong, and Z.J. Haas, "Call Admission Control based on adaptive bandwidth allocation for multi-class services in wireless networks," 2010 International Conference on Information and Communication Technology Convergence (ICTC), pp. 358−361, Jeju Island, South Korea, Nov. 17−19, 2010
28. S-K. Yoon, Z.J. Haas, and J.H. Kim, "Tradeoff between Energy Consumption and

Lifetime in Delay-Tolerant Mobile Networks," *IEEE Military Communications Conference (MILCOM)*, San Diego, CA, November 17-19, 2008

29. Z.J. Haas, and E.Y. Hua, "Residual Link Lifetime Prediction for Best Path Selection in Mobile Ad Hoc Networks," *The 27th Conference on Computer Communications (IEEE INFOCOM 2008), Mini-conference*, Phoenix, AZ, April 14, 2008
30. M. Elhawary and Z.J. Haas, "Busy Tone Multi Channel (BTMC): a New Multi Channel MAC protocol for Ad Hoc Networks," 6th Annual IEEE International Conference on Pervasive Computing and Communications (PerCom'08), Poster Session, Hong Kong, March 17 - 21, 2008, pp 234-238
31. S-K Yoon and Z.J. Haas, "Efficient Tradeoff of Restricted Epidemic Routing in Mobile Ad-Hoc Networks," *IEEE Military Communications Conference (MILCOM),* Orlando, FL, October 29-31, 2007, Digital Object Identifier 10.1109/MILCOM.2007.4455272
32. Ke Shi and Zygmunt J. Haas, "Quantitative Analysis of Partition Statistics and their Impact on Data Replication in MANETs," 6th International Symposium on Parallel and Distributed Computing (ISPDC 2007), Hagenberg, Austria, July 5-8, 2007, pp. 359−366
33. J. Jeong, G.Y Lee, and Z.J. Haas, "Prevention of Black-Hole Attack Using One-Way Hash Chain Scheme in Ad Hoc Networks," *International Conference on Information Networking (ICOIN),* Estoril, Portugal, January 22-25, 2007
34. X. Zhang, X. Du, and Z. Haas, "Performance Evaluation of Sip-Based Session Establishment Over DSR-Routed MANETs," in Proceedings of *IEEE MILCOM 2006,* Washington, DC, October 23-25, 2006; DOI: 10.1109/MILCOM.2006.301985
35. Chris Davis, Zygmunt J. Haas, and Stuart D. Milner, "On How to Circumvent the MANET Scalability Curse," in Proceedings of *IEEE MILCOM 2006,* Washington, DC, October 23-25, 2006; DOI: 10.1109/MILCOM.2006.302358
36. P. Papadimitratos, J.-P. Hubaux, and Z.J, Haas, "How to Specify and How to Prove Correctness of Secure Routing Protocols for MANET," *Invited Paper, 3rd International Conference on Broadband Communications, Networking and Systems (BroadNets 2006)*, San Jose, CA, October 1-5, 2006; (also: arXiv:0912.5497v1) DOI: 10.1109/BROADNETS.2006.4374344
37. Qin Wang and Zygmunt J. Haas, "BASS: an adaptive sleeping scheme for wireless sensor network with bursty arrival," International Wireless Communications and Mobile Computing Conference (IWCMC 2006), Vancouver, British Columbia, Canada, July 3-6, 2006, pp. 945-950
38. Z.J. Haas and T. Small, "Evaluating the Capacity of Resource-Constrained DTNs," International Wireless Communications and Mobile Computing Conference (IWCMC 2006) – International Workshop on Delay Tolerant Mobile Networks (DTMN) Vancouver, British Columbia, Canada, July 3-6, 2006, pp. 545-550; DOI: 10.1145/1143549.1143658
39. J. Oh and Z.J. Haas, "Personal Environment Service for Mobile Users," in Proceedings of 64th *IEEE Vehicular Technology Conference, VTC Fall 2006*, Montréal, Québec, Canada, September 25-28, 2006, DOI: 10.1109/VTCF.2006.588
40. S.M.N Alam and Z.J. Haas, "Coverage and Connectivity in Three-Dimensional Networks," the *Twelfth Annual International Conference on Mobile Computing and Networking (ACM MOBICOM'06)*, Los Angeles, CA, September 23-29, 2006
41. E. Hua and Z.J. Haas, "Path Selection Algorithm in Homogeneous Mobile Ad Hoc Networks," *ACM International Wireless Communications and Mobile Computing Conference,* Vancouver, BC, Canada, July 7-10, 2006, pp. 275-280

42. **G.Y Lee, Y. Lee, and Z. J. Haas, "Multi-States Based Hybrid Location Update Strategy in Wireless Communication System,"** ***IEEE Wireless Communications and Networking Conference (WCNC 2006),*** **Las Vegas, NV, April 3-6, 2006 , pp. 599-605 (program)**
43. **Hua, E. Y., and Haas, Z. J., "Study of the Effects of Mobility on Residual Path Lifetime in Mobile Ad Hoc Networks,"** ***2nd IEEE Upstate New York Workshop on Communications and Networking,*** **Rochester Institute of Technology, Rochester, NY, November 18, 2005, pp.33-37 (cfp)**
44. **Z.J. Haas and R. Barr, "Scalable Ad Hoc Network Broadcast,"** ***16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*****, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005**
45. **C. Zou and Z.J. Haas, "Optimal Resource Allocation for UWB Wireless Ad Hoc Networks,"** ***16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*****, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005; DOI: 10.1109/PIMRC.2005.1651477**
46. **Y. Lee and Z.J. Haas, "Authentication in Very Large Ad Hoc Networks using Randomized Groups,"** ***16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*****, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005; DOI: 10.1109/PIMRC.2005.1651788**
47. **Z.J. Haas and R. Barr, "Density-independent, Scalable Search in Ad Hoc Networks,"** ***16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*****, International Congress Center (ICC), Berlin, Germany, September 11-14, 2005; DOI: 10.1109/PIMRC.2005.1651669**
48. **T. Small and Z.J. Haas, "Resource and Performance Tradeoffs in Delay-Tolerant Wireless Networks,"** ***ACM SIGCOMM'05,*** **workshop on** ***Delay Tolerant Networking and Related Topics*** **(WDTN-05), Philadelphia, PA, August 22-26, 2005**
49. **H-Y. Wei, S. Ganguly, R. Izmailov, and Z.J. Haas, "Interference-Aware IEEE 802.16 WiMax Mesh Networks,"** ***61st IEEE Vehicular Technology Conference (VTC 2005 Spring),*** **Stockholm, Sweden, May 29-June 1, 2005; pp. 3102–3106 (session)**
50. **P. Papadimitratos and Z.J. Haas, "Secure on-demand distance vector routing in ad hoc networks," IEEE Sarnoff Symposium on Advances in Wired and Wireless Communication, Princeton, NJ, April 18-19, 2005; pp. 202-205; DOI: 10.1109/SARNOF.2005.1426537**
51. **P. Papadimitratos and Z.J. Haas, "Secure route discovery for QoS-aware routing in ad hoc networks," IEEE Sarnoff Symposium on Advances in Wired and Wireless Communication, Princeton, NJ, April 18-19, 2005; pp. 214-217; DOI: 10.1109/SARNOF.2005.1426539**
52. **Dong-Sung Kim and Zygmunt J. Haas, "Virtual Factory Communication System and Its Application to Networked Factory Machine," the 30*th* Annual Conference of the IEEE Industrial Electronics Society (IECON'04), FC4-5, Paradise Hotel, Busan, Korea, November 2-6, 2004, pp. 2389–2393; DOI: 10.1109/IECON.2004.1432174**
53. **R. Barr, Z.J. Haas, and R. van Renesse, "JiST: Embedding Simulation Time into a Virtual Machine," 5*th* EUROSIM Congress on Modelling and Simulation (EuroSim'04), Paris, France, September 6-10, 2004**
54. **J. Cho and Z.J. Haas, "Impact of Concurrent Transmissions on Downstream Throughput in Multi-hop Cellular Networks," 2004 IEEE International Conference on Communications (ICC 2004), Paris, France, June 20-24, 2004, vol. 6, no. 1, pp. 3748-3753**

55. **T. Small and Z.J. Haas, "Designing Markov Models for Mobile Sensor Systems," First IEEE Upstate NY Workshop on Communications and Networking," Rochester, NY, November 12, 2004, pp. 172-176**
56. **Z.J. Haas, "Multipath Routing -- A Cross-Layer Design Tool for QoS Provisioning in MANETs," poster session, *Cross-Layer Issues in the Design of Tactical Mobile Ad Hoc Wireless Networks,* Naval Research Office, Washington, DC, June 2-3, 2004**
57. **O. Arpacioglu and Z.J. Haas, "On the scalability and capacity of wireless networks with omnidirectional antennas," *3rd International Symposium on Information Processing In Sensor Networks (IPSN 2004),* Berkeley, CA, April 26-27, 2004, pp.169-177**
58. **J. Deng, P. K. Varshney, and Z. J. Haas, "A new backoff algorithm for the IEEE 802.11 distributed coordination function," in Proceedings of the Communication Networks and Distributed Systems Modeling and Simulation (CNDS'04) Conference, San Diego, CA, January 18-24, 2004**
59. **J. Deng, Y.S. Han, and Z.J. Haas, "Analyzing Split Channel Medium Access Control Schemes with ALOHA Reservations," Second International Conference on Ad-Hoc Networks and Wireless (ADHOC-NOW'03), Montreal, Canada, October 8 -10, 2003**
60. **J. Cho and Z.J. Haas, "Throughput Enhancement by the Multi-hop Relaying in Cellular Radio Networks with Non-uniform Traffic Distribution," 58th IEEE Vehicular Technology Conference (VTC'03-Fall), Orlando, FL, October 4-9, 2003, vol. 5, pp. 3065–3069; DOI: 10.1109/VETECF.2003.1286187**
61. **H. Inaltekin and Z.J. Haas, "The Analysis of Power-Controlled MAC Layer for Wireless Ad-hoc Networks," 58th IEEE Vehicular Technology Conference (VTC'03-Fall), Orlando, FL, October 4-9, 2003, vol. 3, pp.1406-1411; DOI: 10.1109/VETECF.2003.1285256**
62. **S. Lee, A. Ahmad, K. Kim, and Z.J. Haas, "A Novel Packet Scheduling in an Enhanced Joint CDMA/NC-PRMA Protocol for Wireless Multimedia Communications," 58th IEEE Vehicular Technology Conference (VTC'03-Fall), Orlando, FL, October 4-9, 2003, vol. 5, pp. 3493-3497; DOI: 10.1109/VETECF.2003.1286369**
63. **P. Papadimitratos and Z.J. Haas, "Secure Data Transmission in Mobile Ad Hoc Networks," ACM Workshop on Wireless Security (WiSe 2003), San Diego, CA, September 19, 2003, pp. 41−50; DOI: https://doi.org/10.1145/941311.941318**
64. **T. Small and Z.J. Haas, "The Shared Wireless Infostation Model -- A New Ad Hoc Networking Paradigm (or Where there is a Whale, there is a Way)," *ACM MOBIHOC'03*, Annapolis, Maryland, June 1-3, 2003, pp 233–244; DOI: 10.1145/778415.778443**
65. **V. Ramasubramanian, Z.J. Haas, and E.G. Sirer, "SHARP: A Hybrid Adaptive Routing Protocol for Mobile Ad Hoc," 4th ACM international symposium on Mobile Ad Hoc Networking & Computing *(MOBIHOC'03),* Annapolis, Maryland, June 1-3, 2003, pp. 303-314; DOI: 10.1145/778415.778450**
66. **Jiandong Li, Zygmunt J. Haas, and Ben Liang, "Performance Analysis of Random Database Group Scheme for Mobility Management in Ad hoc Network," IEEE International Conference on Communications (ICC'03), Anchorage, Alaska, May 11–15, 2003, pp. 313-317; DOI: 10.1109/ICC.2003.1204191**
67. **Ben Liang and Zygmunt J. Haas, "Optimizing Route-Cache Lifetime in Ad Hoc Networks," IEEE INFOCOM 2003, San Francisco, CA, March 30 – April 3, 2003**
68. **Jiandong Li, Zygmunt J. Haas, Min Sheng, and Yanhui Chen, "Performance Evaluation of Modified IEEE 802.11 MAC for Multi-Channel Multi-hop Ad Hoc Network," 17th International Conference on Advanced Information Networking and Applications (AINA 2003), Xidian University, Xian, China, March 27-29, 2003**

