THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECTRA COMMUNICATIONS AB,

    Plaintiff,

vs.

ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,

    Defendants.

No. 2:22-cv-00353-RSM

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DAUBERT AND EXHIBITS THERETO**

**JURY TRIAL DEMANDED**

This matter came before the Court on Plaintiffs' Motion to Seal Portions of Plaintiffs' Motion for Summary Judgment, Daubert, and certain exhibits thereto. Having considered the Motions and all files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 29th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DAUBERT AND EXHIBITS THERETO – Page 1 (No. 2:22-cv-00353-RSM)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900