THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.<br><br>Plaintiffs<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL DEFENDANTS' MOTION TO PARTIALLY EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFF'S EXPERT MATTHEW B. SHOEMAKE** |

THIS MATTER came before the Court on Defendants Absolute Software, Inc. and Mobile Sonic's Motion to Seal Defendants' Motion to Partially Exclude the Report and Testimony of Plaintiff's Expert Matthew B. Shoemake.  The Court, having reviewed the Motion, Plaintiffs' response, and the reply, if any, together with associated exhibits, and declarations, if any, and the papers and pleadings on file, GRANTS the Motion.

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 29th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE