THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFFS' EXPERTS MATTHEW B. SHOEMAKE AND JEFFREY S. ANDRIEN RE APPORTIONMENT** |

THIS MATTER came before the Court on Defendants Absolute Software, Inc. and Mobile Sonic's Motion to Seal Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Experts Matthew B. Shoemake and Jeffrey S. Andrien re Apportionment. The Court, having reviewed the Motion, Plaintiffs' response, and the reply, if any, together with associated exhibits, and declarations, if any, and the papers and pleadings on file, GRANTS the Motion.

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 29th day of July, 2024.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

**ORDER MOT. TO SEAL MOT. TO EXCLUDE (APPORTIONMENT)**
**CASE NO. 2:22-CV-0353-RSM**

1

COOLEY LLP
3175 HANOVER STREET
PALO ALTO, CA 94304
(650) 843-5000