THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB, and COLUMBITECH INC.,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>    Defendants and Counter-Plaintiffs. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PATENT INFRINGEMENT CLAIMS (COUNT 1)** |

THIS MATTER came before the Court on Defendants Absolute Software, Inc. and Mobile Sonic's Motion to Seal Defendants' Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims. The Court, having reviewed the Motion, Plaintiffs' response, and the reply, if any, together with associated exhibits, and declarations, if any, and the papers and pleadings on file, GRANTS the Motion.

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 29th day of July, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:22-CV-0353-RSM    1

COOLEY LLP
1700 SEVENTH AVENUE
SUITE 1900
SEATTLE, WA 98101-1355
+1 206 452 8700