IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL ITS OPPOSITION TO DEFENDANTS' MSJ ON COUNT 1 AND CERTAIN EXHIBITS THERETO**<br><br>**JURY TRIAL DEMANDED** |

This matter came before the Court on Plaintiffs' Motion to Seal its Opposition to Defendants' Motion for Summary Judgment on Count 1. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion, Dkt. #456, is GRANTED.

DATED this 9th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE