THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL ITS OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DR. SHOEMAKE**<br><br>**JURY TRIAL DEMANDED** |

This matter came before the Court on Plaintiffs' Motion to Seal its Opposition to Defendants' Motion to Exclude Dr. Shoemake. Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

DATED this 13th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL OPPOSITION TO MOTION TO EXCLUDE DOCTOR SHOEMAKE
No.: 2:22-cv-00353-RSM –Page 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900