IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | No. 2:22-cv-00353-RSM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court on Plaintiffs' Motion to Seal Exhibits to Plaintiffs' Motion for Summary Judgment, Dkt. #421.  Having considered the Motion and all files herein,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.  The Exhibits at Dkts. #393 and #394 are to remain under seal.

DATED this 23rd day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE