# EXHIBIT 10

THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | Case No. 2:22-cv-00353-RSM<br><br>**PLAINTIFF'S FIFTH SET OF REQUESTS TO DEFENDANTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 60-73)** |

Pursuant to Rule 26 and 33 of the Federal Rules of Civil Procedure and the Rules and Orders of this Court, Plaintiff Sectra Communications AB ("Sectra" or "Plaintiff") hereby request Defendants Absolute Software, Inc. and Mobile Sonic, Inc. (collectively "Defendants") produce the documents and things requested below for inspection, copying, testing, and/or sampling in accordance with the Definitions and Instructions below. The requested documents and things must be produced within thirty (30) days of the service of these requests, or at such other time as may be mutually agreed upon in writing by counsel for the parties. Documents should be produced at the law offices of McDermott Will & Emery LLP, 303 Colorado Street., Suite 2200, Austin, TX, 78701.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

**REQUEST FOR PRODUCTION NO. 69:**

All agreements between Adam Tiffany and Columbitech, Inc., including but not limited to any employment agreement, termination agreement, and non-disclosure agreement.

**REQUEST FOR PRODUCTION NO. 70:**

All documents and communications relating to any agreement Adam Tiffany entered into with Columbitech, Inc., including any study, analysis, or advice regarding the agreements.

**REQUEST FOR PRODUCTION NO. 71:**

All documents and communications relating to the recruitment and employment of Adam Tiffany, including all documents and communications relating to why he was recruited and employed.

**REQUEST FOR PRODUCTION NO. 72:**

All documents and communications relating to NetMotion's acquisition of Broadbeam, including any valuation of Broadbeam, any products or services sold by Broadbeam, and any intellectual property owned by Broadbeam at the time of the acquisition.

**REQUEST FOR PRODUCTION NO. 73:**

All documents and communications concerning purchase price allocations related to NetMotion's acquisition of Broadbeam.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

Dated this 16th day of May, 2023.

/s/ *Syed K. Fareed*
William R. Squires III, WSBA No. 4976
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
rsquires@corrcronin.com

Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
Brett J. Thompsen (*pro hac vice pending*)
**MCDERMOTT WILL & EMERY LLP**
303 Colorado Street, Suite 2200
Austin, TX 78701
Telephone: (512) 726-2600
Facsimile: (512) 532-002
shash@mwe.com
kmeek@mwe.com
sfareed@mwe.com
sschickel@mwe.com
bthompsen@mwe.com

***ATTORNEYS FOR PLAINTIFF SECTRA COMMUNICATIONS AB***

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, that the foregoing PLAINTIFF'S FIFTH SET OF REQUESTS TO DEFENDANTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NO. 60-73) is being served upon counsel of record by email on the following counsel for Defendants Absolute Software, Inc. and Mobile Sonic, Inc.:

Heidi L. Keefe
Alexandra Leeper
Reuben Chen
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
aleeper@cooley.com
hkeefe@cooley.com
rchen@cooley.com

Orion Armon
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
oarmon@cooley.com

Christopher B. Durbin
**COOLEY LLP**
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
cdurbin@cooley.com

***ATTORNEYS FOR DEFENDANTS ABSOLUTE SOFTWARE, INC. AND NETMOTION SOFTWARE, INC.***

*/s/ Syed K. Fareed*
Syed K. Fareed



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900