# EXHIBIT 11

THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | Case No. 2:22-cv-00353-RSM<br><br>**PLAINTIFFS' SIXTH SET OF REQUESTS TO DEFENDANTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 74-132)** |

Pursuant to Rule 26 and 33 of the Federal Rules of Civil Procedure and the Rules and Orders of this Court, Plaintiffs Sectra Communications AB and Columbitech, Inc. (collectively "Plaintiffs") hereby request Defendants Absolute Software, Inc. and Mobile Sonic, Inc. (collectively "Defendants") produce the documents and things requested below for inspection, copying, testing, and/or sampling in accordance with the Definitions and Instructions below. The requested documents and things must be produced within thirty (30) days of the service of these requests, or at such other time as may be mutually agreed upon in writing by counsel for the parties. Documents should be produced at the law offices of McDermott Will & Emery LLP, 303 Colorado Street., Suite 2200, Austin, TX, 78701.



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

All documents and communications relating to Defendants' comparison of Plaintiffs to Defendants and Plaintiffs' products to Defendants' products.

**REQUEST FOR PRODUCTION NO. 101:**

All versions of the "competitive brief," as that term is used in, for example, ABSOLUTE_0054838 and ABSOLUTE_0151148 and all documents and communications related thereto.

**REQUEST FOR PRODUCTION NO. 102:**

All documents and communications relating to Defendants' hiring of Adam Tiffany.

**REQUEST FOR PRODUCTION NO. 103:**

All documents and communications showing information Adam Tiffany disclose to Defendants or any third party relating to Plaintiffs.

**REQUEST FOR PRODUCTION NO. 104:**

All documents and communications showing or relating to statements Defendants made to the public or any third party, including Defendants' actual, prospective, or potential customers, relating to Plaintiffs, Columbitech Mobile VPN, or Sectra Mobile VPN.

**REQUEST FOR PRODUCTION NO. 105:**

To the extent any information or statements relating to Plaintiffs, Columbitech Mobile VPN, or Sectra Mobile VPN was disclosed to the public or any third party by Defendants, all documents and communications showing the location of those disclosures and the identity of the individuals involved in disclosing the information or statements.

**REQUEST FOR PRODUCTION NO. 106:**

All documents and communications relating to Defendants' competitors' products, including products from Citrix, Cisco, Microsoft, and Juniper, including documents and communications showing statements Defendants disclosed to the public or any third party, including Defendants' actual, prospective, or potential customers.

**REQUEST FOR PRODUCTION NO. 107:**



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900

Dated this 11th day of September, 2023.

/s/ *Syed K. Fareed*
William R. Squires III, WSBA No. 4976
**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
rsquires@corrcronin.com

Stephen M. Hash (*pro hac vice*)
Kevin J. Meek (*pro hac vice*)
Syed K. Fareed (*pro hac vice*)
Samoneh Schickel (*pro hac vice*)
Brett J. Thompsen (*pro hac vice pending*)
**MCDERMOTT WILL & EMERY LLP**
303 Colorado Street, Suite 2200
Austin, TX 78701
Telephone: (512) 726-2600
Facsimile: (512) 532-0002
shash@mwe.com
kmeek@mwe.com
sfareed@mwe.com
sschickel@mwe.com
bthompsen@mwe.com

***ATTORNEYS FOR PLAINTIFF SECTRA COMMUNICATIONS AB***

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, that the foregoing PLAINTIFF'S SIXTH SET OF REQUESTS TO DEFENDANTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NO. 74-132) is being served upon counsel of record by email on the following counsel for Defendants Absolute Software, Inc. and Mobile Sonic, Inc.:

Heidi L. Keefe
Alexandra Leeper
Reuben Chen
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
aleeper@cooley.com
hkeefe@cooley.com
rchen@cooley.com

Orion Armon
**COOLEY LLP**
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
oarmon@cooley.com

Christopher B. Durbin
**COOLEY LLP**
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
cdurbin@cooley.com

***ATTORNEYS FOR DEFENDANTS ABSOLUTE SOFTWARE, INC. AND NETMOTION SOFTWARE, INC.***

*/s/ Syed K. Fareed*
Syed K. Fareed



**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Tel (206) 625-8600
Fax (206) 625-0900