THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECTRA COMMUNICATIONS AB and COLUMBITECH INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE SOFTWARE, INC. and MOBILE SONIC, INC.,<br><br>Defendants. | Case No. 2:22-cv-0353-RSM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO OPPOSE MOTIONS *IN LIMINE*** |

This matter comes before the Court on the Joint Motion to Extend Deadline to Oppose Motions *In Limine* (the "Motion"), submitted by Defendants Absolute Software, Inc. and Mobile Sonic, Inc. (collectively, "Absolute" or "Defendants") and Plaintiffs Sectra Communications AB and Columbitech, Inc. (collectively, "Sectra" or "Plaintiffs"). The Court, having considered the Motion, GRANTS the Motion and extends the deadline to oppose motions *in limine* to November 11, 2024.

IT IS SO ORDERED.

DATED this 8th day of November, 2024.

                                                RICARDO S. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

ORDER RE JOINT MOTION TO EXTEND DEADLINE
CASE NO. 2:22-CV-0353-RSM

2