**69. P. Papadimitratos and Z.J. Haas, "Secure Link State Routing for Mobile Ad Hoc Networks," Workshop on Security and Assurance in Ad hoc Networks (WSAAN'03), in conjunction with *International Symposium on Applications and the Internet,* pp. 379−383, Orlando, FL, January 28, 2003; DOI: 10.1109/saintw.2003.1210190**

**70. Z. Wang, Z.J. Haas, and R. J. Thomas, "Bluenet II - A Detailed Realization of the Algorithm and Performance Analysis," Hawaii International Conference in System Sciences (HICSS-36), Hilton Waikoloa Village, Big Island, Hawaii, January 6-9, 2003**

**71. J. Li, Z.J. Haas, and M. Sheng, "Capacity Evaluation of Multi-Channel Multi-Hop Ad Hoc Networks," IEEE International Conference on Personal Communications (ICPWC 2002), New Delhi, India, December 15-17, 2002**

**72. B. Liang, M. Pearlman, J. Deng, and Z.J. Haas, "Elective Participation in Ad Hoc Networks Based on Energy Consumption," IEEE GLOBECOM 2002, Ad Hoc Networks Symposium, vol. 1, pp. 26-31, Taipei, Taiwan, November 17-21, 2002, pp. 26−31; DOI: 10.1109/GLOCOM.2002.1188035**

**73. P. Samar and Z.J. Haas, "Strategies for Broadcasting Updates by Proactive Routing Protocols in Mobile Ad hoc Networks," IEEE MILCOM 2002, Anaheim, CA, October 7−10, 2002**

**74. M. Pearlman, Z. Haas, P. Sholander, and S.S. Tabrizi, "Alternate Path Routing in Mobile Ad Hoc Networks," IEEE MILCOM 2002, Anaheim, CA October 7−10, 2002**

**75. P. Papadimitratos and Z.J. Haas. "Performance Evaluation of Secure Routing Protocol for Mobile Ad Hoc Networks," Poster presentation in the First ACM Workshop on Wireless Security (WiSe'02), in conjunction with ACM MobiCom 2002, Atlanta, GA, September 28, 2002.**

**76. Z. Haas, J .Y. Halpern, and L. Li, "Gossip-based Ad Hoc Routing," IEEE INFOCOM 2002, New York, NY, June 23−27, 2002**

**77. P. Papadimitratos, Z.J. Haas, and E.G. Sirer, "Path Selection in Mobile Ad Hoc Networks," 3rd ACM International Symposium on Mobile Ad Hoc Networking & Computing (MobiHoc'02), June 9−11, 2002, EPFL, Lausanne, Switzerland, pp. 1−11; DOI: https://doi.org/10.1145/513800.513802**

**78. P. Papadimitratos and Z.J. Haas, "Secure routing for mobile ad hoc networks," SCS Communication Networks and Distributed Modeling and Simulation Conf., (CNDS 2002), San Antonio, TX, January 27−31, 2002**

**79. Z. Wang, R.J. Thomas, and Z. Haas, "BlueNet – a new scatternet formation scheme," Hawaii International Conference in System Sciences (HICSS-35), Big Island, Hawaii, January 7−10, 2002**

**80. S. Sajama and Z.J. Haas, "Independent-tree ad hoc multicast routing (ITAMAR)," *54th Vehicular Technology Conference (VTC 2001 Fall),* pp.(vol.2) 600-604, Atlantic City, NJ, October 7−11, 2001**

**81. B. Krishnamachari, R.-H. Gau, S.B. Wicker, and Z.J. Haas, "On the performance of Sequential Paging for Mobile User Location," *54th Vehicular Technology Conference (VTC 2001 Fall),* pp. 92-96, Atlantic City, NJ, October 7−11, 2001; DOI: 10.1109/VTC.2001.956562**

**82. A. Tsirigos and Z.J. Haas, "Multipath Routing in Mobile Ad Hoc Networks or How to Route in the Presence of Topological Changes," *IEEE MILCOM 2001,* Tyson Corner, McLean, VA, October 28−31, 2001**

83. M.R. Pearlman, Z.J. Haas, P. Scholander, and S.S. Tabrizi, "On the Impact of Alternate Path Routing for Load Balancing in Mobile Ad Hoc Networks," *ACM MobiHoc' 2000,* Boston, MA, August 11, 2000; DOI: 10.1109/MOBHOC.2000.869207
84. Z. Haas, J.Y. Halpern, Li Li, and S.B. Wicker, "A decision-theoretic approach to resource allocation in wireless multimedia networks," 4th international workshop on Discrete algorithms and methods for mobile computing and communications (DIALM'00), pp. 86–95, Boston, MA, August 11, 2000; (program) DOI: 10.1145/345848.345870
85. Z. J. Haas, J. Deng, and S. Tabrizi, "Collision-free Medium Access Control Scheme for Ad Hoc Networks," *IEEE Military Communications Conference (MILCOM '99),* vol. 1, pp. 276-280, Atlantic City, NJ, October 31 - November 3, 1999; DOI: 10.1109/MILCOM.1999.822687
86. Z.J. Haas and D.A. Dyson, "On the performance of the dynamic packet reservation multiple access scheme," *IEEE Military Communications Conference (MILCOM '99),* vol. 1, pp. 256–260, Atlantic City, NJ, October 31 - November 3, 1999; DOI: 10.1109/MILCOM.1999.822683
87. Z.J. Haas and Y-B. Lin, "Demand re-registration for PCS database restoration," *IEEE Military Communications Conference (MILCOM '99),* pp. 887–892, Atlantic City, NJ, October 31 - November 3, 1999; DOI: 10.1109/MILCOM.1999.821331
88. M. Sanchez, P. Manzoni, and Z. J. Haas, "Determination of Critical Transmission Range in Ad-Hoc Networks," Workshop on *Multiaccess, Mobility and Teletraffic for Wireless Communications (MMT'99)*, Venice, Italy, October 6–8, 1999
89. Z. J. Haas and J. Deng, "Dual Busy Tone Multiple Access (DBTMA) - Performance Results," *IEEE Wireless Communications and Networking Conference (WCNC '99),* vol. 3, pp. 1328-1332, New Orleans, LA, USA, September 21–24, 1999
90. Z.J. Haas and M. Pearlman, "The Performance of Query Control Schemes for the Zone Routing Protocol," *ACM DIALM 1999,* pp. 23–29, Seattle, WA, August 20, 1999
91. Z.J. Haas and B. Liang, "Ad-hoc mobility management with randomized database groups," IEEE International Conference on Communications (ICC'99), pp. 1756–1762, Vancouver, BC, Canada, June 6–10, 1999; DOI: 10.1109/ICC.1999.765546
92. Z. J. Haas and J. Deng, "Dual Busy Tone Multiple Access (DBTMA) - Performance Evaluation," *IEEE 49th Vehicular Technology Conference (VTC '99),* Houston, TX, USA, May 16-20, 1999, vol. 1, pp. 314–319
93. B. Liang and Z.J. Haas, "Predictive distance-based mobility management for PCS networks," IEEE INFOCOM, March 21-25, 1999, New York, NY, pp. 1377–1384, DOI: 10.1109/INFCOM.1999.752157
94. Z.J. Haas and Z. Tabrizi, "On some challenges and design choices in ad-hoc communications," *IEEE MILCOM 1998,* Boston, MA October 19–21, 1998*;* DOI: 10.1109/MILCOM.1998.722569 (session)
95. Z.J. Haas and Y-B. Lin, "On optimizing the location update costs in the presence of database failures," 9th IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC'98), pp. 650–654 , Boston, MA, Sept. 8–11, 1998; DOI: 10.1109/PIMRC.1998.734326
96. Z.J. Haas and M.R. Pearlman, "The performance of query control schemes for the zone routing protocol," ACM conference on Applications, technologies, architectures, and protocols for computer communication (SIGCOMM '98), pp. 167–177, Vancouver, British Columbia, Canada, Aug. 31–Sept. 04, 1998; DOI: 10.1145/285237.285279 (program)

97. J. Deng and Z. J. Haas, "Dual Busy Tone Multiple Access (DBTMA): A New Medium Access Control for Packet Radio Networks," IEEE *International Conference on Universal Personal Communications (ICUPC '98)*, volume 2, pages 973–977, October 5−9, 1998, (conference); DOI: 10.1109/ICUPC.1998.733652
98. Z.J. Haas and M.R. Pearlman, "The Performance of a New Routing Protocol for the Reconfigurable Wireless Networks," 1998 IEEE International Conference on Communications (ICC'98), pp. 156–160, Atlanta, GA, June 7−11, 1998, DOI: 10.1109/ICC.1998.682608 (session) (cfp)
99. Z.J. Haas and D.A. Dyson, "The dynamic packet reservation multiple access scheme for multimedia traffic," 1998 IEEE International Conference on Communications (ICC'98), pp. 1640–1644, Atlanta, GA, June 7−11, 1998, DOI: 10.1109/ICC.1998.683108 (session) (cfp)
100. Z.J. Haas and C-P. Li, "Study of the outage probability of the multiply-detected macrodiversity scheme," IEEE International Conference on Communications (ICC'98), pp. 1365–1369, Atlanta, GA, June 7−11, 1998, DOI: 10.1109/ICC.1998.683049 (session) (cfp)
101. Z.J. Haas and C.-P. Li, "Improving the Performance of IS-54/136 through the Use of the MDM Scheme," 48th IEEE Vehicular Technology Conference, Pathway to Global Wireless Revolution (VTC'98), Ottawa, Ontario, Canada, May 18–21, 1998, pp. 1080-1084; DOI: 10.1109/VETEC.1998.686406
102. Z.J. Haas and M.R. Pearlman, "On the performance of a routing protocol for the reconfigurable wireless network," 48th IEEE Vehicular Technology Conference, Pathway to Global Wireless Revolution (VTC'98), Ottawa, Ontario, Canada, May 18–21, 1998, pp. 102–106; DOI: 10.1109/VETEC.1998.686483
103. Z.J. Haas and D.A. Dyson, "Z.J. Haas and M.R. Pearlman, "On the performance of a routing protocol for the reconfigurable wireless network," 48th IEEE Vehicular Technology Conference, Pathway to Global Wireless Revolution (VTC'98), Ottawa, Ontario, Canada, May 18–21, 1998, pp. 1121–1126; DOI: 10.1109/VETEC.1998.686414
104. Z.J. Haas, "On the Performance of a Medium Access Control Scheme for the Reconfigurable Wireless Networks," IEEE MILCOM'97, Monterey, CA, November 3–5, 1997; DOI: 10.1109/MILCOM.1997.645029
105. D.A. Dyson and Z.J. Haas, "A Dynamic Packet Reservation Multiple Access Scheme for Wireless ATM," IEEE MILCOM'97, Monterey, CA, November 3–5, 1997; DOI: 10.1109/MILCOM.1997.646708
106. Z.J. Haas, "A New Routing Protocol for the Reconfigurable Wireless Networks," IEEE ICUPC'97, San Diego, CA, October 12–16, 1997, pp. 562–566; DOI: 10.1109/ICUPC.1997.627227
107. Z.J. Haas and P. Agrawal, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," IEEE ICC'97, Montreal, Quebec, Canada, June 8–12, 1997; DOI: 10.1109/ICC.1997.610040
108. Z.J. Haas, "The Relaying Capability of the Reconfigurable Wireless Networks," IEEE Vehicular Technology Conference, IEEE 47th Vehicular Technology Conference (VTC'97), vol. 2, pp. 1148–1252, Phoenix, AZ, May 4–7, 1997
109. Z.J. Haas, "The Medium Access Control for the Reconfigurable Wireless Networks," Sixth WINLAB Workshop on Third Generation Wireless Information Networks, New Brunswick, NJ, March 20-21, 1997
110. Z.J. Haas and C-.P. Li, "On the Performance Evaluation of the Multiply-Detected Macrodiversity Scheme for Wireless Cellular Networks," IEEE GLOBECOM'96, pp.

**224–228, London, United Kingdom, November 18–22, 1996; DOI: 10.1109/GLOCOM.1996.594364**

111. **Z.J. Haas and C.-P. Li, "The Case for Multiply-Detected Macrodiversity Scheme in Mobile Systems,"** ***IEEE Military Communications Conference (MILCOM'96),*** **pp. 928–932, McLean, VA, October 21-24, 1996; DOI: 10.1109/MILCOM.1996.571418**
112. **Z.J. Haas, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," 3rd International Workshop on Mobile Multimedia Communications -- MoMuc-3, Princeton, NJ, September 25–27, 1996; (program)**
113. **Z.J. Haas and C.-P. Li, "A Simple Scheme to Improve the Performance of Your Cellular System," IEEE PIMRC'96, pp. 813–817, Taipei, Taiwan, October 15–18, 1996; DOI: 10.1109/PIMRC.1996.568394**
114. **Z.J. Haas and C.-P. Li, "The Multiply-Detected Macrodiversity Scheme for Wireless Systems," IEEE International Conference on Universal Personal Communications, ICUPC'96, Cambridge, MA, September 29 – October 2, 1996, pp. 255-259; DOI: 10.1109/ICUPC.1996.557881**
115. **Z.J. Haas, "Location-Independent Access in Mobile Systems," ICC'96, pp. 255–259, Dallas, TX, June 23–27, 1996; DOI: 10.1109/ICC.1996.542193**
116. **A. Ganz, Z.J. Haas, and C. M. Krishna, "Multi-Tier Wireless Networks for PCS," IEEE Vehicular Technology Conference, Atlanta, GA, pp. 436–440, April 29, 1996 - May 1, 1996; DOI: 10.1109/VETEC.1996.503485**
117. **Z.J. Haas, "The Progressive Execution Technique for Mobile Systems," IEEE MILCOM'95, pp. 501–507, San-Diego, CA, November 5-8, 1995; DOI:10.1109/MILCOM.1995.483517**
118. **M.J. Karol, Z.J. Haas, and C.B. Woodworth, "Performance Advantages of Time-Frequency-Sliced Systems," 6th International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC'95), pp. 1104–1111, Toronto, Canada, September 27-29, 1995; DOI: 10.1109/PIMRC.1995.477319**
119. **Z.J. Haas and S. Paul, "Limited-lifetime shared-access in mobile systems," IEEE International Conference on Communications (ICC'95), Seattle, WA, June 18-22, 1995, pp. 1404–1408; DOI: 10.1109/ICC.1995.524434**
120. **Z.J. Haas, J. H. Winters, and D. S. Johnson, "Additional Results of the Capacity Bounds in Cellular Systems," GLOBECOM'94, San Francisco, CA, November 29 - December 1, 1994, pp. 1652–1658;** DOI: **10.1109/GLOCOM.1994.513156**
121. **Z.J. Haas, "On the Design of a Mobile System," MOBIDATA Workshop, Rutgers University, Piscataway, NJ, November 1, 1994; (program) (attendees)**
122. **Z.J. Haas, "MobiNet: The Mobile Computing Environment," AT&T Workshop on Wireless Communications and Mobile Computing, Holmdel, NJ, October 3-4, 1994**
123. **Z.J. Haas and S. Paul, "Secure Access to Electronic Newspaper," 5th IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC'94), Wireless Networks, pp. 805–809, The Hague, Holland, September 19-23, 1994; DOI: 10.1109/WNCMF.1994.529075**
124. **Z.J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Study of Capacity Bounds in Cellular Systems," PIMRC'94, The Hague, Holland, September 19-23, 1994, paper no. B.7.2, vol. 4. pp. 1114-1120**
125. **C. B. Woodworth, M. J. Karol, Z.J. Haas, and R. D. Gitlin, "Spectrally Efficient Universal Time Slots Using Time-Frequency-Code Slicing," 5th IEEE International Symposium on**

**Personal, Indoor and Mobile Radio Communications, (PIMRC'94), pp 1009–1013, The Hague, Holland, September 19-23, 1994; DOI: 10.1109/WNCMF.1994.529110**

126. **Z.J. Haas, J. H. Winters, and D. S. Johnson, "Simulation Results of Cellular Capacity Bounds," 5th Maryland Workshop on Very High Speed Networks, Baltimore, MD, March 14-16, 1994**
127. **R. Izmailov and Z. Haas, "Performance Evaluation of the Optical Staggering Switch," GLOBECOM'93, Houston, TX, November 29 - December 3, 1993; DOI: 10.1109/GLOCOM.1993.318111**
128. **Z. Haas and C-L. I, "On Handoffs in Packetized Wireless Systems," GLOBECOM'93, Houston, TX, pp. 1808–1814, November, 29 – December 2, 1993**
129. **Zygmunt Haas, "Comparison of feedforward and feedback configurations of the staggering switch architecture," 1993 SPIE International Symposium on Optics, Imaging, and Instrumentation, Multigigabit Fiber Communication Systems, pp. 244–256, November 1, 1993, San Diego, CA; DOI: 10.1117/12.161329**
130. **Z. Haas and C-L. I, "On Handoffs in Packetized Wireless Systems," ICUPC'93, Ottawa, Ontario, Canada, October 12-15, 1993**
131. **Z. Haas, "Comparison of Feedforward and Feedback Configurations of the *Staggering Switch* Architecture," 31st Annual Allerton Conference on Communication, Control, and Computing, September 29 - October 1, 1993, pp. 556–565, Allerton House, Monticello, IL (Table of Content)**
132. **Z.J. Haas, J.H. Winters, and D.S. Johnson, "On the Capacity Bounds in Cellular Systems," *Invited Paper*, 31st Annual Allerton Conference on Communication, Control, and Computing, September 29 - October 1, 1993, pp. 868–877, Allerton House, Monticello, IL (Table of Content)**
133. **Z. Haas, "Growability of the `Staggering Switch' Architecture," IEEE International Conference on Communications (ICC), Geneva, Switzerland, 23-26 May 1993, DOI: 10.1109/ICC.1993.397330**
134. **Z. Haas and C-L. I, "On Handoffs in Packetized Wireless Systems," VTC'93, Secaucus, NJ, May 18-20, 1993**
135. **Z. Haas, "Extensions to the Staggering Switch Architecture," INFOCOM'93, San-Francisco, CA, March 30-April 2, 1993**
136. **J. Winters, Z. Haas, M. Santoro, and A. Gnauck "Optical Equalization of Polarization Dispersion," SPIE'92, Boston, MA, September 8-9, 1992; also published in Proceedings of SPIE, Multigigabit Fiber Communications, L.G. Kazovsky and K. Liu, eds., volume 1787, December 17, 1992; DOI: 10.1117/12.139326**
137. **Z. Haas, "The 'staggering switch': an 'almost-all' optical packet switch," IEEE Globecom'92 – Communications for Global Users, Orlando, FL, December 6-9, 1992, pp. 1593 – 1599; DOI: 10.1109/GLOCOM.1992.276656**
138. **J. Winters, M. Santoro, and Z. Haas, "On the Experimental Measurements of PMD Effects," SPIE'92, vol. 1784, pp. 31–40, Boston, MA, September 8-9, 1992**
139. **Z. Haas, "The Staggering Switch: An Almost-all Optical Packet Switch," *OFC'92 Tech. Digests*, p. 133, San Jose, CA, Feb. 2-7, 1992**
140. **Z. Haas, "On the Design of the `Staggering Switch'," *LEOS 1992 Summer Topical Meeting Digest on Optical Multiple Access Networks,* Santa Barbara, CA, pp.17-18, August 3-5, 1992**
141. **R. Izmailov and Z. Haas, "Performance Evaluation of the Optical Staggering Switch in Underload Conditions," Conference on Information Sciences and Systems (CISS), 1992**

142. Z. Haas "Gbps optical connectivity with the "Staggering Switch," *SPIE Vol. 1787: Multigigabit Fiber Communications (1992)*, Boston, MA, pp.180-191, December 17, 1992, also published in Proceedings of SPIE, Multigigabit Fiber Communications, L.G. Kazovsky and K. Liu, eds., Volume 1787: December 17, 1992; DOI: 10.1117/12.139308
143. J.H. Winters, M.A. Santoro, and Z. Haas, "Experimental measurement of PMD effects," Fibers'92, Boston, MA; also published in Proceedings of SPIE, Volume 1784, High-Speed Fiber Networks and Channels II, K. Annamalai, ed., volume 1784, February 9, 1993; DOI: https://doi.org/10.1117/12.141092
144. Z. Haas, "On the Design of ATM-based, Broadband, Optical Communication Networks," AT&T Workshop on Control and Signaling of Broadband Services and Networks, Holmdel, NJ, October 15–16, 1992
145. Z. Haas and R.D. Gitlin, "Optical Distribution Channel: An `Almost–all' Optical LAN based on the Field-coding technique," International Workshop on Advanced Communications and Applications for High Speed Networks (IWACA'92), pp. 419-429, Munich, Germany, March 16-19, 1992 (conference program)
146. Z. Haas and R. D. Gitlin "Optical Distribution Channel: An `Almost-all' Optical LAN based on the Field-coding Technique," INFOCOM'92, Florence, Italy, May 4-8, 1992; DOI: 10.1109/INFCOM.1992.263569
147. Z. Haas, "Optical Distribution Channel: An "Almost-all" Optical LAN based on the Field-coding Technique," SPIE's International Symposium OE/FIBERS'91, Boston, MA, September 3- 6, 1991, also published in Proceedings of SPIE, High-Speed Fiber Networks and Channels, L.G. Kazovsky and K. Liu, eds., Volume 1577, March 1, 1992; DOI: 10.1117/12.139308
148. Z. Haas and M. M. Santoro, "Extending the bandwidth × distance product for multi-mode fibers," SPIE's International Symposium OE/FIBERS'91, Boston, MA, September 4-6, 1991 also published in Proceedings of SPIE, High-Speed Fiber Networks and Channels, K. Annamalai, ed., Volume 1577, March 1, 1992; DOI: 10.1117/12.134915
149. Z. Haas and J. H. Winters, "Congestion Control by Adaptive Admission," INFOCOM'91, pp. 560–569, Bal Harbour, FL, April 7-8, 1991
150. Z. Haas and R. D. Gitlin, "On the Packet Size in Integrated Networks," INFOCOM'91, pp. 732–740, Bal Harbour, FL, April 7-8, 1991
151. Z. Haas and R. D. Gitlin, "Field Coding: A High-speed `Almost-all' Optical Interconnect," *Twenty Fifth Annual Conference on Information Sciences and Systems* (CISS), Baltimore, MD, March 20-22, 1991
152. Z. Haas and J. H. Winters, "Congestion Control by Adaptive Admission," presented at the AT&T Joint Symposium on Performance Analysis and Teletraffic Research, Holmdel, NJ, December 12 & 13, 1990
153. Z. Haas, "Congestion Control by Adaptive Admission in Metropolitan Area Networks," presented at Fourth IEEE Workshop on MAN, Captiva, Fl, November 4-7, 1990
154. Zygmunt Haas, "A Gbps, 'Almost-all' Optical Switch and Local-area Network," Networks'90, June 1990, Birmingham, England
155. Z. Haas, "A Communication Architecture for High-speed Networking," IEEE INFOCOM'90, San-Francisco, CA, June 5-7, 1990
156. Z. Haas, "BLAZELAN: A Photonic Local-area Network for Distributed and Parallel Processing," GLOBECOM '89, Dallas, TX, November 27-30, 1989, DOI: 10.1109/GLOCOM.1989.64109

**157. Z. Haas, "BLAZELAN: A Photonic Network for Distributed and Parallel Processing," 6th IEEE International Workshop on Microelectronics and Photonics in Communications, New Seabury, Cape Cod, MA, June 7-9, 1989 (presentation)**

**158. Z. Haas and R. D. Gitlin, "On the Packet Size in Integrated Networks," AT&T Symposium on Teletraffic Research, AT&T Bell Laboratories, Holmdel, NJ, May 23-24, 1989**

**159. Z. Haas, "BLAZELAN: A Photonic Network for Distributed and Parallel Processing," Third IEEE Workshop on Metropolitan Area Networks, San Diego, CA, March 28-30, 1989 (presentation)**

**160. Z. Haas and D. R. Cheriton, "A Case for Packet-Switching in High-Performance Wide-Area Networks," SIGCOMM 87 Workshop, Stowe VT, August 11-13, 1987; DOI: 10.1145/55483.55525**

**161. Z. Haas and D. R. Cheriton, "Blazenet: A High Performance Wide-Area Network Using Optical Fibers," IEEE Pacific RIM Conference on Communications, Computers and Signal Processing, Victoria, Canada, June 4-5, 1987, pp. 478 - 484**

## (iii) Books & Book Chapters

1. **Q. Wang, and Zygmunt J. Haas, "Performance Analysis of Epidemic Routing for Delay-Tolerant Networks," in *Resource Management in Mobile Computing Environments,* Modeling and Optimization in Science and Technologies, volume 3, (2014), *Springer International Publishing,* DOI: 10.1007/978-3-319-06704-9_26**
2. **Zygmunt J. Haas, Lin Yang, Meng-Ling Liu, Qiao Li, and Fangxin Li, "Current Challenges and Approaches in Securing Communications for Sensors and Actuators," Chapter 17 in the "Art of Wireless Sensor Networks," H.M. Ammari, ed., Springer-Verlag Berlin Heidelberg, 2014, pp. 569-608; DOI: 10.1007/978-3-642-40009-7_17**
3. **Zygmunt J. Haas, Seung-Keun Yoon, and J.H. Kim, "Energy-Efficient Routing in Delay-Tolerant Networks," in "Green IT: Technologies and Applications," chapter 5, Springer-Verlag, 2011**
4. **Seung-Keun Yoon and Zygmunt J. Haas, "Energy-aware Routing Protocol for Delay Tolerant Networks," in "Delay Tolerant Networks: Protocols and Applications," CRC Press, Editors: Edited by A. Vasilakos, Y. Zhang, and T. Spyropoulos, 2010, ISBN: 978-1-4398110-8-5**
5. **S.M. Nazrul Alam and Zygmunt J. Haas, "Topology Control of Three-Dimensional Underwated Wireless Sensor Networks," in *Underwater Acoustic Sensor Networks,* Y. Xiao, editor, CRC Press, Chapter 3, pp.45-70, May 2010; ISBN: 9781420067118 (book)**
6. **J. Jeong, G.Y Lee, and Z.J. Haas, "Prevention of Black-Hole Attack Using One-Way Hash Chain Scheme in Ad Hoc Networks," T. Vazão, M.M. Freire, and I. Chong (eds.), LNCS 5200, Springer-Verlag Berlin Heidelber, pp. 564-573, 2008, (revised paper from ICOIN 2007, Estoril, Portugal, January 22-25, 2007)**
7. **Z.J. Haas, J.Y. Halpern, L. Li, S.B. Wicker, "A Decision-Theoretic Approach to Resource Allocation in Wireless Multimedia Networks," in *Resource Allocation in Next Generation Wireless Networks, Volume 5,* W. Li and Y. Pan (eds), Nova Science Publishers, May 14, 2006, chapter 1, pp.1-23; ISBN-13: 978-1594545832**
8. **R. Barr, Z.J. Haas, and R. van Renesse, "Scalable Wireless Ad Hoc Network Simulation," *Handbook on Theoretical and Algorithmic Aspects of Sensor, Ad Hoc Wireless, and Peer-to-Peer Networks*, Jie Wu, Editor, CRC Press, 2005 (announcement)**

9. P. Papadimitratos, and Z.J. Haas, "Securing Mobile Ad Hoc Networks," *Mobile Computing Handbook,* M. Ilyas and I. Mahgoub, Editors, Auerbach Publication, Chapter 21, pp. 457 -- 481, 2005
10. T. Small, Z.J. Haas, A. Purgue, and K. Fristrup, "A Sensor Network for Biological Data Acquisition," *Handbook of Sensor Networks: Compact Wireless and Wired Sensing Systems,* M. Ilyas and I. Mahgoub, Editors, CRC Press, 2004, ISBN 9780849319686, pp. 11-1 – 11-17
11. D-S. Kim and Z.J. Haas, "Virtual Factory Communication Systems using ISO 9506 standard and Its Application to Networked Factory Machine," *The Industrial Communication System Handbook*, CRC Press, FL, January, 2005
12. P. Papadimitratos, and Z.J. Haas, "Secure Communication in Adverse Mobile Ad Hoc Networks," *Ad Hoc Wireless Networking,* X. Cheng, X. Huang, and D-Z. Du *eds.,* Kluwer Academic Publisher, 2004, pp. 447–485
13. P. Samar, M. R. Pearlman, and Z.J. Haas, "Hybrid Routing: The Pursuit of an Adaptable and Scalable Routing Framework for Ad Hoc Networks," *Ad Hoc Wireless Networking,* X. Cheng, X. Huang, and D-Z. Du *eds.,* Kluwer Academic Publisher, 2004, pp. 529–560
14. D-S. Kim, Z.J. Haas, and W.H. Kwon "Implementation of Virtual Factory Communication Systems using Manufacturing Message Specification," in *Industrial Information Technology Handbook,* R. Zurawski, ed., CRC Press, 2005, 1-14
15. P. Papadimitratos, and Z.J. Haas, "Secure Communication in Adverse Mobile Ad Hoc Networks," *The Handbook of Ad Hoc Wireless Networks,* CRC Press, Chapter 31, pp. 31-1 -- 31-17, 2003
16. Zygmunt J. Haas, Jing Deng, Ben Liang, Panagiotis Papadimitratos and S. Sajama, "Wireless Ad Hoc Networks," *Wiley Encyclopedia of Telecommunications.* Ed. John G. Proakis, vol. 5, New York, NY: Wiley, 2003, pp. 2883-2899
17. P. Samar, M. R. Pearlman, and Z.J. Haas, "Hybrid Routing: The Pursuit of an Adaptable and Scalable Routing Framework for Ad Hoc Networks," *The Handbook of Ad Hoc Wireless Networks,* CRC Press, Chapter 14, pp. 14-1 -- 14-18, 2003
18. Z.J. Haas "On the Performance of a Medium Access Control Scheme for the Reconfigurable Wireless Networks," in *Advances in Wireless Communications*, J.M. Holtzman and M. Zorzi (eds), *The International Series in Engineering and Computer Science,* vol. 435, pp. 269–284, Springer, Boston, MA, 2002
19. Z.J. Haas and M.R. Pearlman, "Evaluation of the Ad-Hoc Connectivity with the Zone Routing Protocols," *Wireless Personal Communications*, W.H. Tranter, T.S. Rappaport, B.D. Woerner, and J.H. Reed (eds), International Series in Engineering and Computer Science, vol. 482, 2002, pp. 201–212; Springer, Boston, MA, DOI: 10.1007/0-306-47046-2_19; presented at the 8th Virginia Tech/MPRG Symposium on Wireless Personal Communications, June 10–12, 1998, Blacksburg, VA
20. Z.J. Haas and M.R. Pearlman, "ZRP: a hybrid framework for routing in Ad Hoc networks," *Ad Hoc Networking,* C. Perkins, ed., pp. 221-253, Addison Wesley, March 2001
21. M. Sanchez, P. Manzoni, and Z.J. Haas, "Determination Of Critical Transmission Range In Ad-Hoc Networks," in *Multiaccess, Mobility and Teletraffic in Wireless Communications: Volume 4,* eds. Biglieri, Fratta, and Jabbari, pp.293–304, Kluwer Academic Publ., 1999
22. Z.J. Haas and M.R. Pearlman,, "Providing Ad-Hoc Connectivity with the Reconfigurable Wireless Networks," *Ad-Hoc Networks*, edited by Charlie Perkins, Addison Wesley, 1999
23. Z.J. Haas, "Mobile-TCP: An Asymmetric Transport Protocol Design for Mobile Systems," in *Mobile Multimedia Communications*, D. J. Goodman and D. Raychadhuri, (eds), pp. 117–128, Springer, Boston, MA, 1997

24. Z. Haas, "Optical Network Architectures," contributed chapter in *High Performance Networks: Technology and Protocols,* edited by A. N. Tantawy, Springer Science, 1994, Chapter 4, pp.85-107; DOI: 10.1007/978-1-4615-3194-4_4
25. Z. Haas, "Packet Switching," article in *Encyclopedia of Computer Science and Technology,* vol. 27, supplement 12, pp. 215–222, 1993

## (iv) Miscellaneous Publications

1. S. Milner, C. Davis, Z. Haas, and P.R. Kumar, "Quantifying and Assuring Information Transfer in Dynamic Heterogeneous Wireless Networks," Final Report for Contract number: AFOSR FA9550-09-1-0121, July 31, 2012
2. Z.J. Haas, "A Quest for the Future of Wireless Communications or It's Tough to be a Seer," *Connections,* School of Electrical and Computer Engineering, Cornell University, Fall 2005, pp. 12-14
3. O. Arpacioglu, T. Small, and Z.J. Haas, "Notes on Scalability of Wireless Ad Hoc Networks," Internet Draft, October 20, 2003, `draft-irtf-ans-scalability-notes-01.txt`
4. O. Arpacioglu, T. Small, and Z.J. Haas, "Notes on Scalability of Wireless Ad Hoc Networks," Internet Draft, August 2, 2003, `draft-irtf-ans-scalability-notes-00.txt`
5. P. Papadimitratos, Z. J. Haas, and P. Samar, "The Secure Routing Protocol (SRP) for Ad Hoc Networks," Internet Draft, `draft-papadimitratos-secure-routing-protocol-00.txt`, December 2002
6. Z. J. Haas, M.R. Pearlman, P.Samar, "The Interzone Routing Protocol (IERP) for Ad Hoc Networks," Internet Draft, `draft-ietf-manet-zone-ierp-00.txt`, January 2001, (`draft-ietf-manet-zone-ierp-01.txt`, June 2001), (`draft-ietf-manet-zone-ierp-02.txt`, July 2002)
7. Z.J. Haas and M.R. Pearlman, "The Zone Routing Protocol (ZRP) for Ad Hoc Networks," Internet Draft, draft-haas-zone-routing-protocol.00.txt, November 1997 (draft-haas-zone-routing-protocol.01.txt, August 1998), (`draft-ietf-manet-zone-zrp-02.txt`, June 1999), (`draft-ietf-manet-zone-zrp-03.txt`, March 2000), (`draft-ietf-manet-zone-zrp-04.txt`, July 2002)
8. Zygmunt Haas, "Routing Protocol for Smart Radio Ad-Hoc Networks," AFRL-IF-RS-TR-1999-138, Air Force Research Laboratory, Information Directorate, Rome Research Site, Rome, NY, June 1999
9. Z.J. Haas, R-H. Gau, and E. McCarthy, "Reliable Mobile Multicast Protocols," Cornell University Report, 1999
10. Zygmunt Haas, "Packet-Switching in Future Fiber-Optic Wide-Area Networks," Ph.D. thesis, Stanford University, Electrical Engineering Department, May 1988
11. Z. Haas and D.R. Cheriton, "Blazenet and the Arguments for Very High-Speed Photonic Packet-Switching," *unpublished*, March 15, 1988
12. Z. Haas and D. Cheriton, "Blazenet: A Photonic Implementable Wide-Area Network," Technical Report, STAN-CS-87-1185 (and CSL-TR-87-346), Stanford University, Oct. 1987
13. Zygmunt Haas, "Local Area Networks and Access Techniques in Local Area Networks," *M.Sc. thesis*, Tel-Aviv University, Spring 1985
14. Zygmunt Haas, "Measuring Lag Phenomena in Plumbicons," Technical Report, Philips Research Labs., ELCOMA division, September 1979

# IV. TEACHING & ADVISING

**(i) Courses Taught (semester; course #/title; number of students/credit hours)**

- Fall 2021: 3341.HON/Probability and Statistics for CS; 28 students; UTD/CS
- Spring 2021: CS 6340/Wireless Networks; 14 students/42 credit hours; UTD/CS
- Spring 2021: CS/CE 4390/Computer Networks; 68 students/204 credit hours; UTD/CS
- Fall 2020: 3341.HON/Probability and Statistics for CS; 31 students; UTD/CS
- Fall 2019: 3341.HON/Probability and Statistics for CS; 21 students; UTD/CS
- Spring 2019: CS 6390/Advanced Computer Networks; 19 students; UTD/CS
- Fall 2018: 3341.HON/Probability and Statistics for CS; 31 students; UTD/CS
- Fall 2018: CS 6301/Wireless Networks; 7 students; UTD/CS
- Spring 2018: CS 4390/Computer Networks; 43 students; UTD/CS
- Spring 2018: CS 6390/Advanced Computer Networks; 18 students; UTD/CS
- Fall 2017: CS 6301/Wireless Networks; 11 students; UTD/CS
- Spring 2017: CS 4390/Computer Networks; 40 students; UTD/CS
- Spring 2017: CS 6390/Advanced Computer Networks; 28 students; UTD/CS
- Fall 2016; CS 6301/Wireless Networks; 7 students; UTD/CS
- Spring 2016: CS 6390/Advanced Computer Networks; 31 students; UTD/CS
- Spring 2016: CS 4390/Computer Networks; 23 students; UTD/CS
- Spring 2015: CS 6301/Wireless Networks; 23 students; UTD/CS
- Spring 2015: CE/CS 6390/Advanced Computer Networks; UTD/CS
- Spring 2014: CS 6301/Wireless Networks; 42 students/126 credit hours; UTD/CS
- Fall 2013: CE/CS 6390/Advanced Computer Networks; 48 students/144 credit hours; UTD/CS
- Spring 2013:ECE 4960/Wireless Networks; 30 students/120 credit hours; Cornell/ECE
- Fall 2012: ECE 3100/Probability and Inference; 60 students/240 credit hours; Cornell/ECE
- Spring 2012: ECE 5660/Fundamentals of Networks; 11 students/44 credit hours; Cornell/ECE
- Fall 2011: “Wireless Networks”, Technion, Israeli Institute of Technology, Haifa, Israel
- Spring 2011: Leave of Absence (NSF)
- Fall 2010: Leave of Absence (NSF)
- Spring 2010: ECE 3200/Networks and Systems; 36 students/144 credit hours; Cornell/ECE
- Fall 2009: ECE 5660/Fundamentals of Networks; 15 students/60 credit hours; Cornell/ECE
- Spring 2009: Sabbatical Leave; Cornell/ECE
- Fall 2008: ECE 5660/Fundamentals of Networks; 20 students/80 credit hours; Cornell/ECE
- Spring 2008: ECE 3100/Introduction to Probability and Random Phenomena; 79 students/316 credit hours; Cornell/ECE
- ECE 566/ Fundamentals of Networks; Fall 2007; 10 students/40 credit hours; Cornell/ECE
- ENGRG150/Freshmen Seminar; Fall 2007; 19 students/19 credit hours; Cornell/ECE

- **ECE 310/Introduction to Probability and Random Phenomena; Spring 2007; 77 students/308 credit hours; Cornell/ECE**
- **ECE 566/ Fundamentals of Networks; Fall 2006; 27 students/108 credit hours**
- **ECE 691/ECE Colloquium; Fall 2006 (Plus); ECE Colloquium; 28 students; 28 student credit hours; Cornell/ECE**
- **ECE 310/Introduction to Probability and Random Phenomena; Spring 2006; 75 students/300 credit hours; Cornell/ECE**
- **ECE 566/Wireless Networks; Fall 2005; 26 students/104 credit hours; Cornell/ECE**
- **ECE 310/Introduction to Probability and Random Phenomena; Spring 2005; 71 students/284 credit hours; Cornell/ECE**
- **ECE 566/Wireless Networks; Fall 2004; 16 students/64 credit hours; Cornell/ECE**
- **ECE 566/Wireless Networks; Spring 2004; 28 students/112 credit hours; Cornell/ECE**
- **ECE 563/Communication Networks; Fall 2003; 19 students/76 credit hours; Cornell/ECE**
- **Spring 2003: Sabbatical Leave - no teaching assignment**
- **ECE 230/Introduction to Digital Logic Design; Fall 2002; Cornell/ECE**
- **ECE 563/Communication Networks; Fall 2002; 19 students/76 credit hours; Cornell/ECE**
- **ENGRG150/Freshmen Seminar; Fall 2003; 18 students/18 credit hours; Cornell/ECE**
- **ECE 566/Wireless Networks; Spring 2002; 73 students/292 credit hours; Cornell/ECE**
- **ECE 445/Computer Networks; Fall 2001; 146 students/584 credit hours; Cornell/ECE**
- **ECE 566/Wireless Networks; Spring 2001; 74 students/296 credit hours; Cornell/ECE**
- **ECE 445/Computer Networks; Fall 2000; 144 students/576 credit hours; Cornell/ECE**
- **EE 597/Wireless Information Technology Seminar (WITS); Fall 2000; 12 students/24 credit hours; Cornell/ECE**
- **ENGRG 150/Engineering Seminar; Fall 2000; 19 students/19 credit hours; Cornell/ECE**
- **EE 566/Wireless Networks; Spring 2000; 58 students/232 credit hours; Cornell/ECE**
- **EE 595/Wireless Information Technology Seminar (WITS); Spring 2000; 13 students/26 credit hours; Cornell/ECE**
- **ELE 936/Wireless Networks I; Fall 1999; 43 students; Polytechnic University, NYC, NY**
- **EE 566/Wireless Networks; Spring 1999; 42 students/168 credit hours; Cornell/ECE**
- **EE 445/Computer Networks; Fall 1998; 147 students/588 credit hours; Cornell/ECE**
- **EE 597/Wireless Information Technology Seminar (WITS); Fall 1998; 9 students/18 credit hours; Cornell/ECE**
- **EE 566/Wireless Networks; Spring 1998; 43 students/172 credit hours**
- **EE 597/Wireless Information Technology Seminar (WITS); Spring 1998; 11 students/22 credit hours**
- **EE 445/Computer Networks; Fall 1997; 99 students/396 credit hours**
- **EE 566/Wireless Networks; Spring 1997; 45 students/180 credit hours**
- **EE 445/Computer Networks; Fall 1996; 122 students/366 credit hours**
- **EE 595/Wireless Information Technology Seminar (WITS); Fall 1996; 20 students/40 credit hours**
- **EE 566/Wireless Networks; Spring 1996; 74 students/296 credit hours**
- **EE 445/Computer Networks; Fall 1995; 155 students/465 credit hours**

# V. PROFESSIONAL & SCIENTIFIC SERVICE

## (i) University Committees

- **Member of the Search Committee for the Inaugural Associate Dean for Diversity and Strategic Initiatives, Eric Jonsson School of Engineering and Computer Science, UTD, 2021**
- **Member of Annual Review Committee, Computer Science Department, UTD, 2019-present**
- **Member of Committee on Qualifications of Academic Personnel, UTD, 09/01/2020-08/31/2022**
- **Member of Dean's Teaching Task Force for Fall 2020, Jonsson School of Engineering and Computer Science, UTD, June 2020**
- **Member of Committee on Qualifications of Academic Personnel, UTD, 09/01/2018-08/31/2020**
- **Chair of Committee for Affiliated Faculty Appointment Rules, CS/UTD, Fall 2017**
- **Member of UTD Committee on Qualifications of Academic Personnel, UTD, 09/01/2016-08/31/2017**
- **Chair of "Ph.D. Committee," Computer Science Department, UTD, Fall 2016 - now**
- **Member of "Graduate Admission Committee," Computer Science Department, UTD, 2014-2019**
- **Member of "Web Design and Marketing Committee," Computer Science Department, UTD, 2014-present**
- **Member of "Recruiting Committee," Computer Science, UTD, 2014-2016**
- **Member of *Center for Applied Math (CAM) Graduate Admission Committee,* Cornell University, 2012-2013**
- **Member of the *College Admissions Advisory Committee*, College of Engineering, Cornell University, June 2012 - June 2013**
- **Member of the *Engineering Courses Subcommittee,* CCGB, College of Engineering, Cornell University, 2009 – 2010**
- **Member of the *Technical Writing Subcommittee,* CCGB, College of Engineering, Cornell University, 2009 –2010**
- **Member of the *College Curriculum Governing Board (CCGB)*, College of Engineering, Cornell University, 2009 – 2010**
- **Member of the *Faculty Admissions Advisory Committee*, College of Engineering, Cornell University, (third term) June 2009 - June 2012**
- **Multiple *Ad Hoc Tenure Promotion*, School of Electrical Engineering, Cornell University 1998 – 2013**
- **Multiple *Ad Hoc Promotion Committees, Ad Hoc Reappointment Committees,* and *Ad Hoc Tenure Promotion*, College of Engineering, Cornell University 1998 – 2013**
- **Member of Policy Committee, School of Electrical and Computer Engineering, Cornell University, 2008 – 2010 (elected)**
- **Member of Graduate Committee, School of Electrical and Computer Engineering,**

**Cornell University, 2007 – 2008**

- **Member of Recruiting Committee, School of Electrical and Computer Engineering, Cornell University, 2007 – 2008**
- **Member of the *Faculty Admissions Advisory Committee*, College of Engineering, Cornell University, (second term) June 2006 – June 2009**
- ***Associate Director for Academic Affairs*, School of Electrical and Computer Engineering, Cornell University, 2005 – 2006**
- **Review Board Member, *Learning Initiatives For Engineers (LIFE),* Undergraduate Research Program, College of Engineering, Cornell University, 2005 – 2006**
- **Member of the *Policy Committee*, School of Electrical and Computer Engineering, Cornell University, 2005 – 2006 (elected)**
- **Member of *Curriculum and Standards Committee,* School of Electrical and Computer Engineering, Cornell University, 2005 – 2006**
- **Member of the *M. Eng Committee*, School of Electrical and Computer Engineering, Cornell University, 2004 – 2007**
- **Member of the *Faculty Admissions Advisory Committee*, College of Engineering, Cornell University, June 2004 – June 2006**
- **Member of *Recruiting Committees*, School of Electrical and Computer Engineering, Cornell University, 2004 – 2006**
- **Member of the *College of Engineering Nomination Committee*, Cornell University, 1997 – 1999**
- **Member of *Faculty Advisory Board on Information Technologies (FABIT),* Cornell University, 1997/98 and 1999/00 (Cornell Faculty Senate appointment)**
- **Member of the *Computer Science Recruiting Committee*, Cornell University, 1996**
- **Member of the *Circuit Recruiting Committee*, Cornell Univ., School of EE, 1996 – 1997**
- **Member of the *Long Term Recruiting Committee*, Cornell Univ., School of EE, 1996 – 1997 (elected)**
- **Member of the *Engineering Distribution CCGB Standing Committee*, Cornell University, 1995 – 1998**

## (ii) Editorial Service

- **Member of the Editorial Board of *MDPI Drones, Section Board for Drone Communications***
- **Member of the Editorial Board of *MDPI Sensors, Section Board for Intelligent Sensors***
- **Editor-in-Chief of *eScripts,* a novel publication enterprise of the European Commission**
- **Served on the Advisory Board and the Editorial Board of the *Wireless Communications and Mobile Computing* journal (John Wiley & Sons)**
- **Served on the Editorial Board of Springer *Wireless Networks (WINET)* Journal**
- **Serving on the Editorial Board of *Journal of High Speed Networks* (JHSN)**
- **Served on the Editorial Board of *ACM/IEEE Transactions on Networking***
- **Served on the Editorial Board of *IEEE Transactions of Wireless Communications***
- **Served on the Editorial Board of *IEEE Communications Magazine***
- **Served on the Editorial Board of *Computer Networks and ISDN Systems* Journal**
- **Served on the Editorial Board of *IEEE Personal Communications Magazine***

- Served on the Editorial Board of *Elsevier Ad Hoc Networks* journal
- Lead guest editor for the *IEEE Journal on Selected Areas in Communications,* issue on "Mobile Computing Networks," vol.13, no.5, June1995
- Lead guest editor for the *IEEE Journal on Selected Areas in Communications*, issue on "Wireless Ad Hoc Networks," vol.17, no.8, August 1999
- Co-guest editor of special issue of Wireless Networks journal on "Mobicom'96," 1997
- Lead guest editor for the *IEEE Journal on Selected Areas in Communications,* issue on "Protocols for Gigabit Networks," vol. 12, no. 2, February 1993

## (iii) Service to the Scientific Community at Large

- General co-Chair of *EAI WiCON 2022,* November 17, 2022, Dallas, TX and Cyberspace
- Steering Committee co-Chair of the "Workshop on Securing Next-Generation Connected Healthcare Systems using Futuristic Technologies," *IEEE GLOBECOM'21*, December 7-11, 2021, Madrid, Spain (Hybrid: In-Person and Virtual) (abstract)
- International Advisory Committee Member of the 11th International Conference on ICT Convergence (ICTC 2020) Conference, October 21 – 23, 2020, Jeju Island, Korea
- International Advisory Committee of the *12th International Conference on Ubiquitous and Future Networks (ICUFN)* Conference, *June 30 – July 3, 2020, Porto, Portugal*
- Technical Program Vice-Chair of the Research Track of Mobile and Wireless Computing of 39th IEEE International Conference on Distributed Computing System (ICDCS 2019), Dallas, Texas, July 7-10, 2019
- General and Technical Program Chair of the "Signal Processing for Wireless Network Security" Symposium at the *2018 6th IEEE Global Conference on Signal and Information Processing (GlobalSIP),* Anaheim, CA, November 26–29, 2018
- International Advisory Committee of the International Conference on Ubiquitous and Future Networks (ICUFN) Conference
- General Chair of the Fifth IEEE Annual International Workshop on Mission-Oriented Wireless Sensor Networking (IEEE MiSeNet 2016), in conjunction with IEEE INFOCOM 2016
- Workshop Technical Program Co-Chair of the *2015 IEEE International Conference on Healthcare Informatics,* Dallas, TX, October 21-23, 2015 (CFP)
- Member of the Advisory Committee of the *American Amazing Teens (AAT)* program (Role: Educator)
- Member of International Advisory Committee of the *IEEE ICUFN 2014, Sixth International Conference on Ubiquitous and Future Networks 2014*, Shanghai, China, July 8-11, 2014 (CFP)
- Member of the International Advisory Committee of the *International Conference on Information and Communication Technology Convergence 2013 (ICTC 2013),* Jeju Island, S. Korea, October 14-16, 2013 (CFP)
- Member of the Steering Committee of *The Second ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2013),* in conjunction with ACM MobiCom 2013, Miami, FL, September 30, 2013

- **Member of International Advisory Committee of the *IEEE ICUFN 2013, Fifth International Conference on Ubiquitous and Future Networks 2013,* Da Nang, Vietnam, July 2-5, 2013 (CFP)**
- **Member of the Steering Committee of *The First ACM Annual International Workshop on Mission-oriented Wireless Sensor Networking (ACM MiSeNet 2012),* in conjunction with ACM MobiCom 2012, Istanbul, Turkey, August 26, 2012 (technical program)**
- **Member of the International Advisory Committee of the *IEEE International Conference on Information and Communication Technology Convergence 2012 (ICTC 2012)*, Jeju Island, S. Korea, October 15-17, 2012**
- **Member of the Steering Committee of *ACM MSWiM, 2012,* Istanbul, Turkey, August 26, 2012**
- **General co-chair of "*The Fourth International Workshop on Information Quality and Quality of Service for Pervasive Computing (IQ2S'12)*," in Conjunction with *IEEE PERCOM 2012*, Lugano, Switzerland, March 19-23, 2012 (website) (CFP)**
- **Member of International Advisory Committee of the *IEEE ICUFN 2012* (*The Fourth International Conference on Ubiquitous and Future Networks*), *Puket, Tailand, July 4-6, 2012***
- **Moderator and Presenter at the *2010 NSF ECSS Grantees' Conference, Hilton Hawaiian Village, Honolulu, Hawai'i, Nov. 30-Dec 2, 2010***
- **Moderator and Panelist of the "What's Next for Underwater Networks?" Panel, "*The Fifth International Workshop on UnderWater Networks (WUWNets'10),"* Woods Hole, MA, September 30 – October 1, 2010**
- **Member of the International Advisory of the "*International Conference on ICT Convergence 2010 (ICTC 2010)*," Jeju, Jeju Island, South Korea, Nov. 17-19, 2010**
- **Member of International Advisory Committee of the "*Second IEEE International Conference on Ubiquitous and Future Networks (ICUFN 2010*)*,"* June 16-18, 2010, Jeju Island, Korea (*ICUFN 2010*)**
- **Member of International Advisory Committee of the "*First IEEE International Conference on Ubiquitous and Future Networks (ICUFN 2009*)*,"* June 7-9, 2009, Hong Kong, China**
- **Chair of the Steering Committee of *IEEE Pervasive Computing* magazine, January 1, 2005 – December 31, 2007**
- **Member of the *IEEE TCPC Award Committee*, September 2004 - September 2007**
- **Chair, Technical Program Committee, "*First Workshop on free and commercial Wireless Mesh Networks (OpComm'2006)*," Berlin, Germany, September 18-19, 2006 (cfp) (tpc)**
- **Member of the Steering Committee, *ACM MOBICOM,* 2004**
- **General Chair, Workshop on "Intermittently Connected Mobile Ad Hoc Networks (ICMAN), in conjunction with IEEE *PerCom 2007,* New York, NY, March 26-30, 2007**
- **Member of Advisory Committee of "The First International Conference on Sensor Technologies and Applications (SENSORCOMM 2007), sponsored by IARIA, Valencia, Spain, October 14-20, 2007 (cfp)**
- **General Co-Chair, "*Fifth Workshop on Applications and Services in Wireless Networks (ASWN 2005)*," Maison de la Chimie, Paris, France, June 28 - July 1, 2005 (cfp)**
- **General Chair, *ACM MOBICOM 2004*, Philadelphia, PA, Sept. 26 – Oct. 1, 2004**

- **Panelist and Moderator of the "Ad Hoc Networks" panel, *IEEE MILCOM'97*, Monterey, CA, November 2-5, 1997**
- **Steering Committee and TPC Member of the *Fourth High Performance Communication Subsystems Workshop,* Sani Beach, Chalkididi, Greece, June 23-25, 1997**
- **Elected and served as the secretary (01/01/1997-12/31/1998), vice-chair (01/01/199-12/31/2000), and chair (01/01/2001-12/31/2002) of *IEEE Technical Committee on Personal Communications (TCPC),* later renamed as *IEEE Wireless Communications Technical Committee***
- **Member of the NSF-NCR Workshop on "Research Priorities in Networking and Communications," May 12-14, 1994, Airlie House, Virginia**
- **Representing AT&T on *the Personal Conferencing Specification Working Group***
- **Served on National Science Foundation review panels**
- **Vice-chair of the *2nd Workshop on High Performance Communication Subsystems (HPCS'93)***
- **Organized and chaired "Who needs all-optical networks?" panel at *INFOCOM'93***
- **Organized a session "Packet-switched Lightwave Networks: Comparison of Approaches" at the *Computer Communications Workshop*, Hilton Head Island, SC, October 20-22, 1992**
- **Member of *High-speed Protocols Panel* at *INFOCOM'91*, San-Francisco, CA, June 5-7, 1991**

## (iv) Technical Program Committees (chairing, co-chairing, and membership)

- **Member of Technical Program Committee of the IEEE Wireless Communications and Networking Conference (WCNC 2023), March 26-29, 2023, Glasgow, Scotland, UK**
- **Member of Technical Program Committee of the 13th International Conference on Information and Communication Technology Convergence (ICTC 2022), October 19-21, 2022, Jeju Island, South Korea**
- **Member of Technical Program Committee of the 2022 IEEE Autonomous and Trusted Vehicles Conference (ATC 2022), December 15-18, 2022, Haikou, China**
- **Member of Technical Program Committee of the 37th International Conference on Information and Networking (ICOIN 2023), January 11-14, 2023, Bangkok, Kingdom of Thailand**
- **Member of Technical Program Committee of the 2022 International Conference on Internet of Things and Intelligent Systems (IoTaIS'2022) Nov. 24-26, 2022, Bali, Indonesia**
- **Member of Technical Program Committee of the IEEE 9th International Conference on Communications and Electronics (ICCE 2022), July 27-29, 2022, Nha Trang City, Vietnam**
- **Member of Technical Program Committee of the 4th International Conference on Artificial Intelligence in Information and Communication (ICAIIC 2022), February 21-24, 2022, Guam, U.S.A and Cyberspace**
- **Member of Technical Program Committee of the 36th International Conference on Information Networking (ICOIN 2022), January 12-15, 2022, Thailand**
- **Member of Technical Program Committee of the Internet of Things and Intelligence Systems (IoTaIS'21), November 22-23, 2021, Cyberspace**
- **Member of Technical Program Committee of the 5th Symposium on Future Telecommunication Technologies (SOFTT'21), Dec. 6 – 7, 2021, Cyberspace (cert)**

- **Member of Technical Program Committee of the IEEE Wireless Communications and Networking Conference (WCNC'22), April 10-13, 2022, Austin, TX**
- **Member of Technical Program Committee of the *2021 IEEE International Conference on Industry 4.0, Artificial Intelligence, and Communication Technology (IAICT'21)*, July 27-28, 2021, Indonesia**
- **Member of Technical Program Committee of the 2021 International Conference on Advanced Technologies for Communications (ATC'21), October 7 – 9, 2021, Ho Chi Minh City, Vietnam**
- **Member of Technical Program Committee of the 3rd International Conference on Artificial Intelligence in Information and Communication (ICAIIC'21), April 20 – 23, 2021, Jeju Island, S. Korea (CFP)**
- **Member of Technical Program Committee of IEEE Wireless Communications and Networking Conference (WCNC'21), March 29 – April 1, 2021, Nanjing, China**
- **Member of Technical Program Committee of the 2021 International Symposium on Electrical and Electronics Engineering (ISEE 2021), April 15–16, 2022, HCMUT, Ho Chi Minh City, Vietnam (CFP)**
- **Member of Technical Program Committee of the 2020 International Conference on Advanced Technologies for Communications (ATC-2020), October 8–10, 2020, Nha Trang, Vietnam**
- **Member of Technical Program Committee of the 2021 Asia Pacific Conference on Wireless and Mobile (APWiMob'21), April 8 – 10, 2021, Bandung, Indonesia (CFP)**
- **Member of Technical Program Committee of The 35th International Conference on Information Networking (ICOIN 2021), January 13 – 16, 2021, Jeju Island, Korea (CFP)**
- **Member of Technical Program Committee of 2019 International Symposium on Electrical and Electronics Engineering (ISEE2019), October 10–12, 2019, Ho Chi Minh City, Vietnam**
- **Member of Technical Program Committee of 8th International Conference on Advances in Computing, Communications and Informatics (ICACCI'19), December 18–21, 2019, Trivandrum, Kerala, India**
- **Member of Technical Program Committee of *IEEE ATC 2019,* International Conference on Advanced Technologies for Communications, Oct. 17–19, 2019, Hanoi, Vietnam**
- **Member of Technical Program Committee of *IAICT 2019,* International Conference on Artificial Intelligence and Communications Technology, July 1–3, 2019, Bali, Indonesia**
- **Member of Technical Program Committee of *IEEE IoTaIS 2019,* International Conference on Internet of Things and Intelligence Systems, Nov. 5–7, 2019, Bali, Indonesia**
- **Member of Technical Program Committee of *IEEE ICUFN 2019,* 11th International Conference on Ubiquitous and Future Networks, July 2–5, 2019, Zagreb, Croatia**
- **Member of Technical Program Committee of *IEEE* Wireless Communications and Networking Conference (WCNC), 15–19 April 2019, Marrakech, Morocco**
- **Member of Technical Program Committee of the *3rd International Conference on Circuits, System and Simulation (ICCSS 2019),* June 13–15, 2019, Nanjing, China**
- **Member of Technical Program Committee of *4th International Conference on Computer, Communication, and Control Technology*, 20 – 22 March 20-22, 2018, Krabi, Thailand**

- Member of International Advisory Committee of the *IEEE ICUFN 2017, Eight International Conference on Ubiquitous and Future Networks 2017*, July 3 – July 7, 2017, Milan, Italy
- Member of Technical Program Committee of the *Second International Conference on Computing and Network Communications (CoCoNet'18)*, August 15-17, 2018, Astana, Kazakhstan
- Member of Technical Program Committee of the *IEEE Asia Pacific Conference on Wireless and Mobile (APWiMob 2016),* September 13-15, 2016, Bandung, West Java, Indonesia
- *Member of Technical Program Committee of the 22nd Asia-Pacific Conference on Communications (APCC 2016), August 25-27, 2016, Yogyakarta, Indonesia*
- Member of Technical Program Committee of the *The Eighth International Conference on Ubiquitous and Future Networks (ICUFN 2016),* July 5-8, 2016, Vienna, Austria (CFP)
- Member of Technical Program Committee of the *4th International Conference on Connected Vehicles and Expo,* October 19-23, 2015, Shenzhen, China (CFP)
- Member of Technical Program Committee of the *6th International Conference on Data Communication Networking (DCNET 2015), July 20-22, 2015, Colmar, Alsace, France*
- Member of Technical Program Committee of the *18th ACM International Conference on Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM'15), November 2-6, 2015, Cancun, Mexico*
- *Member of Technical Program Committee of IEEE International Conference on Advanced Technologies for Communications 2015 (ATC'15), October 14-16, 2015, Ho Chi Minh City, Vietnam (CFP)*
- Member of the Technical Program Committee of *IEEE 2014 Globecom, Wireless Networks Track,* December 8-12, 2014, Austin, TX
- Member of the Technical Program Committee of the Workshop on *Security in Ad Hoc Networks (SecAN),* Benidorm, Spain, June 22-27, 2014 (CFP)
- Member of the Technical Program Committee of *IEEE Wireless Communications and Networking Conference, (WCNC'14) Track 3:NET,* Istanbul, Turkey, April 6-9, 2014
- Member of the Technical Program Committee of *IEEE 5th International Congress on Ultra Modern Telecommunications and Control Systems (ICUMT 2013),* Almaty, Kazakhstan, September 10-13, 2013
- Member of the Technical Program Committee of *IEEE IFIP Networking 2013 Conference,* Brooklyn, New York, May 22-24, 2013 (CFP)
- Member of the Technical Program Committee of *IEEE ICUFN 2013*, *Fifth International Conference on Ubiquitous and Future Networks 2013*, Da Nang, Vietnam, July 2-5, 2013 (CFP)
- Member of Technical Program Committee of *IEEE WCNC 2013,* Shanghai, China, April 7-10, 2013 (CFP)
- Member of Technical Program Committee of *IEEE PIMRC'12* (*23rd IEEE International Symposium on Personal, Indoor and Mobile Radio Communications*), Sidney, Australia, September 9-12, 2012 (CFP)
- Member of the Technical Program Committee of ACM MSWiM 2012, Paphos, Cyprus Island, October 21-25, 2012 (CFP)
- Member of Technical Program Committee of ICUFN 2012 (The Fourth International Conference on Ubiquitous and Future Networks), Puket, Tailand, July 4-6, 2012 (CFP)

- **Member of Technical Program Committee of IEEE WCNC 2012, Track 3 Mobile and Wireless, Paris, France, April 1-4, 2012**
- **Member of Technical Program Committee of IEEE ICUMT 2011, Budapest, Hungary, October 5-7, 2011**
- **Member of Technical Program Committee of the "*IEEE WCNC 2011, Network Track*," Cancun, Mexico, March 28-31, 2011**
- **Member of Technical Program Committee of the "*International Conference on ICT Convergence 2010 (ICTC 2010)*," Jeju, Jeju Island, South Korea, Nov. 17-19, 2010**
- **Member of the International Program Committee of the "*IASTED Asian Conference on Robotics and Control (AsiaRC 2010)*," November 24-26, 2010, Bangkok, Thailand**
- **Member of the International Program Committee of the "*IASTED International Conference on Robotics and Applications (RA 2010)*," November 1-3, 2010, Cambridge, MA**
- **Member of the Technical Program Committee of "*The 16th Asia-Pacific Conference on Communications (APCC 2010)*," October 31-Nov. 3, 2010, Auckland, New Zealand**
- **Member of the International Program Committee (IPC) of the "*IASTED International Conference on Wireless Communications (WC 2010)*," July 15 – 17, 2010, Banff, Alberta, Canada**
- **Member of Technical Program Committee of the "*IEEE Wireless Communication and Networking Conference (WCNC 2010),*" April 18-21, 2010, Sydney, Australia**
- **Member of the International Technical Committee of the "*IASTED International Conference on Robotics, Telematics and Applications (RTA 2009)*," October 12-14, 2009, Beijing, China**
- **Member of Technical Program Committee of the "*IEEE Vehicular Technology Conference (VTC'09/Fall),*" Anchorage, Alaska, September 20-23, 2009**
- **Member of Technical Program Committee of the "*IFIP Second Joint IFIP Wireless and Mobile Networking Conference (WMNC),*" Gdansk, Poland, Sept. 9-11, 2009**
- **Member of the International Program Committee of the "*IASTED International Conference on Robotics, Telematics and Applications (*RTA 2009)," October 12 – 14, 2009, Beijing, China (http://www.iasted.org/conferences/home-661.html)**
- **Member of the Technical Program Committee of the "*Fifth IEEE International Conference on Mobile Ad-hoc and Sensor Systems (IEEE MASS 2008)*," Atlanta, GA, October 6-9, 2008**
- **Member of the Technical Program Committee of the "*27th IEEE Conference on Computer Communications (INFOCOM 2008)*," Phoenix, AZ, April 13-19, 2008**
- **Chair, Technical Program Committee, "*Third IEEE International Conference on Mobile Ad Hoc and Sensor Systems (MASS 2006)*," Vancouver, Canada, October 9-12, 2006 (message from TPC chairs)**
- **Member of the Technical Program Committee of the "*Third International Conference on Broadband Communications, Networks, and Systems (BROADNETS 2006)*," San Jose, CA, October 1-5, 2006**
- **Member of the Technical Program Committee of the "*1st International Workshop on Decentralized Resource Sharing in Mobile Computing and Networking*," in conjunction with ACM MOBICOM 2006, Los Angeles, CA, September 25, 2006**
- **Member of the Technical Program Committee of the "*26th Annual IEEE Conference on Computer Communications (INFOCOM'07)*," Anchorage, Alaska, May 6-12, 2007**

- **Member of the Technical Program Committee of the "*IEEE VANET Workshop*, in conjunction with the *IEEE INFOCOM 2007* conference," May 6-12, 2007, Anchorage, AL**
- **Member of the Technical Program Committee of the "*Seventh ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc'06)*," Florence, Italy, May 22-25, 2006**
- **Member of the Technical Program Committee of "*MADNES'06*," Pythagorion, Samos, Greece, 2006**
- **Technical Program Committee member of the "*2006 IEEE International Conference on Networking, Sensing and Control*," Ft. Lauderdale, FL, April 23-25, 2006**
- **Member of the Technical Program Committee of "*International Workshop on Delay Tolerant Mobile Networks (DTMN)*," in conjunction with IWCMC 2006, Vancouver, Canada, July 3-6, 2006**
- **Member of the Technical Program Committee, "*The 16th Annual IEEE International Symposium on Personal Indoor and Mobile Radio Communications (PIMRC 2005)*," International Congress Center (ICC), Berlin, Germany, September 11-14, 2005**
- **Member of the Technical Program Committee, "*1st International Workshop on Security, Privacy and Trust in Pervasive and Ubiquitous Computing (SecPerU'05),"* Santorini Island, Greece, July 14, 2005**
- **Member of the Technical Program Committee, "*The First International Workshop on Security, Privacy and Trust in Pervasive and Ubiquitous Computing (SecPerU 2005)*," Santorini Island, Greece, July 14, 2005**
- **Member of the Technical Program Committee, "*ACM MobiHoc 2005*," Urbana-Champaign, IL, May 24-28, 2005**
- **Member of the Technical Program Committee, "*MADNES'05*," Singapore, 2005**
- **Member of the Technical Program Committee, "*2004 ACM Workshop on Security of Ad Hoc and Sensor Networks (SASN 2004)*," October 25, 2004, Wyndham City Hotel, Washington DC**
- **Technical Program Committee member, "*First IEEE International Conference on Sensor and Ad hoc Communications and Networks (SECON 2004)*," October 4-7, 2004, Santa Clara, CA**
- **Technical Program Committee member of the "*Fourth Annual ACM/IEEE International Conference on Mobile Computing and Networking (MobiCom'98),"* Dallas, TX, October 25–30, 1998**
- **Technical Program Committee member of the *IEEE Multiaccess, Mobility and Teletraffic for Personal Communications* Workshop 1998, Washington, DC, October 21-23 , 1998**
- **Technical Program Committee member of the "*Fourth Mobile Multimedia Communications Workshop (MoMuC'98)*," Berlin, Germany, October 12-14, 1998**
- **Technical Program Committee member of the "*Ninth IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC'98)*," Boston, MA, September 8-11, 1998**
- **Technical Program Committee member of the "*IEEE International Conference on Universal Personal Communications (ICUPC'98)*," Florence, Italy, October 5–9, 1998**
- **Technical Program Committee member of the "*Ninth IEEE Workshop on Local and Metropolitan Area Networks,"* Banff, Alberta, Canada, May 17–20, 1998**
- **Technical Program Committee member of the "*Workshop on Nomadic Computing*," Geneva, Switzerland, April 1-5, 1997**

- **Technical Program Committee member of "*MOBICOM'97*"**
- **Technical Program Committee member of "*IEEE INFOCOM'97*"**
- **Technical Program Committee member of "*The Seventh IFIP Conference on High Performance Networking (HPN'97)*"**
- **Technical Program Co-Chair of "*ACM MOBICOM'96*"**
- **Technical Program Committee member of "*The 3rd International Workshop on Mobile Multimedia Communications (MoMuc-3)*," Princeton, NJ, Sept. 25-27, 1996**
- **Technical Program Committee member of "*The 6th IFIP International Conference on High Performance Networking (HPN'95),*" Palma De Mallorca, Balearic Islands, Spain, September 11-15, 1995**
- **Technical Program Committee member of the "*IEEE MILCOM'95*" conference**
- **Technical Program Committee member of the "*IEEE PIMRC'95*" conference**
- **Technical Program Committee member of the "*IEEE Wireless Computer Networks'94*" conference**
- **Technical Program Committee member of the "*IEEE GLOBECOM'94,*" representing the *IEEE Personal Communication Committee***
- **Served on the Technical Program Committee of "*ACM SIGCOMM'93*"**
- **Technical Program Committee member of the *4th IFIP Conference on High Performance Networking,* Liège, Belgium, December 14-18, 1992**
- **Served on the Technical Program Committees of "*IEEE INFOCOM'90*", "*IEEE INFOCOM'91*", "*IEEE INFOCOM'92*", "*IEEE INFOCOM '93*", and "*IEEE INFOCOM '94*"**

# VI. PATENTS: GRANTED & PENDING

## (i) Granted

1. Z.J. Haas and Z. Zheng, "Waveform Design for RF Power Transfer," US Patent Number: 10,931,148, date: Feb 23, 2021, assignee: The Board of Regents of the University of Texas System

2. Richard Gitlin, Zygmunt J. Haas, Huseyin Arslan, Gabriel E. Arrobo, and Chao He, "System and Method for User-Specific Quality of Service Scheduling in Wireless Systems," US Patent Number: 9,826,541, date: November 21, 2017, assignees: University of South Florida and Cornell University

3. Sriram Nandha Premnath and Zygmunt J. Haas, "System And Method For A Practical, Secure And Verifiable Cloud Computing For Mobile Systems," US Patent Number: 9,736,128, date: August 15, 2017, assignees: The Board of Regents of the University of Texas System and Cornell Research Foundation

4. Rimon Barr, Zygmunt J. Haas, and Robbert Van Renesse, "System for and Method of Improving Discrete Event Simulation Using Virtual Machines," U.S. patent number: 7,624,383, date: November 24, 2009, assignee: Cornell Research Foundation (D-3413)

5. Zygmunt J. Haas and S. Sajama, "Independent-Tree Ad hoc Multicast Routing," U.S. Patent Number: 7,035,937, date: April 25, 2006, assignee: Cornell Research Foundation

6. Rung-Hung Gau and Zygmunt J. Haas, "Methods and Systems for Concurrent Paging of Mobile Users in Cellular Networks," U.S. Patent Number: 7,031,731, date: April 18, 2006, assignee: Cornell Research Foundation

7. Zygmunt J. Haas and Miguel Sanchez, "Adaptive Patent Control for Wireless Networks," Patent Number: WO02/03567 A3, date: January 10, 2002, assignee: Cornell Research Foundation

8. Zygmunt J. Haas, "Routing and Mobility Management Protocols for Ad-Hoc Networks," U.S. Patent Number: 6,304,556, date: October 16, 2001, assignee: Cornell Research Foundation

9. Richard D. Gitlin, Zygmunt Haas, and Mark J. Karol, "System and Method for Optimizing Spectral Efficiency Using Time-Frequency-Code Slicing," U.S. Patent Number: 6,064,662, date: May 16, 2000, assignee: AT&T Corp.

10. Richard D. Gitlin, Zygmunt Haas, et al "System and Method for Optimizing Spectral Efficiency Using Time-Frequency-Code Slicing," U.S. Patent Number: 6,018,528, date: January 25, 2000, assignee: AT&T Corp.

11. Zygmunt J. Haas, "Multiply-Detected Macrodiversity Method and System for Wireless Communications," U.S. Patent Number: 5,774,814, date: June 30, 1998, assignee: Cornell Research Foundation

12. Zygmunt Haas and Sanjoy Paul, "Methods for Providing Secure Access to Shared Information," U.S. Patent Number: 5,719,938, date: February 17, 1998, assignee: Lucent Technologies

13. **Zygmunt Haas, "Simultaneous Verify Local Database and Using Wireless Communication to Verify Remote Database," U.S. Patent Number: 5,598,534, date: January 28, 1997, assignee: Lucent Technologies**
14. **Zygmunt Haas and Chih-Lin I, "Beacon Based Packetized Cellular System with Real Time Processing," U.S. Patent Number: 5,577,168, date: November 19, 1996, assignee: Lucent Technologies**
15. **Zygmunt Haas, "Wireless Data Communications System for Detecting a Disabled Condition and Simulating a Functioning Mode in Response to Detection," U.S. Patent Number: 5,566,225, date: October 15, 1996, assignee: Lucent Technologies**
16. **Zygmunt Haas, "Progressive Execution Technique for Mobile Computing Devices," European Patent Number: EP0705014A1, date: April 3, 1996, assignee: AT&T Corp.**
17. **Zygmunt Haas, "Optical Packet Synchronization Circuit," U.S. Patent Number: 5,485,298, date: January 16, 1996, assignee: AT&T Corp.**
18. **Zygmunt Haas, "Optical Packet Switch," U.S. Patent Number: 5,469,284, date: November 21, 1995, assignee: AT&T IPM Corp.**
19. **Zygmunt Haas and Mario A. Santoro, "Lightwave Transmission System Using Selected Optical Modes," U.S. Patent Number: 5,416,862, date: May 16, 1995, assignee: AT&T Corp.**
20. **Zygmunt Haas, et al, "Fiber-Optic Transmission Polarization-Dependent Distortion Compensation," U.S. Patent Number: 5,311,346, date: May 10, 1994, assignee: AT&T Bell Laboratories**
21. **Richard D. Gitlin and Zygmunt Haas, "Gigabit Per-Second Optical Packet Switching with Electronic Control," U.S. Patent Number: 5,278,689, date: January 11, 1994, assignee: AT&T Bell Laboratories**
22. **Zygmunt Haas, "Communications Architecture for High-speed Networking," U.S. Patent Number: 5,115,432, date: May 19, 1992, assignee: AT&T Bell Laboratories**
23. **Zygmunt Haas, "Photonic Local/Metropolitan Area Network," U.S. Patent Number: 4,970,717, date: November 13, 1990, assignee: AT&T Bell Laboratories**

**(ii) Pending (in reverse order of filing dates)**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being served on all counsel of record who consent to electronic service on this the 27th day of February, 2023.

Heidi L. Keefe
Alexandra Leeper
Reuben Chen
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
aleeper@cooley.com
hkeefe@cooley.com
rchen@cooley.com

Orion Armon
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
oarmon@cooley.com

Christopher B. Durbin
**COOLEY LLP**
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
cdurbin@cooley.com

/s/ *Syed K. Fareed*

Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
Brett Thompsen *(pro hac vice pending)*
**MCDERMOTT WILL & EMERY LLP**
303 Colorado Street, Suite 2200
Austin, TX 78701
Telephone: (512) 726-2600
Facsimile: (512) 532-002
shash@mwe.com
kmeek@mwe.com
sfareed@mwe.com
sschickel@mwe.com
bthompsen@mwe.com

William R. Squires III, WSBA No. 4976
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
rsquires@corrcronin.com

***ATTORNEYS FOR PLAINTIFF SECTRA COMMUNICATIONS AB***